B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**P&C Poultry Distributors, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**95-4365072** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**1100 John Reed Court**<br>**City of Industry, CA 91745**<br>ZIP CODE **91745-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above): **1100 John Reed Court City of Industry, CA 91745**

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Check one box: **Chapter 11 Debtors** |
|---|---|
| ☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**P&C Poultry Distributors, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☒ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>     Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10)                 Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**P&C Poultry Distributors, Inc.** |
|---|---|

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney***

X *[signature]*
Signature of Attorney for Debtor(s)
**Brian L. Davidoff 102654**
Printed Name of Attorney for Debtor(s)
**RUTTER HOBBS & DAVIDOFF INCORPORATED**
Firm Name
**1901 Avenue of the Stars
Suite 1700
Los Angeles, CA 90067**
Address
**310-286-1700 Fax:310-286-1728**
Telephone Number
**August 26, 2010**
Date *8/24/10*

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Authorized Individual
**Michael Bennish**
Printed Name of Authorized Individual
**Chief Executive Officer**
Title of Authorized Individual
**August 26, 2010**
Date

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Brian L. Davidoff (SBN 102654)<br>RUTTER HOBBS & DAVIDOFF INCORPORATED<br>1901 Avenue of the Stars, Suite 1700<br>Los Angeles, California 90067<br>310-286-1700 Fax: 310-286-1728<br><br>☒ Attorney for: Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>P&C Poultry Distributors, Inc.<br><br>　　　　　　　　　　　　　　　Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

☐ Petition, statement of affairs, schedules or lists　　　　　　　Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists　Date Filed: _____
☐ Other: _____　　Date Filed: _____

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____　　　　　August 26, 2010
*Signature of Authorized Signatory of Filing Party*　　　　　Date

**Michael Bennish**
*Printed Name of Authorized Signatory of Filing Party*

**Chief Executive Officer**
*Title of Authorized Signatory of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____　　　　　August 26, 2010
*Signature of Attorney for Filing Party*　　　　　　　　Date

**Brian L. Davidoff 102654**
*Printed Name of Attorney for Filing Party*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

Form B1, Exhibit A - (Rev. 3/98)                      1998 USBC, Central District of California

## Exhibit "A"

[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

*[Caption as in Form 16B]*

## Exhibit "A" to Voluntary Petition

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __Not Applicable__.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets           $ __Not Applicable__

   b. Total debts (including debts listed in 2.c., below)    $ __Not Applicable__

                                                                                        Approximate Number of holders

   c. Debt securities held by more than 500 holders.

   | | | | | |
   |---|---|---|---|---|
   | ☐ secured | ☐ unsecured | ☐ subordinated | $ Not Applicable | _____ |
   | ☐ secured | ☐ unsecured | ☐ subordinated | $ Not Applicable | _____ |
   | ☐ secured | ☐ unsecured | ☐ subordinated | $ Not Applicable | _____ |
   | ☐ secured | ☐ unsecured | ☐ subordinated | $ Not Applicable | _____ |
   | ☐ secured | ☐ unsecured | ☐ subordinated | $ Not Applicable | _____ |

   d. Number of shares of preferred stock      Not Applicable      _____

   e. Number of shares common stock      _____      _____

   Comments, if any:
   _____
   _____
   _____

3. Brief description of debtor's business:
   __Not Applicable__
   _____
   _____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   __Not Applicable__
   _____
   _____

# MINUTES OF A MEETING OF THE BOARD OF DIRECTORS OF
# P&C POULTRY DISTRIBUTORS, INC.
# HELD ON AUGUST 23, 2010

The Board of Directors (the "Board") of P&C Poultry Distributors, Inc., a California corporation (the "Corporation"), held a meeting on August 23, 2010 by telephone ("BOD Meeting"). The following directors, which constitute all the directors on the Board, were present: Michael Bennish, Daniel Bennish, Howard Bennish and Stafford Bennish.

WHEREAS, the Board considered the current financial condition of the Corporation and determined that it would be in the best interests of the Corporation to file a voluntary petition (the "Bankruptcy Petition") in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

RESOLVED, that Michael Bennish, Chief Executive Officer of the Corporation and Chairman of the Board ("Michael"), be, and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of the Bankruptcy Petition;

RESOLVED FURTHER, that Michael be, and hereby is, authorized and directed to appear in any and all bankruptcy proceedings on behalf of the Corporation ("Bankruptcy Proceedings") and to otherwise do and perform any and all acts and deeds, and to execute and deliver all necessary documents on behalf of the Corporation, in connection with the Bankruptcy Proceedings;

RESOLVED FURTHER, that all acts, transactions, or agreements undertaken prior to the adoption of these resolutions by Michael, or any of the other directors on the Board, in the name of the Corporation and in connection with the matters herein contained, be, and hereby are, ratified, confirmed and adopted by the Corporation;

RESOLVED FURTHER, that the Corporation hereby ratifies the retention of Rutter Hobbs & Davidoff Incorporated to act as general bankruptcy counsel to the Corporation in connection with the Bankruptcy Petition and the Bankruptcy Proceedings;

RESOLVED FURTHER, that the Corporation hereby ratifies the retention of Bruce Weinstein of BDW and Company, Inc. to act as Chief Restructuring Officer to the Corporation in connection with the Bankruptcy Petition and the Bankruptcy Proceedings.

There being no further business to come before the Board at this meeting, the meeting was adjourned.

Date: August 23, 2010

_____
Michael Bennish,
Chairman of the Board

{8313.001-687951.DOC-(1)}

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Brian L. Davidoff<br>1901 Avenue of the Stars<br>Suite 1700<br>Los Angeles, CA 90067<br>310-286-1700 Fax: 310-286-1728<br>California State Bar Number: 102654<br><br>Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>P&C Poultry Distributors, Inc.<br><br>Debtor(s),<br>Plaintiff(s),<br>Defendant(s). | CASE NO.:<br>ADV. NO.:<br>CHAPTER: 11 |
|---|---|

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __MICHAEL BENNISH__, the undersigned in the above-captioned case, hereby declare
   (Print Name of Attorney or Declarant)
under penalty of perjury under the laws of the United States of America that the following is true and correct:

[Check the appropriate boxes and, if applicable, provide the required information.]

1. I have personal knowledge of the matters set forth in this Statement because:
   - [X] I am the president or other officer or an authorized agent of the debtor corporation
   - [ ] I am a party to an adversary proceeding
   - [ ] I am a party to a contested matter
   - [ ] I am the attorney for the debtor corporation

2.a. [X] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests: Howard Bennish, Stanford Bennish, Michael Bennish, Daniel Bennish
   *[For additional names, attach an addendum to this form.]*

b. [ ] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____    __August 26, 2010__
Signature of Attorney or Declarant                                    Date

MICHAEL BENNISH
Printed Name of Attorney or Declarant

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2009                                                                                                                    F 1007-4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re   P&C Poultry Distributors, Inc.   
Debtor(s)

Case No. _____  
Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AMERICAN EXPRESS<br>PO Box 0001<br>Los Angeles, CA 90096 | | Trade | | 116,383.07 |
| ARI DIRECT<br>PO Box 485<br>Pleasanton, CA 94566 | | Commissions | | 64,287.20 |
| BEARINGS & DRIVES<br>9506 Rush Street<br>South El Monte, CA 91733 | Rich Muther<br>626-575-1307 | Maintenance | | 76,662.72 |
| CH GUNTHER & SON, INC.<br>PO Box 840441<br>Dallas, TX 75284 | Sherry Bray<br>210-351-6347 | Trade | | 38,064.00 |
| CITY OF INDUSTRY DISPOSAL<br>PO Box 3366<br>City of Industry, CA 91744 | Mary Hull<br>626-333-2211 x104 | Sanitation | | 45,027.69 |
| CONSOLIDATED PACKAGING<br>9821 Pittsburgh Avenue<br>Rancho Cucamonga, CA 91730 | Donna Haight<br>909-484-3288 | Trade | | 93,593.37 |
| COUNTY SANITATION DISTRICT NO. 21 OF LOS ANGELES COUNTY<br>c/o Lewis, Brisbois & Smith<br>221 North Figueroa Street, #1200<br>Los Angeles, CA 90012 | Dean Thalenberg<br>213-250-1800 x2608 | Utility | | 1,622,996.17 |
| GRIFFITH LABORATORIES<br>Dept. 70192<br>Chicago, IL 60673 | Cathy White<br>708-239-2284<br>708-371-9785 | Trade | | 109,762.25 |
| JENINE SEFTON<br>12100 Olympic Boulevard<br>Suite 300<br>310-779-0284<br>Los Angeles, CA 90064 | JENINE SEFTON<br>310-779-0284 | Loan | | 500,000.00 |
| KNIGHT REFRIGERATED<br>5601 W. Buckeye Road<br>Phoenix, AZ 85043 | Carol Millar<br>602-352-8200 | Maintenance | | 153,395.66 |

B4 (Official Form 4) (12/07) - Cont.
In re  P&C Poultry Distributors, Inc.                                Case No. _____
                         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| LAWRENCE WHOLESALE PO Box 58307 VERNON, CA 90058 | Mark Liszt 323-235-7535 | Trade | | 11,767,520.97 |
| LEYEN FOOD 16015 Phoenix Drive Hacienda Heights, CA 91745 | Victor Leyen 626-333-9812 | Trade | | 159,959.50 |
| PRECISION REFRIGERATION & AIR 9726 Klingerman Street South El Monte, CA 91733 | Igor Cherdak 626-443-8882 | Maintenance | | 64,770.03 |
| SOLOMON, ROSS, GREY & CO 16633 Ventura Blvd, #600 Encino, CA 91436 | Fred Solomon 818-995-0090 | CPA/Accounting | | 174,804.12 |
| SORENSON TRANSPORT PO Box 311 Chehalis, WA 98532 | Traci Nielson 360-748-8877 | Trade | | 47,303.53 |
| SOUTHERN CALIFORNIA EDISON PO Box 600 Rosemead, CA 91771 | Customer Service 800 255-2365 | Utility | | 36,655.66 |
| TIMBERLAKE FOODS, INC. PO Box 3101 Tupelo, MS 38803 | Joe Estces 662-842-7190 | Trade | | 297,747.60 |
| U.S. GROWERS COLD STORAGE 3141 EAST 44TH STREET Los Angeles, CA 90058 | Delia Noriega 323-583-3163 | Trade | | 45,906.09 |
| UNIFIRST 16434 Pioneer Boulevard Norwalk, CA 90650 | 562-926-2377 | Trade | | 35,831.05 |
| WIEBERG CORPORATION 11258 Regentview Avenue Downey, CA 90241 | Sylvia Cervantes 562-869-5240 | Trade | | 41,811.91 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  August 26, 2010                       Signature  _____
                                                       Michael Bennish
                                                       Chief Executive Officer

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| Party Name, Address and Telephone Number (CA State Bar No. If Applicable) | FOR COURT USE ONLY |
|---|---|
| Brian L. Davidoff<br>1901 Avenue of the Stars<br>Suite 1700<br>Los Angeles, CA 90067<br>310-286-1700 Fax:310-286-1728<br>CA State Bar Number: **102654** | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>**P&C Poultry Distributors, Inc.**<br><br>Debtor. | CHAPTER 11<br>CASE NUMBER<br><br>(No Hearing Required) |

# VENUE DISCLOSURE FORM
# FOR CORPORATIONS FILING CHAPTER 11
### (Required by General Order 97-02)

*Attach additional sheets as necessary and indicate so in each section*

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*): 1100 John Reed Court, City of Industry, CA 91745

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
1100 John Reed Court, City of Industry, CA 91745

3. Disclose the current business address(es) for all corporate officers:
1100 John Reed Court, City of Industry, CA 91745

4. Disclose the current business address(es) where the Debtor's books and records are located:
1100 John Reed Court, City of Industry, CA 91745

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:
1100 John Reed Court, City of Industry, CA 91745

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es): 1100 John Reed Court, City of Industry, CA 91745

7. State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (*specify*): Michael Bennish, Chief Executive Officer, 1100 John Reed Court, City of Industry, CA 91745

8. Total number of attached pages of supporting documentation: __0__

Venue Disclosure Form for Corporations Filing Chapter 11 - Page 2                                    VEN-C

| In re | CHAPTER 11 |
|---|---|
| P&C Poultry Distributors, Inc.    Debtor. | CASE NUMBER |

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on ___August 26, 2010___, at ___City of Industry___, California.

__Michael Bennish__
Type Name of Officer

__Chief Executive Officer__
Position or Title of Officer

_Signature of Declarant_