P&C Poultry Distributors, Inc.
1100 John Reed Court
City of Industry CA 91745


A & G DISPOSAL
PO Box 2099
Los Nietos CA 90610


A&A EXPRESS INC
PO BOX 707
Brandon SD 57005


A&S HYDRAULICS SERVICE
1331 S. Herbert Street
Los Angeles CA 90023


AAA ELECTRIC MOTOR SALES
1346 VENICE BLVD
Los Angeles CA 90006


Abarca, Apolinar
151 E.46Th. St.
Los Angeles CA 90011


ABE OFFICE FURNITURE
1801 East Dyer Rd
Santa Ana CA 92705


Abrajan, Jose
13680 Estelle St.
Corona CA 92879

ACCURATE CONCRETE SAWING
10667 San Fernando Rd
Pacoima CA 91331


ACEVEDO DISTRIBUTION, LLC
5743 Smithway Street
Suite 108
Los Angeles CA 90040


Acevedo, Miguel
8717 Avalon Blvd #1
Los Angeles CA 90003


Acosta, Felipe
3727 E. 53Rd. St.
Maywood CA 60270


ACSC 5104312
PO Box 25004
Santa Ana CA 92799


ACSC 5104328
PO Box 25002
Santa Ana CA 92799


ACSC 5540021
PO Box 25004
Santa Ana CA 92799


ACSC 7665518
PO Box 25004
Santa Ana CA 92799

Adame, Bryan
241 W. 43Rd. St.
Los Angeles CA 90037


Adame, Patricia
233 W. Gage Ave
Los Angeles CA 90003


ADKAN ENGINEERS
6820 Airport Drive
Riverside CA 92504


ADKINS AND ASSOCIATES INC
PO Box 1271
Russellville AR 72811


ADP INC
La Palma Region
PO Box 78415
Phoenix AZ 85062


ADVANCED DELIVERY SOLUTIONS
13939 Equitable Rd
Cerritos CA 90703


ADVANCED ENGINEERING
19030 State Street
Corona CA 92881


ADVANCED FOOD SYSTEMS INC
21 Roosevelt Ave
Somerset NJ 08873

ADVANCED SALES&SERVICE
4228 Main Street
Oakwood GA 30566

ADVANTAGE POLICY
1375 B. South Acacia
Fullerton CA 92831

AERO COMPRESSOR INC
12966 Park Street
Santa Fe Springs CA 90670

AERO JET SERVICES
15290 N 78th Way
Suite B100
Scottsdale AZ 85260

AFT TRADING
6114 Scott Way
Commerce CA 90040

Aguilar, Andres
1435 N. Magdalena
Los Angeles CA 90012

Aguilar, Brenda
2004 Alberca Dr. Apt. # 1
Rowland Hts. CA 91745

Aguilar, Jesus
4933 Rosemead Blvd #12
San Gabriel CA 91776

Aguilera, Jose
2352 Bunker Ave
El Monte CA 91732

Aguiniga, Alfredo
1249 4th St.
Norco CA 92860

Aguirre, Rosario
738 Sierra Vista
La Puente CA 91744

Ahumada, Adolfo N.
1074 Tyleen Pl.
Pomona CA 91768

AIR CHARTER MASTERS
1325 Howard Ave #510
Burlingame CA 94010

AIR COMFORT OF CAL
14737 Arminta Street
Van Nuys CA 91402

AIRBORNE EXPRESS
PO Box 91001
Seattle WA 98111

AIRGAS-WEST
PO Box 7423
Pasadena CA 91109

AIRTOUCH 3162777
PO Box 79005
City of Industry CA 91716


AJR MOTOR SUPPLY CO
4650 E. Washington Blvd
Los Angeles CA 90040


Alai, Luis
5546 Long Beach
Los Angeles CA 90058


ALAN V AND WENDY D HART
900 Wilshire Blvd
Suite 350
Santa Monica CA 90401


Alanis, Salvador
6014 N. Galanto Ave
Azusa CA 91702


Alba, Alvaro
810 Le Gorgne Ave
La Puente CA 91746


ALEJANDRO VALTIERRA
1222 S. Westmoreland
#2
Los Angeles CA 90006


ALERT FIRE PROTECTION
5606 E. LA Palma
Anaheim CA 92807

ALKLAR RAPID MP EQUIPMENT
4012 Paysphere Circle
Chicago IL 60674

ALL CARE MEDICAL
2675 E. Slauson Eve
Huntington Park CA 90255

ALL IN ONE
8521 Whitaker Street
Buena Park CA 90621

ALLEN FAMILY FARMS
126 N. Shipley Street
Seaford DE 19973

ALLIANCE ONE
PO Box 2449
Gig Harbor WA 98335

ALLWAYS EXPRESS CO
8446 Garfield Ave
Bell Gardens CA 90201

ALLWAYS EXPRESS INC
23875 Ventura Blvd
Suite #204-B
Calabasas CA 91302

Almaraz, Fernando
15325 Orange Ave
Space B11
Paramount CA 90723

ALPHERA FINANCIAL SERVICES
PO Box 78103
Phoenix AZ 85062


Alvarado, Eliberta G
1210 S. Concord
Los Angeles CA 90023


Alvarado, Ernesto
2540 Peck Rd. Apt. 142
Monrovia CA 91016


Alvarado, Ruth
18571 Colima Rd. Apt. #13-H
Rowland Hts. CA 91748


ALVAREZ MEATS INC
3805 East Hammel Street
Los Angeles CA 90063


Alvarez, Antonio
340 Millbury Ave
La Puente CA 91744


Alvarez, Geovani
4011 Fairmount St
Los Angeles CA 90063


AM CELLULAR
PO Box 571207
Tarzana CA 91357

AM CELLULAR 1001817
PO Box 571207
Tarzana CA 91357


AM GENERAL LIFE E007247L
PO Box 0796
Carol Stream IL 60132


AM INDUSTRIAL SUPPY INC
PO Box 10996
Burbank CA 91510


Amarillas, Alfredo
4922 E. Florence Ave
Bell Gardens CA 90201


Amaro, Gloria
13680 Estelle Street
Corona CA 92879


Amaro, Jose Luis
7833 S. Towne Ave #16
Los Angeles CA 90003


Amaro, Leticia
13680 Estelle St.
Corona CA 92879


Amayo, Irene
1412 W. 10Th. Pl.
Los Angeles CA 90015

Ambrocio, Roselia
252 Merville
La Puente CA 91744


AMBROSIA GIFT BASKETS
311 N. Robertson Blvd
Suite 367
Beverly Hills CA 90211


Ambrosio, Domingo
100 Leverett St. Apt-A
La Puente CA 91744


AMERICAN EXPRESS
PO Box 0001
Los Angeles CA 90096


AMERICAN HEART ASSOCIATION
PO Box 931997
Atlanta GA 31193


AMERICAN JETTING SERVICE
2081 Hellman Ave
Unit C
Ontario CA 91761


AMERICAN LABEL CO
13930 Borate Street
Santa Fe Springs CA 90670


AMERIFLIGHT
PO Box 7838
Burbank CA 91510

AMLI
7922 Daycreek Blvd
Rancho Cucamonga CA 91739


AMMERAAL BELTECH INC
PO Box 90351
Chicago IL 60696


AMZ PACKAGING INC
PO Box 58172
Vernon CA 90058


Analco, Juan
2700 S. Azusa Ave
West Covina CA 91792


ANALYTICAL FOOD LABORATORIES
865 Greenview Drive
Grand Prairie TX 75050


ANDERSON TRANSPORTATION CO
PO Box 1376
Siloam Springs AR 72761


Andrade, Allen
17818 Hemphill St
La Puente CA 91744


Andrade, Ricardo G
613 Sebastopol St.
Claremont CA 91711

Andres, Cesar
1629 1/4 W. 4th. St.
Los Angeles CA 90017


ANDREW K BLACK
6900 Marconi Street
Huntington Park CA 90255


ANDREWS TRUCKING
PO Box 4723
Salinas CA 93912


ANTONIO CASTELLANOS
9506 Zamora Ave
Los Angeles CA 90002


Anzures, Viridiana
1643 w 4th St # 103
Los Angeles CA 90017


APPLE VALLEY FARMS
PO Box 91491
City of Industry CA 91715


Araujo, Julio
2500 Rosmario St.
La Puente CA 91730


ARCAY BUSINESS SYSTEMS
11718 Barrington Court
Los Angeles CA 90049

Arcos, Olivia
913 E. Francis St.
Corona CA 92879

Arcos, Samuel
13680 Estelle St.
Corona CA 92879

Arellano, Celia
6030 Stanton Ave #14
Buena Park CA 90621

Argueta, Luis
16339 Garo St.
Hacienda Heights CA 91745

ARI DIRECT
PO Box 485
Pleasanton CA 94566

ARPINO & DWORKIN
22 Lawrence Ave
Smithtown NY 11787

Arreaga, Nelson
17461 Villa Corta St.
La Puente CA 91744

ARROW STEEL FENCE CO
3615 E. 8th Street
Los Angeles CA 90023

ARROWHEAD 18389395
601 E Potrero Grande Drive
Monterey Park CA 91755


ARROWSTREAM
24386 Network Place
Chicago IL 60673


Arrue, Juan
508 N. Moore Ave Apt. # 4
Monterey Park CA 91754


ART'S PLACE
931 Sunset Drive
Suite G
Costa Mesa CA 92627


ASE
3320 Airport Way
Long Beach CA 90806


ASI FOOD SAFETY CONSULTANTS
7625 Page Blvd
Saint Louis MO 63133


ASSOCIATED READY-MIX CONCRETE
2730 E. Washington Blvd
Los Angeles CA 90023


AT&T
Payment Center
800-750-2355
Sacramento CA 95881

AT&T 3232768563
Payment Center
Van Nuys CA 95887

AT&T CREDIT CORP
PO Box 85340
Louisville KY 40285

ATT 3234411200
Payment Center
Van Nuys CA 91388

AUTOMATED GATE SERVICES
PO Box 70118
Riverside CA 92513

Avalos, Jorge
6634 South Side St.
Los Angeles CA 90022

Avalos, Karina
1736 Workman St.
Los Angeles CA 90031

Avalos, Teresa
557 Leuerett Ave. #B
La Puente CA 91744

AVERITT EXPRESS
PO Box 3145
Cookeville TN 38502

AVERY WEIGH-TRONIX
10751 Forest Street
Santa Fe Springs CA 90670

Avila, Juan
12008 Klingerman Ave
El Monte CA 91732

Avila, Patricia
3326 Barnes Ave
Baldwin Park CA 91706

AZUSA PLUMBING SUPPLY
836-A N Soldano Ave
Azusa CA 91702

B BAR B
6402 West Corrine
Glendale AZ 85304

B&K ELECTRIC
1225 S. Johnson Drive
City of Industry CA 91745

B&S PALLETS
PO Box 682
Fontana CA 92334

Bahena, Felipe
1850 Batson Ave #151
Rowland Hts. CA 91748

BAKER COMMODITIES INC
4020 Bandini Blvd
Los Angeles CA 90023


BALANCE INDUSTRIAL SCALE CO
PO Box 5478
Los Alamitos CA 90720


Baltasar, Estevan
1247 W 8TH. St.  #104
Los Angeles CA 90017


Baltazar, Francisco
1247 W8th St #104
Los Angeles CA 90017


BAMA TRUCK BROKERS INC
PO Box 830820 Drawer 1033
Birmingham AL 35283


BANDIT DELIVERY SERVICE
9310 S. La Cienega Blvd
#1st Floor
Inglewood CA 90301


Barbrow, Josh
416 N. Pasadena Ave
Glendora CA 91741


Barcenas, Abel
11146 Elliott Ave
El Monte CA 91733

BARNES TRUCKING INC
PO Box 6158
Stockton CA 95206


Barragan, Alma
526 N. Cummings Street
Los Angeles CA 90033


Barragan, Victor
12114 Deana Street
El Monte CA 91732


Barrera, Adriana
2810 Musgrove Ave
El Monte CA 91732


Barrera, Feliciano
17752 Hurley St,
La Puente CA 91744


BASURA DISPOSAL
PO Box 2366
Whittier CA 90610


Bautista, Hugo
2412 1/2 Maniton Ave
Los Angeles CA 90031


Bautista, Jorge
1215 S. Leland Ave #19
West Covina CA 91790

Bautista, Monica
18444 Marimba St.
Rowland Hts. CA 91748


Bautista, Sergio
2412 1/2 Manitou Ave
Los Angeles CA 90031


BAVARIA CORPORATION
515 Cooper Commerce Drive
Suite 100
Apopka FL 32703


BAVCO
20435 South Susana Road
Long Beach CA 90810


BAY FLOORING SOLUTIONS
580 Crespi Cr
Unit O
Pacifica CA 94044


BEARINGS & DRIVES
9506 Rush Street
626-575-1307
South El Monte CA 91733


Becerra, Fernando
3363 E, Whittier Ave
Los Angeles CA 90063


Becerra, Mauricio
16903 Inyo
La Puente CA 91744

Benitez, Abel
252 N. Willow Ave
West Covina CA 91790

Benitez, Edwin
3615 W. 112 St.
Inglewood CA 90303

Benitez, Jorge
522 N Britania St
Los Angeles CA 90033

Benitez, Misael
18518 Altario Street
La Puente CA 91744

Bermejo Gutierrez, Maria Isabel
10026 Klingerman #4
S. El Monte CA 91733

Bermejo, Martha
10026 Klingerman St.
So. El Monte CA 91732

Bernardo, Ermita
100 La Leverett Ave Apt. #A
La Puente CA 91744

BEST BIRD FOODS INC
PO Box 1223
Frankston TX 75763

BEST SANITZERS INC
PO Box 707
Penn Valley CA 95946


BIRD IN HAND FARMS INC
PO Box 821021
Philadelphia PA 19182


BK GIULINI
Dept No 1816
Los Angeles CA 90084


BK LADENBURG
Dept No 7326
Los Angeles CA 90084


BLACKBURN, RODNEY
1908 E Stockton St
Compton CA 90221


Blancas, Julia
550 Leverett Ave. Apt-A
La Puente CA 91744


Blanco, Javier
12369 Poinsettia Ave
El Monte CA 91732


Blanco, Maricela
1945 E. Garvey Ave #N
West Covina CA 91791

BLUE CROSS 143A69399
PO Box 54010
Los Angeles CA 90054


BLUE CROSS 148A54046
PO Box 54010
Los Angeles CA 90054


BLUE CROSS 149A54046
PO Box 54010
Los Angeles CA 90054


BLUE CROSS 206A75352
PO Box 54580
Los Angeles CA 90054


BLUE CROSS 234A62827
PO Box 9051
Oxnard CA 93031


BLUE CROSS 449A24296
PO Box 51272
Los Angeles CA 90051


BLUE CROSS 514A75368
PO Box 54010
Los Angeles CA 90054


BLUE CROSS 870A63558
PO Box 54010
Los Angeles CA 90054

BLUE CROSS 886A63346
PO Box 54010
Los Angeles CA 90054


BLUE CROSS 985A63061
PO Box 54010
Los Angeles CA 90054


BMI
5858 Westheimer Blvd
5th Floor
Houston TX 77057


BMW 4001121612
PO Box 78103
Phoenix AZ 85062


BMW 4001164275
PO Box 78103
Phoenix AZ 85062


BMW 4001212928
PO Box 78103
Phoenix AZ 85062


BOC GASES
88718 Expedite Way
Chicago IL 60695


BOERNER TRUCK CENTER
3620 E. Florence Ave
Huntington Park CA 90255

Bojorquez, Gabino
6720 Gage Ave
Bell Gardens CA 90201

Bojorquez, Jorge
6724 Gage Ave
Bell Gardens CA 90201

Bolanos, Maricela
15507 Loukelton St
La Puente CA 91744

BOMAN FORKLIFT
8015 South Alameda Street
Los Angeles CA 90001

Bonilla, Catalina
11134 Ellliott Ave
El Monte CA 91733

Bonilla, Jose
16903 Inyo Street
La Puente CA 91744

BOSCH PACKAGING TECHNOLOGY INC
869 South Knowles Ave
New Richmond WI 54017

BOYS AND GIRLS CLUB OF SM
John J. Bourget
2117 Ashland Ave
Santa Monica CA 90405

BOZCO RESOURCES
5273 Commerce Ave
Unit 3
Moorpark CA 93021


Bravo Abarca, Elder
151 E. 46Th. St.
Los Angeles CA 90011


Bravo, Mario Alberto
151 E. 46Th. St.
Los Angeles CA 90011


Brian L. Davidoff
RUTTER HOBBS & DAVIDOFF INCORPORATED
1901 Avenue of the Stars
Suite 1700 Los Angeles, CA 90067


BRIDGE CONSULTANTS
8117 W. Manchester Ave
#301
Playa Del Rey CA 90293


BRODY CHEMICAL
6125 W Double Eagle Circle
Salt Lake City UT 84118


BROWN LINE INC
PO Box 1708
Mount Vernon WA 98273


BRUCE WEINSTEIN
20577 Celtic Street
Chatsworth CA 91311

BRUNO INDUSTRIAL TIRES
2114 Loma Avenue
South El Monte CA 91733


BSI
PO Box 2195
Long Beach CA 90801


Bucio, Manuel
820 Hawaiian Ave
Wilmington CA 90744


Bucio, Martin
3455 N. Mission Rd.
Los Angeles CA 90031


Buenrostro, Gerardo
4668 S. Huntington Dr. # 207
El Sereno CA 90032


Bueso, Elias
3837 Wall St
Los Angeles CA 90011


BUNZL DISTRIBUTION LLC
12240 Collections Center Drive
Chicago IL 60693


BUS ENTER APPRAISAL CO
23801 Calabasas Rd
Suite 1015
Calabasas CA 91302

C&D TECHNOLOGIES INC
PO Box 630536
Baltimore MD 21263


C&S WHOLESALE GROCERS
FAHRMEIER, TRANQUILENA
Kapolei HI 96707


C.H GUENTHER & SON INC
PO Box 8404401
Dallas TX 75284


C.H. ROBINSON WORLDWIDE INC
PO Box 9121
Minneapolis MN 55480


CA STATE DISBURSEMENT UNIT
P.O Box 989067
West Sacramento CA 95798


Cabezas, Hilda
2930 Chesapeake Ave
Los Angeles CA 90016


Cabral, Ana
6030 Stanton Ave Apt. 4
Buena Park CA 90621


Cabrera, Guadalupe
1745 3/4 Sichel St
Los Angeles CA 90031

Cabrera, Reyna
12369 Pointsetta Ave
El Monte CA 91732


CAL DEPT OF FOOD & AGRICULTURE
Meat & Poultry Branch
1220 N Street, Room A-125
Sacramento CA 95814


CAL ECON DEVELOPMENT
C/O Cal Trade And Commerce
801 K Street, Suite 1700
Sacramento CA 95814


CAL-LIFT INC
6403 E. Slauson Ave
Los Angeles CA 90040


CALABASAS MOTORCARS
24181-24221 Calabassas Rd
Calabasas CA 91302


Calderon, Christian
14050 Proctor Ave
La Puente CA 91744


Calderon, Daniel
5546 Long Beach Ave
Los Angeles CA 90058


Calderon, Sandra
17314 Villa Park Street
La Puente CA 91744

CALDWELL INS AGENCY
15935 East Whittier Blvd
Whittier CA 90603


CALIFORNIA BUSINESS UNITED
8521 Whitaker Street
Buena Park CA 90621


CALIFORNIA CORRUGATED
10810 Painter Ace
PO Box 3007
Santa Fe Springs CA 90670


CALIFORNIA DEBT LIMIT
Allocation Committee


CALIFORNIA FRAME & AXLE
6049 Rugby Ave
Huntington Park CA 90255


Callejas, Rosalinda
1061 N Alma Ave
Los Angeles CA 90063


Calletano, Luis
17752 Hurley St.
La Puente CA 91744


CALZONA PACKAGING
PO Box 58532
4567 Maywood Ave
Vernon CA 90058

Camacho, Gerardo
814 Rieldley Ave
Hacienda Hights CA 91745


Campos, Virginia
2719 Central Ave
El Monte CA 91733


CANDOR INC
PO Box 922
Pleasanton CA 94566


CANEL, LEONEL
16160 APPLEBLOSSOM ST
LA PUENTE CA 91744


Cano, Jose Nicandro
3545 Baldwin Ave # H
El Monte CA 91731


Cano, Obdulia
17350 Temple Ave Sp. 94
La Puente CA 91744


Cano, Sergio
3545 Baldwin Ave
El Monte CA 91731


Carbajal, David
5683 Park Place
Chino Hills CA 91710

Carballo, Luis F
119 N 51 Ave # 214
Los Angeles CA 90042


Cardenas, Jhimmy
1761 Villa Corta st
La Puente CA 91744


Cardenas, Martha
17350 Mayn Street
La Puente CA 91744


CARDINAL SCALE MFG CO
Dept 302, PO Box 419263
Kansas City MO 64193


Cardona, Evelyn
12866 Salisbury Street
Baldwin Park CA 91706


Cardona, Maria
14837 Ramona Blvd
Baldwin Park CA 91706


CARGILL
4340 18th Avenue, SW
Fargo ND 58103


CARGILL INC
PO Box 100336
Pasadena CA 91189

Carranza, Christian
4245 Filhurst Ave
Baldwin Park CA 91744

Carranza, Hortencia
655 Dora Guzman
La Puente CA 91744

Carranza, Rosa
2663 Gage Ave
El Monte CA 91733

Carreno, Juana
16428 Inyo St.
La Puente CA 91744

CARRIER TRANSICOLD
1015 S. Azusa Ave
City of Industry CA 91748

Carrillo, Jose
1111 S New Hampshire Ave
Los Angeles CA 90006-2706

Carrillo, Maria
18427 Hurley St.
La Puente CA 91744

Carrillo, Transito
563 S. Shipman Ave
La Puente CA 91744

CARTRIDGE CENTER INC
1555 E. Flamingo Road
Suite 155
Las Vegas NV 89119


Casas, Martin
115161/2 Medina Court
El Monte CA 91732


CASE FARMS
PO Box 643035
828-438-6900
Cincinnati OH 45264


Castaneda, Alma
422 S. Orange Ave
Azusa CA 91702


Castaneda, Humberto Jr.
2040 1/2 Daly St
Los Angeles CA 90031


Castaneda, Humberto Sr.
2040 1/2 Daly St
Los Angeles CA 90031-3353


Castaneda, Zaida E
1433 Larhwod
Hacienda Heiths CA 91745


Castellano, Hugo
1864 N. Alice Ave
Rialto CA 92376

Castellanos, Adolfo
880 W. 7Th. St.
Pomona CA 91766


Castelo, Manuel
4423 Lima Street
Los Angeles CA 90011


CASTER INDUSTRIES
5901 Warner Ave
Huntington Beach CA 92649


Castillo, Andres
255 Sir Alexander Ave Apt. 6
Los Angeles CA 90004


Castillo, Beatriz
1040 E. 46 St.
Los Angeles CA 90011


Castillo, Esteban
3204 Flower Street
Huntington Park CA 90255


Castillo, Maria
326 Mancero Ave
La Puente CA 91744


Castillo, Maricela
16969 Maclaren Street
La Puente CA 91744

Castillo, Meliton
2818 Musgrove Ave
El Monte CA 91732


Castillo, Oscar
1858 Cordova Street
Los Angeles CA 90002


CASTOR INDUSTRIES
5901 Warner Ave
#120
Huntington Beach CA 92649


Castro, Bertha
655 N. Dudley St. Apt. #48
Pomona CA 91768


Castro, Gustavo
4115 Cogswell Rd.
El Monte CA 91732


Castro, Mario
1236 E. 52 St. # 15
Los Angeles CA 90011


Castro, Ricardo
900 Golden Springs Dr.
Diamond Bar CA 91765


Cayetano, Mario
548 Bainford Ave
La Puente CA 91744

CBEYOND
320 Interstate North Parkway SE
Atlanta GA 30339


CDP TRANSPORTATION
PO Box 374
Kinston AL 36453


CDW COMPUTER CENTERS INC
PO Box 75723
Chicago IL 60675


CENTER MEAT CO
344 Cliffwood Park
Brea CA 92821


CENTRAL COAST FOOD INGREDIENTS
36707 Silk Oak Terrace Place
Murrieta CA 92562


CENTRAL REFRIGERATED SERVICE
P.O Box 27358
Salt Lake City UT 84127-0358


CENTURY SAND & GRAVEL CO
715 Fairway Drive
Industry CA 91788


Cervantes, Adriana
9626 Remer
El Monte CA 91733

Cervantes, Jonathan
74464 Villa Corta St
La Puente CA 97744


CGI
15128 Collections Center Drive
Chicago IL 60693


CH GUNTHER & SON, INC.
PO Box 840441
210-277-1401
Dallas TX 75284


Chamu, Paula
2322 Lincoln Park Ave #4
Los Angeles CA 90031


Chanes, Hector
12115  Wanda Street
El Monte CA 91732


CHARLES PATTERSON
P.O Box 374
Kinston AL 36453


CHARTER SMART
444 West Ocean Blvd
Suite 1604
Long Beach CA 90802


CHASE AUTO 04320308456-1
PO Box 830211
Baltimore MD 21283

CHASE AUTOMOTIVE FINANCE
10020213375500
PO Box 15700
Wilmington DE 19886


CHASE AUTOMOTIVE FINANCE
043201823481
PO Box 15594
Wilmington DE 19886


Chavarria, Luis
10907 59th Street
Los Angeles CA 90052


Chavarrias, Yolanda
3527 Gibson Road
El Monte CA 91731


Chavez, Amira
213 San Luis
Pomona CA 91767


Chavez, Emiliano
4620 Pine ST
Pico Rivera CA 90660


Chavez, Froylan
1736 Workman St
Los Angeles CA 90031


Chavez, Liliana
4113 Eunice Ave
El Monte CA 91731

CHEMCO SPECIALTY PRODUCTS CO
P.O Box 21532
Long Beach CA 90801


CHEP USA
P.O Box 101475
Atlanta GA 30392


CHERRY'S INDUSTRIAL EQUIP CO
600 Morse Ave
Elk Grove Village IL 60007


CHI-MING FAN AKA JIM FAN
1102 John Reed Court
City of Industry CA 91745


CHIKATO BROS
5634 E. Washington Blvd
Los Angeles CA 90040


CHILD SUPPORT SERVICES
PO Box 989067
West Sacramento CA 95798


CHINESE DAILY NEWS
16 N 2nd Street
Alhambra CA 91801


CHOICE FOOD CO INC
6311 Evergreen Way
Everett WA 98203

CHOLLA DIST. CO. INC
PO Box 82578
Phoenix AZ 85071


Chopin, Jeremias
712 43 Rd. Pl.
Los Angeles CA 90011


CHRISTENSEN & ASSOCIATES
9970 River View Circle
Stockton CA 95209


CHUBB SOVEREIGN 351338
30 W. Sola
Santa Barbara CA 93101


CIDFAC
Mr. Jenkins Community Develop. Dept
215 West Sixth Street, 3rd Floor
Los Angeles CA 90014


Cienfuegos, Fernando
1040 E.46 St.
Los Angeles CA 90011


CIRCUIT CITY STORES
Store 416
Huntington Beach CA 92647


CITICAPITAL COMMERCIAL
PO Box 9187
Minneapolis MN 55480-9187