CITICORP DEL LEASE, INC.
450 Mamroneck Ave.
Harrison NY 10528


CITICORP DEL-LEASE, INC.
PO Box 7247-7878
Philadelphia PA 19170-7878


CITY OF HUNINGTON BEACH
P.O Box 2410
Tustin CA 92781


CITY OF HUNTINGTON BEACH
P.O Box 2410
Tustin CA 92681


CITY OF HUNTINGTON PARK
6550 Miles Ave
Room 127
Huntington Park CA 90255


CITY OF INDUSTRY DISPOSAL
PO Box 3366
626-333-2211
Attn: Mary Hull
City of Industry CA 91744


CITY OF LA PARKING
PO Box 30247
Los Angeles CA 90030


CITY OF NEWPORT BEACH
PO Box 3080
Newport Beach CA 92658

CITY OF PICO RIVERA
C/O Parking Citation Service
PO Box 11923
Santa Ana CA 92711


CITY OF SAN GABRIEL
P.O Box 4367
Inglewood CA 90309


CITY TOW SERVICE
704 W. 17th Street
Long Beach CA 90813


CLAYTON GROUP SERVICES INC
Dept 77179
Detroit MI 48277


CLERK OF THE MUNICIPAL COURT
1945 South Hill Street
Los Angeles CA 90007


CO-WEST COMMODITIES
1389 W. Mill Street
San Bernardino CA 92410


COAST COMPRESSOR COMPANY
18685 A Main Street
#342
Huntington Beach CA 92648


COAST MACHINE TOOL CO
1560 South Gerhart Ave
Los Angeles CA 90022

COAST PROVISION CO. INC.
11708 East Pike Street
P.O Box 2607
Santa Fe Springs CA 90670


COAST TO COAST POULTRY INC
4c Bay Street
Berlin MD 21811


COASTAL CARRIERS INC
PO Box 480
Troy MO 63379


Colindres, Isaias
2264 1/4 W. 28 Th. St.
Los Angeles CA 90018


COMATRIX
1831 N. Raymond Ave
Anaheim CA 92801


COMDIRECT, INC.
17701 Cowan
Suite #150
Irvine CA 92614


COMERCIA BANK-CALIFORNIA
21530 Oxnard Street
Woodland Hills CA 91367


COMMERCE ESCROW
1545 Wilshire Blvd
#600
Los Angeles CA 90017

COMMERCIAL DOOR CO
1374 East 9th Street
Pomona CA 91766


COMMODITY SALES
517 S. Clarence Street
Los Angeles CA 90033


COMP USA
9380 Warner Road
Fountain Valley CA 92708


COMPREHENSIVE TRAFFIC SYSTEMS
4860 Robb Street
Suite 205
Wheat Ridge CO 80033


CONAGRA FOODS
PO Box 100300
Pasadena CA 91189


CONAGRA POULTRY CO
File # 96644
Los Angeles CA 90074


CONRAD RUIZ
4055 E. 56th Street
Maywood CA 90270


CONSOLIDATED MATERIALS INC
PO Box 58
Kinston AL 36453

CONSOLIDATED PACKAGING
9821 Pittsburgh Avenue
909-484-3288
Rancho Cucamonga CA 91730


CONTAINER & DISPLAY INC
990 N. Amelia Ave
San Dimas CA 91773


CONTINENTAL ASSOC
Po Box 860066
Los Angeles CA 90086


CONTINENTAL ASSOCIATES INC
2021 East 25th Street
Los Angeles CA 90058


Contreras, Victor
14810 Badillo St Apt. 7
Baldwin Park CA 91706


CONTROLLED CLIMATE CONST INC
4560 Carter Court
Chino CA 91710


CONVEYOR BELTS AND INDUSTRIALS
PO Box 660507
Arcadia CA 91006


COOPER'S COLD FOODS INC
5323 Sheila Street
Los Angeles CA 90040

COOPERATIVE GRADING SERVICE
PO Box 27686
Raleigh NC 27611


COPY SOLUTIONSS INC
1055 Corporate Center Dr
#400
Monterey Park CA 91754


Cordero, Elias
17432 Bouley
La Puente CA 91744


Cordova, Brenda
1736 Workman St
Los Angeles CA 90031


Cordova, Fernando
401 1/2 S Union Ave
Los Angeles CA 90017


Cornejo, Daniel
1151 E, Elgenio Ave
West Covina CA 91790


Corona, Juan
1207 Galemont Ave
Hacienda Hts. CA 91745


Corona, Martin
1259 w 27 dr #3
Los Angeles CA 90007

Corona, Martin G
1207 Galemont Ave
Hacienda Hts. CA 91745

CORPORATE BILLING INC
PO Box 1726
Decatur AL 35602

Cortes, Humberto
390 N. Cerritos Ave
Azusa CA 91702

CORTEZ PALLET SERVICE INC
14739 Proctor Ave
City of Industry CA 91746

Cortez, Humberto
1807 W Tepa St
Los Angeles CA 90026

Cortez, Jesus
2184 E. 101 St.
Los Angeles CA 90002

COSTCO 000304001543080
PO Box 34783
Seattle WA 98124

COUNTY SANITATION
c/o Lewis Brisbois & Smith
221 N. Figueroa St.
213-250-1800
Los Angeles CA 90012

COUNTY SANITATION DISTRICT
NO. 21 OF LOS ANGELES COUNTY
221 North Figueroa Street, #1200
213-250-1800
Los Angeles CA 90012


COUNTY SANITATION DISTRICT
NO. 21 OF LOS ANGELES COUNTY
c/o Lewis Brisbois & Smith
221 N. Figueroa St, Suite 1200
Los Angeles CA 90012


COUNTY SANITATION DISTRICT NO. 21
OF LOS ANGELES COUNTY
c/o Lewis Brisbois & Smith
221 North Figueroa St. #1200
Los Angeles CA 90012


COURT TRUSTEE
SCD 09009
PO Box 3544
Los Angeles CA 90051


Covarrubias, Francisco
822 Sandia Ave
La Puente CA 91746


Covarrubias, Javier
14732 Blythe St. #6
Panorama CA 91402


COX TECHNOLOGIES
69 McAdenville Rd
Belmont NC 28012


CRAIN AUTO ELECTRIC
950 So. Boyle Ave
Los Angeles CA 90023

CREATIVE COMMUNICATIONS
2722 N. Broadway Street
Los Angeles CA 90031


Cristina, Ramirez
830 N. Rimgrove
La Puente CA 91744


Cristino Gonzaga, Jesus
7833 S. Town Ave
Los Angeles CA 90003


Cristobal, Lorenzo
1633 S Union St #12
Los Angeles CA 90007


CROCKETT CONTAINER CORP
Dept. Number 2601
Los Angeles CA 90088


CROWN CREDIT COMPANY
40 S. Washington Street
New Bremen OH 45869


CROWN CREDIT COMPANY
PO Box 640352
Cincinnati OH 45264


CROWN EQUIPMENT CORPORATION
PO Box 641173
Cincinnati OH 45264

Cruz Lopez, Maria Cristina
1335 1/2 E 42 Pl.
Los Angeles CA 90011


Cruz, Carlos
17412 Tadmore Street
La Puente CA 91744


Cruz, Denisse
11208 E. Garvey Ave Apt. # 7
El Monte CA 91733


Cruz, Fernando
17308 Villapark Ave
La Puente CA 91744


Cruz, Francisco
655 N. Dudley Street. # 50
Pomona CA 91768


Cruz, Guadalupe
942 S. Duncan
Los Angeles CA 90022


Cruz, Jose
103 N. Hambledon Ave
La Puente CA 91744


Cruz, Juan
18602 Altario Street
La Puente CA 91744

Cruz, Lourdes
6370 Arbutos Ave
Huntington Park CA 90255


Cruz, Luis
11136 Eliott St.
El Monte CA 91733


Cruz, Manuel
16812 Inyo St.
Los Angeles CA 91744


Cruz, Marcelino
6428 Seville Ave # A
Huntington Park CA 90255


Cruz, Maria De Jesus
2600 S. Azusa Ave Apt. 172
West Covina CA 91792


Cruz, Miguel A
2016 Daly St #306
Los Angeles CA 90031


Cruz, Miriam
8354 Calabash Ave
Fontana CA 92335


Cruz, Rafael
119 W. 53 Street
Los Angeles CA 90037

CSA GROUP
P.O Box 66512
AMF O'Hare
Chicago IL 60666


CSB-SYSTEM
3131 Camino Del Rio North
Suite 580
San Diego CA 92108


Cuevas, Francisca
564 Balham Ave
La Puente CA 91744


Cuevas, Maria
515 Jellick
La Puene CA 91744


CULINARY CUISINE
9452 Brynmar Drive
Villa Park CA 92861


CUSTOM LOW VOLTAGE SYSTEMS
29550 Boynton LN
Sun City CA 92586


CUSTOM MOBILE SOUND
17060 Ventura Blvd
Encino CA 91316


CUSTOM POULTRY
P.O Box 2240
Conroe TX 77305

CUT/RATE OFFICE
1801 S. Hill Street
Los Angeles CA 90015


CVP SYSTEMS INC
2699 Eagle Way
Chicago IL 60678


CW GRUVER CONSTRUCTION
8525 S. Greenvale Ave
Pico Rivera CA 90660


D & L TRADING CO
11237-A Thienes Ave
South El Monte CA 91733


D&B FOODS
9821 California Drive
South Gate CA 90280


D&C AUTO SALES
51 Pinkerton Road
Waynesboro MS 39367


D&F FORKLIFT SERVICE
9619 Mallison Ave
South Gate CA 90280


D&R OFFICE WORKS, INC
9956 Baldwin Place
El Monte CA 91731

D&Y ENTERPRISE, INC.
6114 Scotts Way Street
City of Commerce CA 90040


D.A.M. DELIVERY & SUPPLY CO
PO Box 0056
Perris CA 92572


D.C.S
7115 Foothill Blvd
Tujunga CA 91042


Damaso, Juan R
1850 Batson Ave #89
Rowland Heights CA 91748


DANIEL S BENNISH
2490 Normans Way
Calabasas CA 91302


DANIEL WESTERN  MEAT PACKERS
5220 Van Norman Road
Pico Rivera CA 90660


DAPEC INC
P.O Box 101120
Atlanta GA 30392


DAPHNE'S GREEK CAFE
6125 Cornerstone Court East
San Diego CA 92121

DATA SYSTEM
11912 Rivera Rd
Building G
Santa Fe Springs CA 90670


DAVID DONATO
11230 Wish Ave
Granada Hills CA 91344


DAY TO DAY TRANSPORTATION
P.O Box 31880
Phoenix AZ 85046


DB CONSULTING
1433 San Bernadino Rd
Upland CA 91786


De La Cruz, Luis
2654 Marybeth
El Monte CA 91733


DE LA MORA TRUCKING
P.O Box 963
Clovis CA 93613


De La Torre, Jose
5733 Fostoria St
Bell Gardens CA 90201-6120


DE LAGE LANDEN FINANCIAL SERV
Ref no.000000000423344
P.O Box 41601
Philadelphia PA 19101

DE LAGE LANDEN FINANCIAL SERV
1111 Old Eagle School Road
Wayne PA 19087

DE LAGE LANDEN FINANCIAL SERV
1111 Old Eagle School Road
Wayne PA 19087

De Leon Garcia, Mayda Judith
2030 Batson Ave
Rowland Heights CA 91748

De leon, Martha
1331 Electra Ave
Rowland Hts. CA 91748

DEAN'S SERVICES
1600 Donner Ave
San Francisco CA 94124

DEL REY CHEMICAL CO
1170 Centre Drive
Bldg H
City of Industry CA 91789

DELILLO CHEVROLET
18211 Beach Blvd
Huntington Beach CA 92648

DELTA PLASTICS
P.O 6527
Orange CA 92863

DELTA TRAFFIC SERVICES
P.O Box 1217
Manteca CA 95336


Delvasto, Orlando
1826 Rosemound Ave
Claremont CA 91711


DEMING DENTAL SALES
400 South Gold Ave
PO Box 509
Deming NM 88030


DEPARTMENT OF PUBLIC WORKS
2714 Media Center Dr
Los Angeles CA 90065


DEPT OF CHILD SUPPORT
PO 45383
San Francisco CA 94145


DEPT OF INDUSTRIAL RELATIONS
Accounting - Tic Fund 096.01
P.O Box 420603
San Francisco CA 94142


DEPT. BUILDING & SAFETY
File 54563
Los Angeles CA 90074


DESERT RAIN LABEL
8125 Secura Way
Santa Fe Springs CA 90670

DESERTCOM
6345 Balboa
Suite 165
Encino CA 91316


DIANE R ADAMS INS AGENCY
2134 Main Street
Suite # 195
Huntington Beach CA 92648


Diaz Bautista, Maria
3943 La Rica Apt. 18
Baldwin Park CA 91706


Diaz, Artemio
5221 Vogue Ave
Azusa CA 91702


Diaz, Conception
4623 Nelson Ave
La Puente CA 91744


Diaz, Daisy
1452 E. 111Th. Pl.
Los Angeles CA 90059


Diaz, Daniel
17340 Main St. #31
Los Angeles CA 91744


Diaz, Estela
115161/2 Medina
El Monte CA 91732

Diaz, Hazel
17461 Villa Corta
La Puente CA 91744


Diaz, Heroila
1125 43 Rd. St.
Los Angeles CA 90011


Diaz, Maria
3249 Frazier St. Apt. B
Baldwin Park CA 91706


Diaz, Patricia
1452 E 111th Pl #523
Los Angeles CA 90059


Diego, Rene
1507 Rosemead Blvd. #
San Gabriel CA 91776


DIESEL ONE
1318 Teri Ave
Torrance CA 90503


DIRECT FREIGHT GROUP
P.O Box 9537
Fountain Valley CA 92728


DIVERSIFIED FOODS
P.O Box 54329
New Orleans LA 70154

DMV
P.O Box 942894
Sacramento CA 94294


DOBOY INC
36815 Treasury Center
Chicago IL 60694


DOCK PROS
2870 Ragle Way
Corona CA 92879


DOLCO PACKAGING
135 S. Lasalle, Dept. 2873
Chicago IL 60674


DOLORES S QUIROZ
10433 Fern St
El Monte CA 91733


DOMENIC PESAVENTO CO
P.O Box 4306
Covina CA 91723


Dominguez, Edgar
950 S. Westmoreland Ave #301
Los Angeles CA 90006


Dominguez, Gerardo
3727 Locke Av
Los Angeles CA 90032

Dominguez, Jose
215 S. Hambeldon Ave
La Puente CA 91744


Dominguez, Ranuifo
10026 Klingerman St.
S. El Monte CA 91733


Dominguez, Xicotencatl
18309 Camino Bello Street
Rowland Heights CA 91748


DON STOCKLEY TRUCKING
3995 South 300 West
Murray UT 84107


Donaire, William
1736 Workman St #222
Los Angeles CA 90031


Donis, Carolina
1940 S. Fullerton Rd.
Rowland Hts. CA 91748


DOUGLAS INDUSTRIAL SUPPLY
1811 E. 7th Street
Los Angeles CA 90021


DRAIN ROOTER PLUMBING
P.O Box 9786
Canoga Park CA 91309

DRUMMOND AMERICAN
2721 Paysphere Circle
Chicago IL 60674


DTSC
Accounting Unit-EPA ID
P.O Box 1288
Sacramento CA 95812


DUE WEST EXPRESS INC
390 Main Street
Hiram GA 30141


Duran, Arturo
17440 Bushard Street
Fountain Valley CA 92708


Duran, Feliza
17971/2 Sichel Street
Los Angeles CA 90031


DYNOPLAST
P.O Box 2087
Saint John NB


E.W HANNAS
9-1 Halls Road
P.O Box 767
Old Lyme CT 06371


EAST LA POULTRY
24321 Pennsylvania Ave
Lomita CA 90717

EAST LOS ANGELES COURT
4848 E. Civic Center Way
Los Angeles CA 90022

EAST OLYMPIC POULTRY INC
937 South Towne Ave
Los Angeles CA 90021

EAST WEST BANK
407 W. Valley Blvd.
Alhambra CA 91803

EAST WEST BANK
c/o Buchalter Nemer
1000 Wilshire Blvd. #1500
Los Angeles CA 90017

EAST WEST BANK
18321 Ventura Blvd
Tarzana CA 91356

EDWARD M FIDELMAN
2850 Ocean Park Blvd
Santa Monica CA 90405

EFREN SANDOVAL
1764 Workman Street
Los Angeles CA 90031

ELITE CUSTOM
5505 Moreno St
Suite 104
Montclair CA 91763

ELITE EQUIPMENT
12427 Shoermaker Ave
Santa Fe Springs CA 90670


ELITE SPICE INC
P.O Box 8500 S-1025
Philadelphia PA 19178


Elizalde, Carolina
3455 N Mission RD
Los Angeles CA 90031


ELLIS DOCK EQUIPMENT
4436 Worth Street
Los Angeles CA 90063


ELMER'S TRUCK SEAT CENTER
7834 Santa Fe Avenue
Huntington Park CA 90255


EMERY WINSLOW
5129 Kenneth Ave
Fair Oaks CA 95628


ENDRESS+HAUSER
P.O Box 663674
Indianapolis IN 46266


Enriquez, Jose
2724 Penn Mar Ave
El Monte CA 91732

Epitacio, Pedro
4913 Rosemead Bld #17
San Gabriel CA 91776


EPOCKET FORCE
2770 South Harbor Blvd
Suite I
Santa Ana CA 92704


ERLICH FOODS INTER
10780 Santa Monica Blvd
Suite 220
Los Angeles CA 90025


Escamilla, Jesus
2600 Sur Azusa Ave Apt 122
West Covina CA 91792


Escamilla, Mario
2600 S. Azusa Ave
West Covina CA 91792


Escobar, Jorge A.
18855 E Citrus edge st
Azusa CA 91702


Escobar, Lili
550 Leverett Ave Apt # D
La Puente CA 91744


Escobar, Patricia
1128 Elsberri Ave
La Puente CA 91744

Escobar, Roberto
11633   Basye Street #43
El Monte CA 91732


Escobedo, Leticia
655 N. Dudley St.
Pomona CA 91768


Espadas, Jorge
1162 Indian Summer Ave
La Puente CA 91744


Espinosa, Francisco
713 Santa Fe Ave
Fullerton CA 92831


Espinoza, Victor
17350 Temple Street Sp. 94
La Puente CA 91744


Esquivel, Francisco
9510 JUNIPER ST
LOS ANGELES CA 90001


Esquivel, Maria
9510 Juniper St.
Los Angeles CA 90002


ESSENTIAL CONSTRUCTION
18425 Delano Street
Tarzana CA 91335

ESTELLS TRUCK SERVICE
2510 1/2 W. Beverly Blvd
Montebello CA 90640

Estrada, Jana
2370 Berkley Ave
La Habra CA 90031

Estrada, Juan
19684 Rorimer St
La Puente CA 91744

EVER-READY TIRE SERVICE
P.O Box 1113
Pico Rivera CA 90660

EVERGREEN OIL INC
2355 Main Street
Suite 230
Irvine CA 92614

EVERSON SPICE CO
2667 Gundry Ave
Long Beach CA 90806

EXCEL FOOD DISTRIBUTION
PO Box 58247
Vernon CA 90058

EXIM ENGINEERING INC
2200 E. Winston Road
Anaheim CA 92806

EXPRESS LANES VIOLATION
P.O Box 68039
Anaheim CA 92817


EXTRA EXPRESS
P.O Box 5100
Cerritos CA 90703


EXXONMOBIL 71899238640226
P.O Box 688938
Des Moines IA 50368


F. J. SMITH SALES CO. INC
6815 E. Washington Blvd
Commerce CA 90040


F.J. CRIKOS TRUCKING
141 Helman Lane
Cotati CA 94931


F.T.R PROCESSING
2101 Troy Street
South El Monte CA 91733


FAIRMONT TIRE INC
600-614 West Slauson Ave
Los Angeles CA 90044


FALKIRK SALES CORP
1457 N. Main Street
Los Angeles CA 90012

FAMILIAN
13035 Saticoy Street
North Hollywood CA 91605

FARMERS INS
P.O Box 894729
Los Angeles CA 90189

FARMERS INSURANCE
2134 Main St
#280
Huntington Beach CA 92648

FED EX FREIGHT
P.O Box 21415
Pasadena CA 91185

FED EX FREIGHT IND DC 2222
P.O Box 840
Harrison AR 72602

FEDERAL EXPRESS
P.O Box 7221
Pasadena CA 91109

Fernandez, Elvira
16903 Wing Lane
La Puente CA 91744

Fernandez, Guadalupe
12369 Ponsettia Ave
El Monte CA 91732

FERNANDO RUIZ
3730 Monterey Ave
Baldwin Park CA 91706

FERNQVIST SYSTEMS
1245 Spacepark Way
Suitec
Mountain View CA 94043

Ferrufino, Roberto
3060 Potrero Ave
El Monte CA 91733

FFE TRANSPORTAION
P.O Box 671252
Dallas TX 75267

FIDEL GONZALEZ
1242 W. Temple Street
Los Angeles CA 90026

FIDELITY TRANS
P.O Box 752415
Memphis TN 38175

Figueroa, Alberto
3505 Big Dalton Ave
Baldwin Park CA 91706

Figueroa, Yajaira
744 5th Ave
La Habra CA 90631

FIRST AID
21354 Nordhoff Street
Suite 107
Chatsworth CA 91311


FIRST CLASS FOODS
12500 Inglewood Ave
Hawthorne CA 90250


FIVE RIVERS TRANSPORTATION
5100 Venture Ct. #202
Virginia Beach VA 23455


FJR PACIFIC
6790 Hermosa Circle
Buena Park CA 90620


FLAME GUARD
P.O Box 94612
Pasadena CA 91109


FLEMING COMPANIES, INC
91-315 Hanua Street
Kapolei HI 96707


FLETCHER JONES
3300 Jamboree Road
Newport Beach CA 92660


Flores, Alberto
660 S. Eastern Ave
Los Angeles CA 90022

Flores, Armando
11208 E Garvey Ave #8
El Monte CA 91733


Flores, Catalina
1354 E. 33rd Street
Los Angeles CA 90011


Flores, Concepcion
2040 Daly St
Los Angeles CA 90031


Flores, Darwin
2547 Eastlake St
Los Angeles CA 90031


Flores, Hector
4548 Randolph Ave
Bell CA 90201


Flores, Isaias
2824 Darwin Ave
Los Angeles CA 90031-3311


Flores, Jose Luis
1151 Arrow ave Apt#86
Azusa CA 91702


Flores, Juana
680 E 47th St #102
Los Angeles CA 90011

Flores, Martha
1022 Hartview St
La Puente CA 91744

Flores, Vincent A
2171 Pinto St
La Verne CA 91750-2741

FLORIDA DRUG SCREENING
2191 Julian Avenue #2
Palm Bay FL 32905

FOOD CONSULTING GROUP INC
195 La Patera Drive
Camarillo CA 93010

FOOD SAFETY NET SERVICES
P.O Box 659789
San Antonio TX 78265

FORD CREDIT 00000037982303
P.O Box 7172
Pasadena CA 91109

FOURWAY TRUCKING INC
3573 Crawdad Ct
Union City CA 94587

FPEC CORPORATION
13623 Pumice Street
Santa Fe Springs CA 90670

FRANCHISE TAX BOARD
P.O Box 942857
Sacramento CA 94257


Francisco, Laura
655 N. Dudley Street
Pomona CA 91768


Franco, Ana
694 E. La Verne Ave
Pomona CA 91767


Franco, Madaleno
601 W. 97 St.
Los Angeles CA 90044


Francos, Samuel
2561 Troy Ave
El Monte CA 91733


FREDDIE MAC'S INC
2740 N. Bruin Ave
South El Monte CA 91733


Freeman, Janice E.
11433 Mountain View Dr. #2
Rancho Cucamonga CA 91730


FRIEDMAN BAG CO
P.O Box 92367
Los Angeles CA 90009

Fuentes, Alicia
14716 Los Angeles Street
Baldwin Park CA 91206


Fuentes, Mariel
17016 Pocono St
La Puente CA 91744


Fuentes, Omar
27521/2 Cogswell Road
Elmonte CA 91732


Fuentes, Rosa
409 Colston Ave
La Puente CA 91744


FULTON PROCESSORS INC
P.O Box 2
1200 River Road
Fulton CA 95439


G & P DISTRIBUTING INC
303 North Carlisle St
P. O Box 1368
Albertville AL 35950


G.T. & SONS BUTCHER SUPPLY
2319 Troy St, Unit #1
South El Monte CA 91733


GABRIEL AYALA
958 E. 52nd Place
Los Angeles CA 90011

GABRIEL GUERRERO
431 W 52nd Pl
Los Angeles CA 90037


Gabriel, German
2016 La Cueva Dr.
Rowland Hts. CA 91748


Galeas, Emis Emiliano
9272 Kirkwood Ave
Rancho Cucamonga CA 91730


Galicia, Alvaro
3119 Merced Ave
So. El Monte CA 91733


Galicia, Jhoana
1850 Batson Ave #74
Rowland Hights CA 91748


Galindo, Carlos
340 S Catalina St
los Angeles CA 90020


Gallardo, Gustavo
4695 La Paz Lane
Riverside CA 92501


Gallardo, Justina
9522 Giovane Street Apt. E22
S. El Monte CA 91733

Gamboa, Eladio
17461 Villacorta St.
La puente CA 91744


GAMCO INDUSTRIES INC
4900 S. Soto Street
Vernon CA 90058


GANDARA, CARMEN S.
2824 N. Eastern Avenue
Los Angeles CA 90032


Gaona, Roberto
1940 Fullerton
Rowland Hts CA 91748


Garay, Claudia
2837 1/2 Ganahl St
Los Angeles CA 90033


Garay, Eliseo
2837 1/2 Ganahl St
Los Angeles CA 90033


Garay, Josefina
2887 1/2 Ganahl St.
Los Angeles CA 90033


Garcia, Alexis
3126 La Rica Ave
Baldwin Park CA 91706

Garcia, Anita
13602 Giordano St
La Puente CA 91746


Garcia, Dante
845 Keena St
Montebello CA 90640


Garcia, Edwin
6379 Ceder St
Huntington Park CA 90255


Garcia, Emma
8642 Chesnut Ave # A
South Gate CA 90280


Garcia, Francisco
1210 S. Rowan Ave
Los Angeles CA 90023-3323


Garcia, Genaro
14530 Amar Rd.
La Puente CA 91744


Garcia, Geovanny
1715 Los Padres St.
Rowland Hts. CA 91748


Garcia, Guadalupe
608 N. Soto Apt, 207
Los Angeles CA 90033

Garcia, Guadalupe
6374 Cedar St.
Huntington Park CA 90255


Garcia, Hector H
3639 E 56 st
Maywood CA 90270


Garcia, Ignacio
6373 Cedar St.
Huntington Park CA 90255


Garcia, Javier
4548 Randolph Ave
Bell CA 90201


Garcia, Jose M.
107166 Elliott Ave
El Monte CA 91733


Garcia, Juan Alberto
10766 Elliot Ave
El Monte CA 91733


Garcia, Julio C.
873 Wilson St.
Pomona CA 91768


Garcia, Maria
215 S. Hambledon
La Puente CA 91744

Garcia, Raul
6613 South Ave
Los Angeles CA 90001


Garcia, Sonia
16822 Alwood St.
La Puente CA 91744


Garcia, Teresa
2424 Randolph St #A
Huntington Park CA 90255


Garcia-Emestica, Karla
4460 W. 135th St #C
hawthorne CA 90250


Garista, Arturo
1359 E. 41 St. Pl.
Los Angeles CA 90011


Garzon, Beatriz Adriana
4873 Ascot Ave
Los Angeles CA 90011


Garzon, Margarito
258 1/2 E. 43Rd. Pl.
Los Angeles CA 90011


Garzon, Rene
4873 Ascot Ave
Los Angeles CA 90011

Garzon, Simon
1146 E. 42nd. St.
Los Angeles CA 90011


Garzon, Simon
712 43 Place
Los Angeles CA 90011


Gatica, Marcelo
4255 1/4 Avalon Blvd.
Los Angeles CA 90011


GD SIGNS
5163 Pendleton Ave
South Gate CA 90280


GEMB LENDING INC
P.O Box 960063
Orlando FL 32896


GEORGE'S ASPHALT PAVING
527 N. Azusa Ave #377
Covina CA 91722


GEORGE'S FARMS INC
P.O Drawer G
Springdale AR 72765


Gerardo, Miranda
1125 43 Rd. St.
Los Angeles CA 90011

Gerardo, Sergio
729 s Bonni Brea St #520
Los Angeles CA 90057


Giron, Diego
118 1/2 S. Mathews St
Los Angeles CA 90033


GIVAUDAN FLAVORS CORPORATION
P.O Box 73759
Chicago IL 60673


GLEN ROSE MEAT COMPANY
P.O Box 58146
Los Angeles CA 90058


GLEN ROSE TRANSPORTATION
P.O Drawer 3269
Glen Rose TX 76043


GLENROY/FIRST IMPRESSIONS
1437 Wells Drive
Bensalem PA 19020


GLOBAL FOOD EXCHANGE.COM
712 W. Peachtree St. Nw
Atlanta GA 30308


GMAC 024-9115-20577
P.O Box 9001948
Louisville KY 40290