Gerardo, Sergio
729 s Bonni Brea St #520
Los Angeles CA 90057


Giron, Diego
118 1/2 S. Mathews St
Los Angeles CA 90033


GIVAUDAN FLAVORS CORPORATION
P.O Box 73759
Chicago IL 60673


GLEN ROSE MEAT COMPANY
P.O Box 58146
Los Angeles CA 90058


GLEN ROSE TRANSPORTATION
P.O Drawer 3269
Glen Rose TX 76043


GLENROY/FIRST IMPRESSIONS
1437 Wells Drive
Bensalem PA 19020


GLOBAL FOOD EXCHANGE.COM
712 W. Peachtree St. Nw
Atlanta GA 30308


GMAC 024-9115-20577
P.O Box 9001948
Louisville KY 40290

GMAC 08500929174
P.O Box 12699
Glendale AZ 85318


GMAC 085900755000
P.O Box 6009
Inglewood CA 90312


GO TRUCKING INC
2119 W. Tuolumne Rd
Turlock CA 95380


GO-GO LASER
3734 Sunset Blvd
Los Angeles CA 90026


GOLD KIST INC
Box 116223
Atlanta GA 30368


GOLD KIST POULTRY
Box 101041
Atlanta GA 30392


GOLDEN EAGLE INS. CO
P.O Box 85826
San Diego CA 92186


GOLDEN STATE
5925 S. Alameda St
Los Angeles CA 90001

GOLDEN STATE EQUIPMENT
1255 Graphite Drive
Corona CA 92881


GOLDEN VALLEY INDUSTRIES
4221 E. Mariposa Road
Stockton CA 95215


GOLDEN WEST TRADING INC
P.O Box 58168
Vernon CA 90058


GOLDERG & SOLOVY FOODS, INC.
5925 South Alcoa Ave
Los Angeles CA 90058


GOLDING TRANSPORT
P.O Box 1261
Dobson NC 27017


Gomez, Jesus
167Turbell Canyon Road
Hacienda Heights CA 91745


Gomez, Maria D.L. A
157 N 18th  Av
Los Angeles CA 90031


Gomez, Peter
2172 E. 101 St.
Los Angeles CA 90002

Gonazlez, Raul
552 S. Kern Ave
Los Angeles CA 90022


GONZALES CONSTUCTION
3514 Nolan Street
San Bernardino CA 92407


Gonzalez, Aurelio
2963 Glenn Ave
Los Angeles CA 90023


Gonzalez, Elizabeth
2315 Continental Ave #3
El Monte CA 91733


Gonzalez, Emanuel
2523 Adelia Ave Apt. 4
El Monte CA 91733


Gonzalez, Ervin
73666 Pinney Street
Pacoima CA 91331


Gonzalez, Gerardo
524 So. 9Th. Ave
La Puente CA 91746


Gonzalez, Guadalupe
1144 Falstone Ave
Hacienda Hts. CA 91745

Gonzalez, Jesus
2963 Glenn Ave
Los Angeles CA 90023


Gonzalez, Jose
1555 E. Canfield Ln Apt. 4
Anaheim CA 92805


Gonzalez, Jose Luis
5249 Buffington Rd.
El Monte CA 91732


Gonzalez, Luvidina
845 keenan St
Montebello CA 90640


Gonzalez, Manuel
334 Wuitmel St
Los Angeles CA 90017


Gonzalez, Maria
2040 Walnut Creek Parkway
West Covina CA 91791


Gonzalez, Martha
15915 Main Street
La Puente CA 91744


Gonzalez, Martina
6078 Dodd Street
Mira Loma CA 91752

Gonzalez, Norma
1736 Workman St Apt 222
Los Angeles CA 90031


Gonzalez, Oracio
2865 Glenview Ave
San Bernardino CA 92407


Gonzalez, Rafael L.
734 E. 87th Street
Los Angeles CA 90002


Gonzalez, Raul
1004 West 11th St.
Pomona CA 91766


Gonzalez, Reina
4615 Mc Millan St
Lynwood CA 90262


Gonzalez, Reyna
17461 Villa Corta Ave
La Puente CA 91744


Gonzalez, Roberto
2700 Azusa Ave
West Covina CA 91792


Gonzalez, Rosa Maria
2164 E. 101St. Apt.#550
Los Angeles CA 90002

Gonzalez, Vicente
2447 Houston St #1
Los Angeles CA 90033

Gonzalez, Yosimar
147 S. Bonnie Beach Pl.
Los Angeles CA 90063

GOODMAN FACTORS LTD
3010 LBJ Fwy #140
Dallas TX 75234

GRAINGER INC
Dept 850772583
Palatine IL 60038

Granillo, Melvin
950 S. Westmorland Ave #215
Los Angeles CA 90006

GREAT EASTERN PLASTIC CO
712 S. Vail Ave
Montebello CA 90640

GREAT WESTERN TRANS
5690 Sonoma Drive
Pleasanton CA 94566

GREENLAND COLD STORAGE
2939 S. Sunol Drive
Vernon CA 90023

GRIFFITH LABORATORIES
Dept. 70192
800-346-9494
Chicago IL 60673


Grijalva, Maria
13421/2 W. 35 Place
Los Angeles CA 90007


GS1 US
7887 Washington Village Dr
Suite 300
Dayton OH 45459


GT CONSTRUCTION & LANDSCAPING
2338 Robert Road
Rowland Heights CA 91748


GT CONSTRUCTION INC
2338 Robert Road
Rowland Heights CA 91748


Guadarrama, Andy
4110 Wall Street
Los Angeles CA 90011


Guerrero, Carmen
4819 1st Sichel St.
Los Angeles CA 90031


Guerrero, Dagoberto
4636 Twining St
Los Angeles CA 90032

Guerrero, Fernando
322 N. Alameda Ave #1
Azusa CA 91733


Guerrero, Gabriel
431 W 52nd Pl
Los Angeles CA 90037-3701


Guerrero, Javier
5414 Cleare St
Ontario CA 91762


Guevara, Marcos
16017 Main St.
La Puente CA 91744


Guevara, Salvador
542 N. Alexandria
Los Angeles CA 90004


Gurrola, Eric
3716 Rosemead Ave
Los Angeles CA 90032


GUSTAVO NARANJO
7842 Bangue Rd
Downey CA 90240


GUSTAVO VALLE
12323 Millrace Ave
Lynwood CA 90262

Gutierrez, Elia
2916 Ister
Los Angeles CA 90032


Gutierrez, Jair
949 Dexter St.
Los Angeles CA 90042


Gutierrez, Javier
17047 Rorimer St
La Puente CA 91744


Guzman, Eduardo
10100 Courtney St
Los Angeles CA 90002


Guzman, Enrique
309 N. Sunol Dr.
Los Angeles CA 90063


Guzman, Gilberto
24610 Tawood
Moreno Valley CA 92553


Guzman, Hector
706 N. McDonald Ave Apt. 104
Wilmington CA 90744


Guzman, Liliana
2509 Continental St.
El Monte CA 91733

Guzman, Rafael
11321 Eliott Ave  Apt. B
El Monte CA 91732


HAI'S TRUCKING INC
P.O Box 3565
Alhambra CA 91803


HALEY INDUSTRIAL COATINGS
4185 Charter Street
Vernon CA 90058


HANTOVER INC
14005 Collection Center Drive
Chicago IL 60693


HARDWOOD DESIGN
13425 Benson Ave
Chino CA 91710


Haro, Alma
5215 N Calera ave
Covina CA 91722


HARRINGTON IND PLASTICS LLC
P.O Box 5128
14480 Yorba Ave
Chino CA 91708


HARRIS STEEL FENCE CO
8728 So San Pedro Street
Los Angeles CA 90003

HARTFORD LIFE INSURANCE CO
P.O Box 64022
Saint Paul MN 55164


HEADWAY CORPORATE STAFFING
6865 Washington Blvd
Montebello CA 90640


HEARTLAND SUPPLY CO
P.O Box 250
Fayetteville AR 72702


HEAT AND CONTROL INC
21121 Cabot Blvd
Hayward CA 94545


HEAVY DUTY TRANSPORATION
P.O Box 260735
Encino CA 91426


HEITZ TRUCKING INC
P.O Box 78563
Milwaukee WI 53278


HENRY GRADSTEIN ESQ
12100 Wilshire Blvd
Suite 350
Los Angeles CA 90025


HENRY MENDEZ
5030 Downey Ave
Lakewood CA 90712

Hernandez, Abel
13680 Estelle St.
Corona CA 92879


Hernandez, Albina
8433 Olympic Blvd.
Pico Rivera CA 90660


Hernandez, Alfredo
9854 Rio Hondo Pkwy
El Monte CA 91733


Hernandez, Ana
4423 Lima Street
Los Angeles CA 90011


Hernandez, Angel
629 Williamson St.
Los Angeles CA 90022


Hernandez, Cristina
1850 Batson Ave # 76
Rowland Hts. CA 91778


Hernandez, Efrain
2648 Marybeth Ave
El Monte CA 91733


Hernandez, Enrique
2254 E. 55 Street
Los Angeles CA 90011

Hernandez, Gilberto
126 S Union Pl
Los Angeles CA 90026


Hernandez, Gilberto Jr.
721 Euclid Ave
Los Angeles CA 90023


Hernandez, Gustavo
4940 1/2 Echo St.
Los Angeles CA 90042


Hernandez, Irma
3353 W. 134 St.
Hawthorne CA 90250


Hernandez, Jesus
615 Dora Guzman
La Puente CA 91744


Hernandez, Josue
4111 S. Harvard Blvd.
Los Angeles CA 90062


Hernandez, Juan
412 Fraser Ave.
Los Angeles CA 90022


Hernandez, Liliana
4423 Lima Street
Los Angeles CA 90011

Hernandez, Lorena
16225 Flamstead Dr.
Hacienda Heights CA 91745

Hernandez, Lucia
15355 Flagstaff Street
La Puente CA 91744

Hernandez, Manuel De J.
1101 1/2 Eastman Ave
Los Angeles CA 90063

Hernandez, Mariano
814 Reeves Place Apt. C
Pomona CA 91767

Hernandez, Miguel
239 N. San Gabriel
Azusa CA 91702

Hernandez, Mirna
2449 Loma Ave. Sp. 08
El Monte CA 91733

Hernandez, Moises
13680 Estelle St.
Corona CA 92879

Hernandez, Olga
3702 Cogswell Rd.
El Monte CA 91732

Hernandez, Pedro
3841 Pennmar Ave
El Monte CA 91732


Hernandez, Rafael
13924 Proctor Ave
La Puente CA 91746


Hernandez, Raul
11633 Bayse Street #44
El Monte CA 91732


Hernandez, Rene
3876 Vineland Ave
Baldwin Park CA 91706


Hernandez, Rony
16539 Lawnwood
La Puente CA 91744


Hernandez, Rosalba
1850 Batson
Rowland Heights CA 91748


Hernandez, Ruben
558 Dora Guzman Apt. A
La Puente CA 91744


HERNANDEZ, SERGIO A.
6120 GALLANT ST
BELL GARDENS CA 90201

Hernandez, Sofia
103 Henblendon St.
La Puente CA 91744


Hernandez, Tomas
1849 Sichel St.
Los Angeles CA 90031


Hernandez, Yazmin
4231 Pennmar Ave
El Monte CA 91732


Herrera, Samuel
620 Dora Guzman St. Apt.# 25
La Puente CA 91744


HI-LINE
P.O Box 841067
Dallas TX 75284


HI-LINE
P.O Box 972081
Dallas TX 75397


HICKORY PRIDE
4040 Barranca Parkway
Suite 220
Irvine CA 92604


HIDDEN VILLA RANCH
P.O Box 34001
Fullerton CA 92834

HIGH POINT GROUP LLC
6449 Via Del La Reina
Bonsall CA 92003


HIGH VALLEY CONSTRUCTION
3873 East Eagle Drive
Anaheim CA 92807


HJB INC
4920 E. Washington Blvd
City of Commerce CA 90040


HM TRUCK BROKERS INC
P.O Box 97
Hillsboro MS 39087


HOFFMAN BROWN COMPANY
15233 Ventura Blvd
West Plaza
Sherman Oaks CA 91403


HOLIDAY MEAT
405 N. Centinela Ave
Inglewood CA 90302


HOLIDAY MEAT & PROVISION CORP
405 N. Centinela Ave
Inglewood CA 90302


HOLLDAY & EASTON
2850 Ocean Park Boulevard
Suite 292
Santa Monica CA 90405

HOME DEPOT CREDIT SERVICES
P.O Box 6029
The Lakes NV 88901


Honderman, Yesenia
15238 Gale Ave
Hacienda Hts CA 91745


HONEYVILLE GRAIN
11600 Dayton Drive
P.O Box 698
Rancho Cucamonga CA 91730


HONOLULU FREIGHT SERVICE
P.O Box 21156 Market Station
Los Angeles CA 90021


Horna, Moises
3246 Clear Lane
Ontario CA 91761


HOWARD M. MOSS ESQ
1925 Century Park East
Suite 2000
Los Angeles CA 90067


HOWERTON INC
P.O Box 102
Kinston AL 36453


HSG INC
4845 Exposition
Los Angeles CA 90016

Huertas, Jeseline
422 S. Orange Ave
Azusa CA 91702


HUNTER FOOD INC
3700 Melville Way
Anaheim CA 92806


HUNTINGTON PARK AUTO PARTS
6407 So. Santa Fe Ave
Huntington Park CA 90255


HURT CONVEYOR EQUIPMENT
6615 8th Ave
Los Angeles CA 90043


HYDROBLEND INC
1801 N ELDER
Nampa ID 83687


I.P MEAT, CO
727 Ceres Ave
Los Angeles CA 90023


IA SYSTEMS INC
10147 Stratton Court
Etiwanda CA 91737


Ibarra, Antonia
2315 1/2 1 St.
Los Angeles CA 90033

Ibarra, Eric
15729 Fairgrove St.
La Puente CA 91744


ICECOLD STORAGE
3336 Fruitland Ave
Los Angeles CA 90058


ICON IMAGING SUPPLIES LLC
2961 W. Macarthur Blvd
Suite 209
Santa Ana CA 92704


IDEAL RADIATOR CO
1801 Bluff Road
Montebello CA 90640


IDEALEASE OF LA
3620 E. Florence Ave
Huntington Park CA 90255


IGANCIO MAZADIEGO
322 Enchandia Street
Los Angeles CA 90033


IGNACIO RAMIREZ
5659 1/2 YORK BLVD
Los Angeles CA 90042


IMPLICIT SYSTEMS
3419 Via Lido
Suite 109
Newport Beach CA 92663

IN FOCUS
29219 Canwood St
Suite 101
Agoura Hills CA 91301


INDUST. COOLING ENGINEERS
14747 Artesia Blvd
#3A
La Mirada CA 90638


INDUSTRIAL BATTERY ENGINEERING
9121 De Garmo Ave
Sun Valley CA 91352


INDUSTRIAL ENVIRONMENTAL
127 Bruckner Blvd
Bronx NY 10454


INDUSTRIAL FORKLIFT
3710 Florence Ave
Bell Gardens CA 90201


INDUSTRIAL GUARANTEED PROD
P.O Box 27477
Irvine CA 92623


INDUSTRIAL LIFT INC
19129 San Jose Ave
City of Industry CA 91748


INDUSTRIAL PIPE & STEEL
9936 East Rush Street
South El Monte CA 91733

INFINITY COMMUNICATIONS
258 W. 17th Street, # A
San Pedro CA 90731

INGRAM'S EQUIPMENT RENTAL
P.O Box 5181
Gardena CA 90249

INNOVATIVE PRINTING CONCEPTS
417 West Allen Ave
San Dimas CA 91773

INNOVATIVE THERMOFORMING INC
P.O Box 353
Fairfield ME 04937

INNOVAWORKS CORP
1901 Newport Ave
Suite 200
Costa Mesa CA 92627

INTEGRATED COMPUTER SYSTEMS
318 Lincolnd Blvd #226
Los Angeles CA 90291

INTERIOR ACCENTS
2152 Bonita Ave
La Verne CA 91750

INTERNAL REVENUE SERVICE
Cincinnati OH 45999

INTERNATIONAL FLAVORS
C/O Citibank DE
P.O Box 7247
Philadelphia PA 19170


INTERSTATE POULTRY
727 Ceres Ave
Los Angeles CA 90021


INTOUCH AMERICA 1031699
P.O Box 571207
Tarzana CA 91357


INTOUCH AMERICA 1056621
P.O Box 571207
Tarzana CA 91357


INTOUCH AMERICA 4046017
P.O Box 571207
Tarzana CA 91357


IRMA LOZANO
180 N. San Gabriel Bovd
Suite 201
Pasadena CA 91107


Isidro, Carmona
258 Sandalwood
La Puente CA 91744


ITSOLUTIONS
2770 South Harbor Blvd
Suite I
Santa Ana CA 92704

Itzep, Rigoberto
844 S Mariposa St
Los Angeles CA 90057


Ivanez, Esteban
58 Dr. 1166 1/2
Los Angeles CA 90001


Ixtacuy, Alger
1850 Batson St
Rowland Heights CA 91745


J & C MANAGEMENT CO
3520 Hawkwood Rd
Diamond Bar CA 91765


J&S ROOFING, INC.
22816 MARIPOSA AVENUE
Torrance CA 90502


J. BERK TIRE SERVICE
3332 East Florence Ave
Huntington Park CA 90255


J. CASTELLANOS PATROL
15216 Morrison Street
Sherman Oaks CA 91403


J.B HUNT TRANSPORT
P.O Box 598
Lowell AR 72745

J.S. CHUNG, STRUCTURAL ENGINEER
15820 WHITTIER BLVD.
SUITE H
Whittier CA 90603


JACKS KEY SHOP
1811 East 7th Street
Los Angeles CA 90021


JAGUAR CREDIT
Department 5560701
P.O Box 55000
Detroit MI 48255


JAIME MUNOZ
400 Hazel Street
Apt 41
La Habra CA 90631


JAMES EARL ROBINSON
2656 S. La Salle Ave
Apt. 5
Los Angeles CA 90018


JAMES V. HURSON ASSOCIATES
200 North Glebe Rd
Suite 321
Arlington VA 22203


JANCO DISTRIBUTING CO
P.O Box 795
Newbury Park CA 91320


Jaramillo, Silvia
12201 Garvey Ave Apt. 25
El Monte CA 91732

JAY'S PLASTERING
6935 Tobais Avenue
Van Nuys CA 91405


JCK FOOD MARKETING
1914 B.S.E 114th Court
Vancouver WA 98664


JENINE SEFTON
12100 Olympic Boulevard
Suite 300
310-779-0284
Los Angeles CA 90064


Jensen, Chris
16358 Whitefield Ct.
Chino Hills CA 91709


JERRY'S TRUCKING
1749 KIWI LANE
Las Vegas NV 89123


JESUS CASTELLANOS
15216 Morrison Street
Sherman Oaks CA 91423


JESUS RODRIQUEZ
1739 W. 23rd Street
No. 5
Los Angeles CA 90018


JET DELIVERY INC
P.O Box 21306
750 E 10th Street
Los Angeles CA 90021

JETCOPTERS INC
16644 Roscoe Blvd
Building #1
Van Nuys CA 91408


JETRO CASH & CARRY
Branch 19-2300 E. 57th Street
Vernon CA 90058


JIC TRADING
P.O Box 830
Hattiesburg MS 39401


Jimenez, Beatriz
1850 Batson Ave
Rowland Hts. CA 91748


Jimenez, Celia
17340 Main Street
La Puente CA 91744


Jimenez, Eliseo
16428 Inyo St.
La Puente CA 91744


Jimenez, Erika
4518 Landis Ave
Baldwin Park CA 91706


Jimenez, Florentino
16428 Inyo St
La Puente CA 91744

Jimenez, Jesse
2040 W. Holt Ave
Pomona CA 91768

Jimenez, Jesus
11343 Hartford Lane
Pomona CA 91766

Jimenez, Jose
15703 Rugley St.
Hacienda Heights CA 91703

Jimenez, Migdalia
725 N. Sunset Ave #18
West Covina CA 91790

Jimenez, Raul
1651 E. 9th St # 13
Pomona CA 91766

JKL TRANSPORTATION
P.O Box 58307
Vernon CA 90058

JM HYDRUALICS INC
11628 Sheldon Street
Sun Valley CA 91352

JOE ANDERSON
132 W 50th Street
Los Angeles CA 90037

JOHN BEAN TECHNOLOGIES COPR
P.O Box 98635
Chicago IL 60693


JOHN R WHITE COMPANY, INC.
3701 8TH STREET NORTH
Birmingham AL 35222


JOHNSTON-TIOGA FENCE
382 N. LEMON AVENUE #171
Walnut CA 91789


JONATHAN PARK ARCHITECT
3333 Brea Canyon Road
Suite 215
Diamond Bar CA 91765


Jordan, Joseph
1534 La Quinta Drive
Upland CA 91784


JOSE ALEMAN
5617 Lexington Street
Apt #1
Los Angeles CA 90038


JOSE F. SALAS
2719 GLENN AVENUE
Los Angeles CA 90023


JOSE GALINDO
6330 Arbutos Street #D
Huntington Park CA 90255

JOSE J. GARCIA
2848 1/4 Florence Ave
Huntington Park CA 90255


JOSE LUIS GALLEGOS
1062 N. Normandie Ave
Los Angeles CA 90029


JOSE LUIS PUENTES
15103 Normi Street
Sylmar CA 91342


JOSE OCHOA
752 Via Altamira
St. #2
Montebello CA 90640


JOSE RODRIGUEZ
9506 Zamora Avenue
Los Angeles CA 90002


Jose, Ana Maria
1131 E. Garvey Ave
El Monte CA 91790


JOSEPH SOLOMON SALES
P.O. BOX 58583
Los Angeles CA 90058


JS COMPANY
20109 VILLAGE GREEN DRIVE
Lakewood CA 90715

Juarez, Christian
2219 Johnson St.
Los Angeles CA 90031

Juarez, Gerson
220 S. Azusa Ave
La Puente CA 91744

Juarez, Jairo
1940 S. Fullerton Rd Apt # 53
Rowland Heights CA 91748

Juarez, Joel
2908 Cogswell Road
El Monte CA 91732

Juarez, Miacela
248 S. Sandawood
La Puente CA 91744

JULIO GONZALEZ
1259 E 28th Street
Los Angeles CA 90011

Jurado, Maria Del Rocio
12316 Laurel St.
Whittier CA 90605

JUVENILE DIABETES RESEARCH
Harman Management- JDRF
8334 Gerber Road
Sacramento CA 95835

K&K LIFT TRUCKS
3300 E. WASHINGTON BLVD.
Los Angeles CA 90023


K&S AIR CONDITIONING, INC.
143 E. MEATS AVENUE
Orange CA 92865


KAMBLE CO. TRANSPORTATION
8601 N. BLACK CANYON HWY
SUITE 205
Phoenix AZ 85021


KARLA GARCIA
4460 W. 135TH STREET
Hawthorne CA 90250


KAUFMAN KAUFMAN & MILLER LLP
16633 VENTURA BLVD. SUITE 500
Encino CA 91436-1835


KEENEY TRUCK LINES, INC.
3500 FRUITLAND AVENUE
Maywood CA 90270


KEN'S COMMERCIAL BOILER SERVS
9800 D. TOPANGA CANYON BLVD. #327
Chatsworth CA 91311


KEN'S PAINTING
910 S. GRAMERCY PLACE #104
Los Angeles CA 90019

KERCO, INC.
8258 PHLOX STREET
Downey CA 90241-4821


KEY DISPOSAL
1141 S. TAYLOR AVENUE
Montebello CA 90640


KFC CORPORATION
P.O. BOX 102778
Atlanta GA 30368-2778


KING'S CRANE, INC.
P.O. BOX 2777
La Habra CA 90632


KLLM, INC.
1523 PAYSHERE CIRCLE
Chicago IL 60674


KNEE & ROSS LLP
2049 CENTURY PARK EAST
SUITE 2050
Los Angeles CA 90067


KNIGHT REFRIGERATED
5601 W. Buckeye Road
602-352-8200
Phoenix AZ 85043


KNIGHT REFRIGERATED SERVICES
P.O BOX 52744
Phoenix AZ 85072

KOOL PAK LLC
NW 7939
P.O. BOX 1450
Minneapolis MN 55485-7939


KSB CONSULTING, INC.
10505 VALLEY BLVD.
SUITE 615
El Monte CA 91731


KUTTING EDGES-WEST
P.O. BOX 2757
La Habra CA 90632-2757


L ADAMS INC.
2739 CENTRAL AVENUE
SUITE 4
Columbus IN 47201


L&S FOOD SALES CORP.
25 W. UNION STREET
Ashland MA 01721


L&T MEAT CORPORATION
640 S. ANDERSON STREET
Los Angeles CA 90023


L&T MEAT CORPORATION
3050 EAST 11TH STREET
Los Angeles CA 90023


LA AGRICULTURAL COMMISSIONER
P.O. BOX 54949
Los Angeles CA 90054

LA BEST BAKERY
605 SOUTH CENTRAL
Los Angeles CA 90021


LA COLD STORAGE COMPANY
400 S. CENTRAL AVENUE
Los Angeles CA 90013


LA CONSOLIDATION COLD STORAGE
7820 INDUSTRY AVENUE
Pico Rivera CA 90660


LA DEPT OF PUBLIC WORKS
FILE #56689
Los Angeles CA 90074


LA MUNICIPAL COURT
1945 S. HILL
P.O. BOX 77388
Los Angeles CA 90007


LA MUNICIPAL SERVICES
P.O. BOX 10324
Van Nuys CA 91410


LA POULTRY CO. INC.
4816 LONG BEACH AVENUE
Los Angeles CA 90058


LA SANITATION DISTRICT
P.O. BOX 4998
Whittier CA 90607-4998

LAB SAFETY SUPPLY
ACCCOUNT#: 6058022
P.O. BOX 5004
Janesville WI 53547-5004


LABEL TECHNOLOGY, INC.
2050 WARDROBE AVENUE
Merced CA 95340


LABOR READY SOUTHWEST, INC.
P.O. BOX 31001-0257
Pasadena CA 91110-0257


LABOR READY, INC.
P.O. BOX 2910
Tacoma WA 98401


LADY FOREST FARMS, INC.
P.O. BOX DRAWER D
Forest MS 39074


LAISHA KAUFMAN
5372 BOMEO CIRCLE
San Jose CA 95123


LAKE'S TIRE SERVICE
P.O. BOX 3163
Whittier CA 90605


Lamas, Jonathan
34648 Desert Rd.
Acton CA 93510

LAND-WA FOOD INC.
458 S. ALAMEDA STREET
Los Angeles CA 90013


Landeros, Jose B
2917 Santa Ana St
South Gate CA 90280-2126


LANDMARK FOODS
P.O. BOX 802235
Dallas TX 75380


Lara, Eduardo
13515 Lubican Street
Baldwin Park CA 91706


Larios, Candelaria
4110 Wall St.
Los Angeles CA 90011


LAWRENCE WHOLESALE
PO Box 58307
323-235-7535
VERNON CA 90058


LE PETIT BISTRO
631 N. LA CIENEGA BLVD.
West Hollywood CA 90069


Lee, Olga
2817 E. Valley Blvd. #8F
West Covina CA 91792

LEOBARDO CHACON
5262 WADSWORTH AVENUE
Los Angeles CA 90011


Leon, Ezequiel
218 N Soto St #3
Los Angeles CA 90033


LEOPOLDO SANTOS PINEDA
529 W. ANDRIX STREET
Monterey Park CA 91754


LERMAN LAW PARTNERS, LLP
802 B. STREET
San Rafael CA 94901


LEWIS BRISBOIS BISGAARD & SMITH
221 NORTH FIGUEROA STREET
SUITE 1200
Los Angeles CA 90012


LEWIS PUMP
P.O. BOX 3124
Santa Fe Springs CA 90670


LEWITT, HACKMAN, HOEFFLIN
SHAPIRO, MARSHALL & HARLAN
16633 VENTURA BLVD., SUITE 1100
Encino CA 91436


LEXUS 010272EF532
P.O. BOX 60116
City of Industry CA 91716

LEXUS 010272GD605
P.O. BOX 60116
City of Industry CA 91716


LEYEN FOOD
16015 Phoenix Drive
626-333-8812
Hacienda Heights CA 91745


Leyva, Maria Luisa
1940 Fullerton Ave
Rowland Heights CA 91748


LGS DRUG TESTING
P.O. BOX 1194
Upland CA 91785


LGS DRUG TESTING CONSORTIUM
P.O. BOX 1194
Upland CA 91785


LIBERTY 002001785
P.O. BOX 1160
Huntington Beach CA 92647


LIBERTY 002018894
P.O. BOX 1160
Huntington Beach CA 92647


LIBERTY 002019222
P.O. BOX 1160
Huntington Beach CA 92647

Licea, Oswaldo
1322 Murchison St.
Los Angeles CA 90033


LIGHTHOUSE FOODS, INC.
P.O. BOX 742
Tupelo MS 38802


Linares, Enrique
1453 Velenzas
Rowland Hts. CA 91748


LINCO
10749 EAST RUSH STREET
South El Monte CA 91733


Linos, Elibes
157 N. Ave. 18
Los Angeles CA 90031


LITE HOUSE ELECTRIC
464 W. 11TH STREET
San Pedro CA 90731


LIVRAN TRANSPORTATION, INC.
P.O. BOX 7305
Bend OR 97708


Llanes, Gilberto
1227 E. 92nd Street
Los Angeles CA 90002

Llanes, Jose Luis
6149 Gage Ave
Bell Gardens CA 90201


Loerzel, Kyle
15727 Scott Drive
Fontana CA 92336


LONG JOHN SILVER'S
P.O. BOX 116861
Atlanta GA 30368-6861


LOPEZ ELECTRIC
1437 1/2 VIRGINIA AVENUE
Baldwin Park CA 91706


Lopez Miranda, Alfredo
220 S. Azusa Ave
La Puente CA 91744


Lopez, Adriana
8970 Annetta Ave.
South Gate CA 90280


Lopez, Alexander
1125 E 43 St
Los Angeles CA 90011


Lopez, Amanda
134 Walnut Ave
Placentia CA 92870

Lopez, Brenda P
1125 E. 43th St
Los Angeles CA 90011


Lopez, Carla
17461 Villa Corta st
La Puente CA 91744


Lopez, Dulce
12868 Salibury Street
Baldwin Park CA 91706


Lopez, Elizabeth
1821 Sichel St. #6
Los Angeles CA 90031


Lopez, Erika
17131 Inyo St.
La Puente CA 91744


Lopez, Francisco J. Sr.
3033 Merced Ave
El Monte CA 91733


Lopez, Francisco Jr.
11633 Basye St. Apt.#36
El Monte CA 91732


Lopez, Fredy
1128 Elsberry Ave
La Puente CA 91744

Lopez, Griselda
3558 E. 6th Street
Los Angeles CA 90023

Lopez, Guadalupe
15461 Temple Ave
La Puente CA 91744

Lopez, Isael
3839 Baldwin Ave
El Monte CA 91731

Lopez, Jorge R
1170 3/4 E 25th St
Los Angeles CA 90011

Lopez, Magnolia
1850 Batzon Ave #89
Roland Heights CA 91748

Lopez, Maximiliano
1125 E 43 St
Los Angeles CA 90011

Lopez, Miguel
26501 E. Peck Rd. Apt. A
El Monte CA 91733

Lopez, Miguel
31011/2 Seaman Drive
El Monte CA 91733