Lopez, Paula
1335 1/2 E. 42 Pl.
Los Angeles CA 90011


Lopez, Pedro
625 S Burlington Ave #302
Los Angeles CA 90057


Lopez, Rafael
433 Richbur Ave
La Puente CA 91744


Lopez, Rosa
3842 Saint James Cricle
Baldwin Park CA 91705


Lopez, Rosario
1335 42nd Pl.
Los Angeles CA 90011


Lopez, Rosaura
5127 Ruthelen St
Los Angeles CA 90062


Lopez, Sandra
324 N Mathews #4
Los Angeles CA 90033


Lopez, Tomas
3704 Cogswell St.
El Monte CA 91732

Lopez, Yuselin
1128 Elsberry Ave
La Puente CA 91744


Loreto, Maria
12921 Dale St. # 97
Garden Grove CA 92876


LOS ANGELES CONSOLIDATION COLD
7820 INDUSTRY
Pico Rivera CA 90660


LOS ANGELES COUNTY
TAX COLLECTOR
225 N. HILL STREET, RM 160
Los Angeles CA 90012


LOS ANGELES SUPERIOR COURT
P.O. BOX 77388
Los Angeles CA 90007


LOS ANGELES TIMES
BOX 60185
GENERAL MAIL FACILITY
Los Angeles CA 90099


LOTUS TRUCKING
628 DOVEWOOD STREET
Stockton CA 95210


LOU ARCAY
11718 BARRINGTON COURT
Los Angeles CA 90049

LOUISIANA KITCHEN POPEYES
5555 GLENRIDGE CONNECTOR NE
SUITE 300
Atlanta GA 30342


LOVHS INC.
P.O. BOX 923098
Sylmar CA 91392


Lozano, Mariela
Dora Guzman Apt. 13
La Puente CA 91744


LUCENT TECHOLOGIES
P.O. BOX 10193
Van Nuys CA 91410


LUIS HERNANDEZ
13579 CORAK STREET
Baldwin Park CA 91706


Luis, Rosa
2017 Vivero Apt.# 4
Rowland Hts. CA 91748


Luna, Eliazar
9418 3/4 Valley Blvd
Rosemead CA 91770


Luna, Esteban
1360 10Th St.
Los Angeles CA 90011

Luna, Fernanda
11208 Garvey Ave
El Monte CA 91733


Luna, Jose M
94181/2 Valley Blvd
Rosemead CA 91770


Luna, Maria
9418 1/2 Valley Blvd.
Rosemead CA 91770


LYNWOOD PARKING
P.O. BOX 70
Lynwood CA 90262


M&C INC.
62255 WALLACE
Bend OR 97701


M&M PRINTED BAG, INC.
5651 KIMBALL COURT
Chino CA 91710-9121


M. KRALIS & CO. INC.
P.O. BOX 834
Howe TX 75459


M.J. BORELLI & CO.
2200 POWELL STREET
SUITE 850
Emeryville CA 94608

MAC LEOD TRUCKING GROUP
PO Box 1382
Thomasville GA 31799


MACHINERY & EQUIPMENT
3401 BAYSHORE BLVD.
Brisbane CA 94005


Machuca, Juan
339 E. 115th St.
Los Angeles CA 90061


Macias, Guadalupe
1335 1/2 42ND. PL.
Los Angeles CA 90011


Macias, Jose Luis
122 1/2 So. Sunol Dr.
Los Angeles CA 90023


Maciel, Humberto
14339 Clark St.
Baldwin Park CA 91706


Madrid, Jose
14302 S. Carlita Ave
Compton CA 90220


MAG-TROL DISTRIBUTORS INC
5915 Sheila St
Los Angeles CA 90040

MAJESTIC SPECIALTY INGREDIENTS
36707 Silk Oak Terrace Pl.
Murrieta CA 92562


MAJOR-SYSCO
PO Box 729
Modesto CA 95353


Maldonado, Alexis
4636 Twining St
Los Angeles CA 90032


Maldonado, Andy
4636 Twinig St
Los Ageles CA 90032


Maldonado, Lidia
17740 Hurley Street
El Monte CA 91744


Maldonado, Olvin
4636 Twining St
Los Angeles CA 90032


MANATT PHELPS PHILLIPS
11355 W. Olympic Blvd.
Los Angeles CA 90064


MANHATTAN BEACH PROCESSING
P.O. BOX 1109
Tustin CA 92781-1109

Manuel, Maria
1139 E.Garvey Ave #10W
West Covina CA 91790


MANUFACTURING EQUIPMENT
21520 YORBA LINDA BLVD. #G389
Yorba Linda CA 92887


Manzano, Esperanza
4423 Lima Apt.1
Los Angeles CA 90011


MARCELINO CRUZ
6324 PASSAIC STREET, APT. E
Huntington Park CA 90255


MARCELLUS JORDAN
1533 W. 11TH STREET
#44
Upland CA 91786


Marcial, Antonio
825 E. 73 St.
Los Angeles CA 90001


MAREL, INC.
PO Box 879825
Kansas City MO 64187


MARENGO TRANSPORT
PO Box 6
Myrtlewood AL 36763

MARGOLIS & TISMAN LLP
444 S. Flower St
Suite 2300
Los Angeles CA 90071


Marin, Daniel
6100 Arbuton Ave
Huntington Park CA 90255


Marin, Jose
1614 Pleasant Ave
Los Angeles CA 90033


MARIO CARRASCO
1315 MONTANA STREET
Los Angeles CA 90026


MARIO DAVID LUQUIN
823 N. MOTT ST
Los Angeles CA 90033


MARIO R. CARRASCO
1315 MONTANA STREET
Los Angeles CA 90026


MARKEM CORPORATION
150 CONGRESS STREET
Keene NH 03431


MARLEN INTERNATIONAL
P.O. BOX 419429
Kansas City MO 64141

Marquez, Sadan
8708 Compton Ave
Los Angeles CA 90002


Marron, Maria
17055 Northann Street
La Puente CA 91744


Marroquin Rioz, Frida
536 Trier
La Puente CA 91744


Marroquin, Francisco
16160 Appleblossom St.
La Puente CA 91744


MARTIN BARON, INC.
5454 SECOND STREET
Irwindale CA 91706-2060


MARTIN CORONA
1023 E. 28TH STREET
#4
Los Angeles CA 90011


Martinez Boleaga, Nicasio
2013  2A Cueva Dr.  Apt. 4
Rowland Hgts. CA 91748


Martinez Delgado, Javier
3019 Sussex Ln
Los Angeles CA 90023

Martinez Delgado, Jesus
105 Compton st.
Los Angeles CA 90002

Martinez, Alfredo
4350 Richwood Ave
El Monet CA 91732

Martinez, Angel
10237 Lower Azusa St.
Temple City CA 91780

Martinez, Angel
3584 E. 55Th. St.
Maywood CA 90270

Martinez, Carmen
2806 1/2 Lincoln Park Ave
Los Angeles CA 90031

Martinez, Cristina
4931 Rosemead Bld #17
San Gabriel CA 91776

Martinez, Delfina
941 Branick Ave.
Los Angeles CA 90022

Martinez, Diego
12008 Klingerman St.
El Monte CA 91732

Martinez, Elizabeth
858 8th Street
Pomona CA 91766


Martinez, Esthela
1144 Falstone Ave
Haceinda Heights CA 91745


Martinez, Guadalupe
434 Gendel Drive
La Puente CA 91744


Martinez, Jesus
2172 E. 101 St.
Los Angeles CA 90002


Martinez, Jorge
2006 S. Azusa Ave Apt. 251
West Covina CA 91792


Martinez, Manuel
11633 Bayse Street #43
El Monte CA 91732


Martinez, Marcelino
10225 Regent Street
Los Angeles CA 90034


Martinez, Maria De Jesus
2184 E. 101 St. #556
Los Angeles CA 90002

Martinez, Norma
2119 Peck Rd.
El Monte CA 91733


Martinez, Ricardo
1940 S. Fullerton Ave. Apt. 10
Rowland Heights CA 91748


Martinez, Roberto
4931 Rsemead Blvd.
San Gabriel CA 91776


Martinez, Tomas
14946 Valley Blvd #6
La Puente CA 91746


Martinez, Valeria
11633 Basye Ave #36
El Monte CA 91732


Marure, Tito
2731 Parkway Dr.
El Monte CA 91732


MARVIN ALVARADO
1454 W. 68TH STREET
Los Angeles CA 90047


MASTERS ARTS, INC.
4582 EISENHOWER CIRCLE
Anaheim CA 92807

Mata, Claudia
615 Dora Guzman St. #5
La Puente CA 91744

Mateo, Diego L.
625 S Burlington Ave
Los Angeles CA 90057

Mateo, Maria
1166 1/2 Th. 58 Dr.
Los Angeles CA 90001

Mateo, Ramon A
625 S.Burlington Av #212
Los Angeles CA 90057

Mateo, Rosalinda
1247 W.8th St. Apt. #1004
Los Angeles CA 90017

MATMAR INDUSTRIES, INC.
P.O. BOX 627
Temple City CA 91780-0627

Matos, Clarisa
1166 1/2 58 Dr.
Los Angeles CA 90001

MAUST TRANSPORT LLC
Attn: Accounts Receivable
PO Box 58503
Seattle WA 98138

MAXAIR WIRELESS
19529 Ventura Blvd
Tarzana CA 91356


Maximo, Oscar
2445 Continental Rd.
El Monte CA 91733


Mazadiego, Ignacio L
322 Echandia St
Los Angeles CA 90033


MBCC 01100225670219001
P.O. BOX 530052
Atlanta GA 30353-0052


MBI CRYOGENICS
5454 SECOND STREET
Irwindale CA 91706-2000


MBM DISTRIBUTION
9408 RICHMOND PLACE
RANCHO CUCAMONCA CA


MBNA 4313022788130910
P.O. BOX 15019
Wilmington DE 19886-5019


MCCLAIN FOODS
270 FIRST AVENUE S
SUITE 200
Saint Petersburg FL 33701

MCCORMICK & COMPANY
2295 COLLECTIONS CENTER DRIVE
Chicago IL 60693-0022

MCDONALD PACKAGING
2601 S. Garnsey Street
Santa Ana CA 92707

MCI
P.O. BOX 85053
Louisville KY 40285

MCLAIN FOODS, INC.
P.O. BOX 30062
Tampa FL 33630-3062

MCLANE FOODSERVICE
2085 MIDWAY ROAD
Carrollton TX 75006

MCMASTER-CARR
P.O. BOX 7690
Chicago IL 60680

McMASTER-CARR SUPPLY CO.
P.O. BOX 7690
Chicago IL 60680-7690

MD TRUCKING
P.O. BOX 311
Opp AL 36467

MEATCO PROVISIONS INC
4901 S. Boyle Avenue
VERNON CA 90058


MECHANIC REFRIGERATION CO.
14770 Firestone Blvd,
Unit # 214
La Mirada CA 90638


MECHANIC'S T & G REPAIR
4360 E Washington Blvd
City of Commerce CA 90023


Medina, Alejandro
3238 Tyler Ave
El Monte CA 91731


Medina, Alfonso
8760 Plevka Ave
Los Angeles CA 90002


Medina, Carlos
4636 Twining St
Los Angeles CA 90032


Medina, Joel
2817 E. Valley Blvd. #8F
West Covina CA 91792


Medina, Maria
1129 Del Norde Ave
Pomona CA 91761

Mejia Lujano, Jesus
903 N Orange Blossom Ave
La Puente CA 91746


Mejia, Andres
4443 Bresee Ave
Baldwin Park CA 91706


Mejia, Jesus
2339 Lincoln Park Ave #C
Los Angeles CA 90031


Mejia, Juan
2024 Hancock St #1
Los Angeles CA 90031


Melquiades, Arminda
11102 Bonwood Road Apt. 1
El Monte CA 91733


MELVIN AGUILERA
4522 COLISEUM STREET #6
Los Angeles CA 90016


Mena, Carlos
933 E. Francisquito Ave
West Covina CA 91790


Mendez Moreno, Max
3627 Durfee Exline
El Monte CA 91732

Mendez, Angelica
5440 Oakbank Ave
Covina CA 91722


Mendez, David
1139 E. Garvey Ave #10
West Covina CA 91790


Mendez, Henry
17441 Encino Circle
Huntington Beach CA 92647


Mendoza Barocio, Saul
800 E. Washington St. #748
Colton CA 92324


Mendoza, Emilia
18509 Hurley
La Puente CA 91744


Mendoza, Jesus
551 S. Sta. Mariana
La Puente CA 91746


Mendoza, Jose
46651/2 Huntington Dr
Los Angeles CA 90032


Mendoza, Raul
4665 1/2 N Huntington DR
Los Angeles CA 90032

Mendoza, Rosa
2011 Vivero Dr. Apt# 4
Rowland Hts. CA 91748


Mendoza, Victor
3733 1/2 W. 112 St.
Inglewood CA 90304


MERCEDES BENZ 7001273283
P.O. BOX 77860
Fort Worth TX 76177-0860


MERCEDES BENZ 7001671766
P.O. BOX 9001680
Louisville KY 40290


MERCEDES BENZ 7001721043
P.O. BOX 9001921
Louisville KY 40290-1921


MERCEDES BENZ 7002514046
P.O. BOX 9001680
Louisville KY 40290-1680


MERCEDES-BENZ OF SOUTH BAY
3233 Pacific Coast Hwy.
Torrance CA 90505


MERCURY INSURANCE GROUP
1700 GREENBRIAR LANE
Brea CA 92821

Mestas, Steven J
14136 La Rue St.
San Fernando CA 91340


METRO EQUIPMENT COMPANY
7451 WARNER AVENUE
UNIT E-162
Huntington Beach CA 92647


METRO SHEET METAL CO.
525 Clydebank Ave.
Azusa CA 91702


METROPOLITAN NEWS
P.O. BOX 60859
Los Angeles CA 90060


METROPOLITAN NEWS ENTERPRISE
P.O. BOX 60859
Los Angeles CA 90060


METTLER-TOLEDO SAFELINE INC.
22677 Network Place
Chicago IL 60673


Meza, Cesar
5733 Fostoria St.
Bell Gardens CA 90201


MICHAEL E. BENNISH
2272 VERONA CT.
Chino Hills CA 91709

MICHAEL MURPHY
2929 100TH DR SE
Everett WA 98205


MICHELSON LABORATORIES, INC
6280 Chalet Drive
City of Commerce CA 90040


MICKEY BEARMAN CO.
6820 WILSON AVENUE
Los Angeles CA 90001


MIDNIGHT EXPRESS TRUCKING
P.O. BOX 10048
Fresno CA 93745-0048


MIDWEST FOOD  & POULTRY, INC.
1707 N. MT AUBURN ROAD
SUITE T
Cape Girardeau MO 63701


MIKE HSIEH DDS
805 164TH ST SE
SUITE 200
Mill Creek WA 98012


MILES CONSULTING CORP
193 BLUE RAVINE ROAD
SUITE 160
Folsom CA 95630


Millan, Juan
4941E. 59Th. Pl.
Maywood CA 90270

Millan, Otilia
16422 Inyo St
La Puente CA 91744


MILO'S NEW BROOM SWEEPING
3620 W. SLAUSON AVENUE
SUITE B
Los Angeles CA 90043


MINUTEMAN ENVIRONMENTAL
P.O. BOX 2366
Whittier CA 90601


MIRROR IMAGE POLISHING
7451 WARNER AVENUE UNIT E-162
Huntington Beach CA 92647


MJ SULLIVAN & ASSOC.
4221 E. MARIPOSA ROAD
Stockton CA 95215


MOBILE BILLBOARD SYSTEMS
37353 PAINTBRUSH DRIVE
Palmdale CA 93551


MOBILE COMM INC.
P.O. BOX 41687
Philadelphia PA 19101-1687


MOBILE TRUCK WASH, INC.
PO Box 462807
Escondido CA 92046

MODERN COVERALL
PO Box 600
Wilmington MA 01887


MODERN SERVICE OFFFICE SUPPLY
19315 East San Jose Ave
City of Industry CA 91748


Molina, Maria
1722 Larchwood Ave
Hacienda Heights CA 91745


Molina, Victor
5121 Rosemead Ave
San Gabriel CA 91776


MONEY SAVERS MEATS
7108 Crenshaw Blvd.
Los Angeles CA 90043


Montes De Oca, Karen
16544 Lawnwood Ave
La Puente CA 91744


Montes, Adrian
12909 S. Mona Blvd
Compton CA 90222


Montiel, Mario
409 S. Alvarado Ave. Apt.# 106
Los Angeles CA 90057

Montiel, Usiel
533 1/2 W. 85Th. St.
Los Angeles CA 90044

Montoya, Carlos
11832 Lansdale Ave Apt. 16
El Monte CA 91732

Montoya, Lucila
12220 Morehouse St. Apt. C
El Monte CA 91732

Mora, Alex
1360 E. 53Rd. St. #5
Los Angeles CA 90011

Mora, Ana Bertha
706 N. Mcdonald Ave #301
Wilmington CA 90744

Mora, Benjamin
410 S. Winston Ave
La Puente CA 91744

Mora, Diego
166 S. Winto Ave
La Puente CA 91744

Morales, Banadia
1115 E. 41 St. Pl.
Los Angeles CA 90011

Morales, Blanca
518 Lochmere Ave
La Puente CA 91744


Morales, Fulgencio
4642 Londiz Ave
Baldwin Park CA 91206


Morales, Heidi
352 West Vernon Ave
Los Angeles CA 90037


Morales, J.Jesus
2008 Griffin Av #3
Los Angeles CA 90031


Morales, Jose
4246 San Jose Ave
Baldwin Park CA 91745


Morales, Jose A
1736 Workman St #311
Wilmington CA 90031


Morales, Martha
18151 Valley Blvd. #95
La Puente CA 91744


Moran, Francisco
18223 Madonna St.
Rowland Hts. CA 91748

Moreira, Modesto
140 W. Hoover Ave
Orange CA 92865

Moreno Villela, Benustiano
151 S. Winton Ave
La Puente CA 91744

Moreno, Dulce M.
5942 Loveland Ave
Bell Gardens CA 90021

Moreno, Erika
933 McDonald Ave
Wilmington CA 90744

Moreno, Maria
2028 Daly St #C
Los Angeles CA 90031

Moreno, Rodrigo
324 N. Mathews St. Apt. # 2
Los Angeles CA 90033

Moreno, Yolanda
16334 Lawnwood St.
La Puente CA 91744

MORRIS & ASSOC., INC.
P.O. BOX 22969
Jackson MS 39225

MOTIVE ENERGY
125 E. COMMERCIAL ST. #B
Anaheim CA 92801


MOUNTAIRE FARMS, INC.
4808 COLLECTIONS CENTER DRIVE
Chicago IL 60693


Moyado, Laura
414 N. St. Louis Street # 5
Los Angeles CA 90033


MPBS
2820 East Washington Blvd.
Los Angeles CA 90023


MRC
321 Osgood St.
Long Beach CA 90805


Mucu, Yanira
16160 Appleblossom St.
La Puente CA 91744


Munoz, Lubin
11208 E. Garvey Ave Apt. # 7
El Monte CA 91732


Munoz, Maria
910 N. Dudley Street
Pomona CA 91768

Murguia, Ricardo
3734 N. Peck Rd.
El Monte CA 91731


Murillo, Juan
7114 Newell St #a
Huntington Park CA 90255


MYRON MANUFACTURING CORP.
P.O. BOX 27988
Newark NJ 07101


Najera, Maria Elena
540 Dora Guzman
La Puente CA 91744


Naranjo, Blanca
219 E I St
Wilmington CA 90744


Nario, Adan
255 E. Kingsley
Pomona CA 91767


NASCO GOURMET FOODS
22720 Savi Ranch Parkway
Yorba Linda CA 92887


NATHAN KIMMEL
1213 S. Santa Fe Ave
Los Angeles CA 90021

NATIONAL COLD STORAGE
820 E. Jackson St
Los Angeles CA 90012


NATIONAL ENVIRONMENTAL CONSULTANTS
734 W Alegria Ave
Sierra Madre CA 91024


Nava, Josefina
1850 Batson Ave
Rowland Heights CA 91748


Navarro, Fernando
17439 Calcutta Street
La Puente CA 91744


Navarro, Gisela
713 E. Santa Fe Ave
Fullerton CA 92831


Navarro, Javier
712 E. Santa Fe Ave Apt.# 2
Fulerton CA 92831


Navarro, Jose
132 Lynwood Pl.
Fullerton CA 92831


Navarro, Pablo
593 Abery Ave
La Puente CA 91744

Navarro, Ramon
593 Aberi Ave
La Puente CA 91744

Navarro, Tito
220 S. Azusa Ave
La Puente CA 91744

NAVISTAR LEASING CO
PO BOX 98454
Attn Jonathan
Chicago IL 60693

NAVISTAR LEASING COMPANY
2850 West Golf Road
Rolling Meadows IL 60008

NBL INSURANCE 0101436577
333 W. 34th St
New York NY 10001

NETWORK LOGISTICS
PO Box 2203
Salinas CA 93902

Nevarez, Ana
1520 S. Jellick Ave # B
Rowland Heights CA 91748

NEW YORK LIFE (76147424)
PO Box 742545
Cincinnati OH 45274

NEW YORK LIFE (76148402)
PO Box 742545
Cincinnati OH 45274

NEWLY WEDS FOODS INC.
4849 N. Milwaukee Ave
#700
Chicago IL 60639

Nicolas, Roman
2316 Lincoln Park St.
Los Angeles CA 90031

Nicolas, Teodulfo
2316 Lincoln Park Ave#19
Los Angeles CA 90031

Nieves, Luis Angel
12423 Waldore Dr.
Lynwood CA 90262

NIGHT RIDER TRANSPORT INC.
1329 Scottwood Ct
White Lake MI 48383

NORCAL WASTE SERVICES INC.
901 S Maple Ave
Montebello CA 90640

NORTH CENTRAL COMPANIES
NW 9043
PO Box 1450
Minneapolis MN 55485

NORTH COUNTY PLUMBING
629 Terminal Way
Suite 13
Costa Mesa CA 92627


NORTH FRESNO FOODS
460 W. Alluvial
Fresno CA 93650


NORTH SHORE STRAPPING CO
9401 Maywood Ave
Cleveland OH 44102


NORTHERN REFRIGERATED TRANSP.
3131 Roeding Rd
Ceres CA 95307


NORTHWEST CONNECTION
129 Eastland
Twin Falls ID 83301


NPFDA
958 Mc Ever Rd Ext.
Unit B-5
Gainesville GA 30503


Nuno, Abram
1736 Workman St
Los Angeles CA 90031


OBERLIN FILTER COMPANY
404 Pilot Court
Waukesha WI 53188

Ocampo, Maria
2051 Redding Ave
Rosemead CA 91770


Ocampo, Oswaldo
4518 Landis Ave
Baldwin Park CA 91706


OCCUP SAFETY TRAINING
3333 Brea Cyn Road
Suite 101
Diamond Bar CA 91765


Och Tuquer, Pablo Victor
7850 Batson Ave Apt. 96
Rowland Heights CA 91748


Ochoa, Ana
160 N. Linden Ave #51
Rialto CA 92376


Ochoa, Antonio
10903 1/2 Emery Street
El Monte CA 91731


Ochoa, Jorge I
10903 1/2 Emery St
El Monte CA 91731


Ochoa, Jose D
2502 N Easern Ave.
Los Angeles CA 90032

Ochoa, Juan
2502 N. Eastern Ave
Los Angeles CA 90032


Ochoa, Maria
423 1/2 N. Lorena St.
Los Angeles CA 90036


OFFICE DEPOSIT CREDIT PLAN
PO Box 689020
Des Moines IA 50368


OFFICE DEPOT
PO Box 70001
Santa Ana CA 92725


OFFICE MAX
16272 Beach Blvd
Huntington Beach CA 92647


OFFICE OF FINANCE, CITY OF LA
Tax and Permit Division


OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street
26th Floor
Los Angeles CA 90017


Ojeda, Fernando
2428 Highland Pines
Pomona CA 91767

OLIVER & DOYLE BODY SHOP
4235 East Gage Avenue
Bell CA 90201


OLSSON, FRANK & WEEDA
1400 Sixteenth St. NW
Suite 400
Washington DC 20036


Olvera, Abelardo
434 Jellick Ave
La Puente CA 91744


OLYMPIC DISPOSAL CO.
116 West Maynard Road
Montebello CA 90640


OLYMPIC FIRE PROTECTION CO.
4015 W Pico Blvd
Los Angeles CA 90019


OLYMPIC WIRE & EQUIPMENT CO.
PO Box 3227
Newport Beach CA 92659


Onofre, Jorge
1249 S. Juper
Los Angeles CA 90021


Onofre, Sergio
1521 45th Street
Los Angeles CA 90011

Ontiveros, Hector A
2285 Couts Ave
Los Angeles CA 90040-1249


OPTIMA EXPEDITED TRUCKING, INC.
736 Industrial Drive
Elmhurst IL 60126


ORANGE COUNTY FIRE PROTECTION
137 West Bristol Lane
Orange CA 92865


Ordonez, Maria
17208 Inyo St.
La Puente CA 91744


Oronia, Maria
3433 Whistler Apt. 2
El Monte CA 91732


Orta, Rosa
10915 Elliot Ave
El Monte CA 91733


Ortega, Daysi
4245 Filhurst
Baldwin Park CA 91706


Ortega, Jose
190 N. Hamblendon Ave
La Puente CA 91744

Ortiz, Ernesto
2322 Continental Ave
El Monte CA 91733


Ortiz, Eunice
1315 Montana St #1
Lo Angeles CA 90026


Ortiz, Hugo
119 N 51 Ave #214
Los Angeles CA 90042


Ortiz, Hugo Ernesto
246 S. Avenue 21St.
Los Angeles CA 90031


Ortiz, Jesus N
1344 E 55th St
Los Angeles CA 90011


Ortiz, Juan
1850 Batson Ave Apt. # 157
Rowland Hts. CA 91748


Ortiz, Juan
15252 Temple Ave
La Puente CA 91746


Ortiz, Luis
410 S. Winton Ave
La Puente CA 91744

Ortiz, Noel Alexander
868 E. 40Th. Pl.
Los Angeles CA 90011


Ortiz, Sonia
2622 S. Bright Ave
Los Angeles CA 90018


Ortiz, Virginia C.
339 E 93rd St
Los Angeles CA 90003


Osorio, Mary
546 Richburn Ave
La Puente CA 91744


OTHOPEDIC CONSULTANTS
16311 Ventura Blvd
Suite 800
CA 91432


OVERNITE TRANSPORTATION INC.
2747 South Vail Avenue
Commerce CA 90040


Oviedo, Alejandro
2217 Caminar Ave
El Monte CA 91732


Oviedo, Louie
2217 Caminar Ave
El Monte CA 91732

P&C POULTRY
1457 N. Main Street
Los Angeles CA 90012


P&C POULTRY PSP & TRUST
PO Box 86997
Los Angeles CA 90021


PAC COLD STORAGE
4224 District Blvd
Vernon CA 90058


PACIFIC BARRIER FILMS
4823 S. Eastern Avenue
Bell CA 90201


PACIFIC BELL
Payment Center
Van Nuys CA 91388


PACIFIC BELL (2134859442)
Payment Center
Van Nuys CA 91388


PACIFIC COAST CHEMICALS
Filr 74567
PO Box 60000
Los Angeles CA 94160


PACIFIC CONCRETE SERVICES
3042 Cordua Court
Simi Valley CA 93063

PACIFIC SOUTHWEST CONTAINER
Dept. 44763
PO Box 44000
San Francisco CA 94144


PACIFIC STAR CONSTRUCTION INC
10681 Frances Ave
Garden Grove CA 92843


PACIFIC WEST SYSTEMS
P.O Box 825
Mentone CA 92359


PACMAC, INC.
PO Box 360
Fayetteville AR 72701


PAEZ PATROL SECURITY
PO Box 4206
Covina CA 91791


PAGENET
11150 Santa Monica Blvd
PO Box 250014
Los Angeles CA 90025


Palacios, Maximiliano
3433 Ahern Dr.
Baldwin Park CA 91706


Paloalto, Mireya
1019 1/2 Ditman Ave
Los Angeles CA 90063

Palomino, Martha
471 Gendel
La Puente CA 91744


Paniagua, Catalina
142 Shipman
La Puente CA 91744


PAPERCRAFT LOS ANGELES
File 54124
Los Angeles CA 90074


PARADIGM LABEL
2044 California Ave
Corona CA 92881


PARAGON FOODS, LTD.
PO Box 612958
Dallas TX 75261


PARAGON PLASTIC CO.
1901 Santa Anita Ave
El Monte CA 91733


PARKWAY GMC
24055 Creekside Road
Valencia CA 91355


PASADENA MUNICIPAL SERVICES
PO Box 7115
Pasadena CA 91109

Pastrana Lopez, Maria
140 E. Newburgh Apt. 12
Azusa CA 91702


PAUL MULL
1739 N Cholla St
Chandler AZ 85224


Paz, Daniela
1805 Cordova St.
Apt. D
Pomona CA 91767


Paz, Henry
2024 Hancock St. Apt. 1
Los Angeles CA 90031


PB PRINTING
3755 Forest Ave
Lorba Linda CA 90806


PBI MARKET EQUIPMENT INC.
PO Box 6097
Long Beach CA 90806


PE2
3333 Brea Cyn Road
Suite 209
Diamond Bar CA 91765


PEARSON SALES
PO Box 1458
Baldwin Park CA 91706

Pech-Tec, Mario
4816 Compton Ave
Los Angeles CA 90011


PECO FOODS
PO Box 71273
Chicago IL 60694


PENSKE TRUCK LEASING
2300 E Olympic Blvd
Los Angeles CA 90021


PEOPLES SAUSAGE INC.
1132 East Pico Blvd
Los Angeles CA 90021


Perales, Armando
1428 Via Camille
Montebello CA 90640


PERDUE FARMS INC.
PO Box 8500 - S-2720
Philadelphia PA 19178


Perez, Efren
4622 Center Street
Baldwin Park CA 91706


Perez, Gerson
17314 Via Park Street
La Puente CA 91744

Perez, Hermes
2049 Las Vegas Ave Apt# 2
Pomona CA 91767


Perez, Ines
1850 Batson
Rowland Heights CA 91748


Perez, Javier
11301/2 Elliot Ave
El Monte CA 91783


Perez, Jose
874 Avalon Blvd #7
Los Angeles CA 90003


Perez, Juan
949 Le Borgne Ave
La Puente CA 91746


Perez, Marcedonio
1128 Elsberry Ave
La Puente CA 91744


Perez, Marco
1012 Mark St.
Loa Angeles CA 90033


Perez, Maricela
410 Mangate Ave
La Puente CA 91744

Perez, Mercedes
11127 Bonwood Rd Apt. 101/2
El Monte CA 91733


Perez, Refugio
2719 A Central
El Monte CA 91733


Perez, Tomas M
1736 Workman St #221
Los Angeles CA 90031


Perez, Yeimi
17455 Villa Corte
La Puenta CA 91744


PETALUMA POULTRY
PO Box 7368
Petaluma CA 94955


PETER T. PFAUTH INC.
2803 Weld County Rd. #37
Brighton CO 80603


PETTEY LEACH TRUCKING, INC.
PO Box 429
Sebastopol MS 39359


PICK UP STIX
1330 Calle Avanzado
San Clemente CA 92673