PILGRIM'S PRIDE CORP.
PO Box 911709
Dallas TX 75391


Pineda Hernandez, Tania Lilibeth
246 So. Avenue 21 Apt. 246
Los Angeles CA 90031


PINEDA MACHINE & WELDING
5727 Holmes Ave
Los Angeles CA 90058


Pineda, Juan
1850 Batson Ave # 157
Rowland Hts. CA 91748


Pineda, Walter
563 S. Shipman St.
La Puente CA 91744


Pinedo, Maria
4246 Peck Rd
El Monte CA 91732


PIONEER WINDOW PRODUCTS
5715 Venice Blvd
Los Angeles CA 90019


PITNEY BOWES
PO Box 856460
Louisville KY 40285-6460

Placek, Aaron
258 N. Willow Ave
West Covina CA 91790


Placensia, Guillermina
18120 Via Amorosa Apt. 4
Rowland Hts. CA 91748


PLATINUM DISTRIBUTION
5401 Santa Ana St
Ontario CA 91761


Polanco, Salvador
12360 Pointsetta Street
El Monte CA 91732


POLAR TECH INDUSTRIES
PO Box 6907
Rockford IL 61125


POLIN POULTRY CO., INC.
PO  Box 695
59 Church St
Shelbyville DE 19975


POPAR TECH INDUSTRIES
PO Box 6907
Rockford IL 61125


Porfirio, Eliseo
992 E. 41 St.
Los Angeles CA 90011

PORKY PRODUCTS INC.
13949 Ventura Blvd
Suite 203
Sherman Oaks CA 91423


Portillo, Alfredo
1133 W. 56 St.
Los Angeles CA 90037


POULTRY SPECIALTIES
PO Box 1711
Russellville AR 72811


POWER LIFT CORP.
8314 E Slauson Ave
Pico Rivera CA 90660


PRECISION REFERIGERATION & AIR
1334 W. 11th Place
Los Angeles CA 90015


PRECISION REFRIGERATION & AIR
9726 Klingerman Street
626-443-8882
South El Monte CA 91733


PREFERRED CONCEPT, INC.
PO Box 17715
Anaheim CA 92817


PREFERRED FREEZER SERVICES
2100 East 55th St
Vernon CA 90058

PREFERRED ULTRA FREEZE
2100 E 55th St
Vernon CA 90058


PREFFERED PACKAGING
440 S Lone Hill Ave
San Dimas CA 91773


PREMATIC SERVICE
E482995
PO Box 89-4731
Los Angeles CA 90189


PREMIER FOOD GROUP
PO Box 368
Guntersville AL 35976


PRIDE TRANSPORT LLC
PO Box 27765
Salt Lake City UT 84127


PRIME INC.
14433 Collections Center Drive
Attn: Jim Rush
Chicago IL 60693


PRIMERA FOODS CORPORATION
Box 368-9920
Milwaukee WI 53268


PRIMUS
PO Box 3018
Milwaukee WI 53201

PRINTER TERMINAL SRVICES
4356 N Durfee Ave
El Monte CA 91732


PROCESS MANAGEMENT
PO Box 428
Kingston Springs TN 37082


PROGRESSIVE EQUIPMENT
PO Box 789
Downey CA 90241


PROVIDIAN
ACCT#4465681400665615
PO Box 9539
Manchester NH 03108


PYRO-COMM SYSTEMS, INC.
15531 Container Lane
Huntington Beach CA 92649


QI-TEK
7701 Warner Ave
Suite C191
Huntington Beach CA 92647


QUALIFIED BENEFITS INC.
21021 Ventura Blvd
Suite 200
Woodland Hills CA 91364


QUALITY  MATERIAL HANDLING INC
900 W Foothill Blvd
Azusa CA 91702

QUALITY DIST OF UNION CITY
2850 Volpey Way
Union City CA 94587


QUALITY FOOD CONTROL INC
455 S Ingram Mill Road
Springfield MO 65802


QUALITY FOOD EQUIPMENT CO
10935 Weaver St
South El Monte CA 91733


QUALITY PACKAGING SUPPLY
785 S Canyon Mist Lane
Anaheim CA 92808


QUANTUM TRANSIT SERVICES
PO Box 2203
Salinas CA 93902


QUENDY ROMAN
4550 Santa Ana St
CUDAHY CA 90201


Quero, Celso A
706 N. McDonald Ave #205
Wilmington CA 90744


Quevedo, Alfredo
718 Cavana Street
La Puente CA 91744

Quevedo, Ledvia
14946 Valley Blvd
Spc. #15
La Puente CA 91746


QUILL CORPORATION
PO Box 37600
Philadelphia PA 19101


Quinones, Ilda
11230 Main Street
Los Angeles CA 90059


Quintana, Emerson
146 1/2 W. 81St.
Los Angeles CA 90003


Quintero, Dora
510 Leverett Ave. # D
La Puente CA 91744


Quintero, Gerardo
3859 Washington
El Monte CA 91731


Quitero, Olga Lidia
18525 E. Gallano Drive
Covina CA 91722


QWEST COMMUNICATIONS BUSINESS SERVS
PO Box 52187
Phoenix AZ 85072

R&D MARKETING
4110 Westside Dr
Suite C
Tupelo MS 38801


R. VELOZ TRUCKING
P.O. BOX 347
San Fernando CA 91341


R.Diaz, Epifanio
11217 Dodson Street
El Monte CA 91733


R.G. ENTERPRISES
6069 Maywood Ave
Huntington Park CA 90255


R.G. MAINTENANCE
3051 E 6th St
Los Angeles CA 90023


RABIN WORLDWIDE APPRAISERS
650 Townsend St
Suite 480
San Francisco CA 94103


RAFAEL QUINTERO
1446 Magnolia Ave #17
Long Beach CA 90813


Ramirez, Beatriz
1850 Batson Ave #162
Roland Heights CA 91748

Ramirez, Boanerges
3117 Del Mar Ave
Rosemead CA 91770


Ramirez, Byron N
1736 Workman St # 207
Los Angeles CA 90031


Ramirez, Candelaria
2110 Griffith Ave
Los Angeles CA 90031


Ramirez, Cristina
830 N, Rimgrove
La Puente CA 91744


Ramirez, Ernestina
2821 Wynwood Ln. Apt.# 8
Los Angeles CA 90023


Ramirez, Ernesto
2523 Adelia Ave Apt. #4
El Monte CA 91733


Ramirez, Gervacio
4215 So. Flower St.
Los Angeles CA 90057


Ramirez, Ignacio
5659 1/2 York Blvd
Los Angeles CA 90042-2550

Ramirez, Irene
2013 La Cueva St.
Rowland Hts. CA 91748


Ramirez, Jorge
2403 North Broadway
Los Angelas CA 90037


Ramirez, Jose
258 N. Sandalwood
La Puente CA 91744


Ramirez, Marco
451 N. Gage Ave
Los Angeles CA 90063


Ramirez, Maria
2240 Continental Ave
So. El Monte CA 91733


Ramirez, Mark
896 E. 52 St.
Los Angeles CA 90011


Ramirez, Micaela
2004 1/2 Griffin Av.
Los Angeles CA 90031


Ramirez, Miguel
620 Dora Guzman Ave
La Puente CA 91744

Ramirez, Reyna
3535 Patsiti
Baldwin Park CA 91706


Ramirez, Silvia
3119 Merced Ave
El Monte CA 91733


RAMIRO FELIX
2719 Glenn Ave
Los Angeles CA 90023


RAMON TORRES
8636 Evergreen Ave
South Gate CA 90280


Ramos, Alejandro
7654 Laurel Ln.
N. Hollywood CA 91605


Ramos, Jose Tomas
705 W. 47 Th. St. #A
Los Angeles CA 90037


Ramos, Miriam
657 Radtock
La Puente CA 91744


Ramos, Rene
7654 Laurel Cyn Blvd 103
Hollywood CA 91605

RANCHO PACIFIC FOODS
710 Epperson Dr
City of Industry CA 91748

RANDALL FOODS, INC.
PO Box 2669
Huntington Park CA 90255

RAUL GODOY
3833 Foster Ave
Baldwin Park CA 91706

RAUL GONZALEZ
3514 Nolan St
San Bernardino CA 92407

RAUL RUIZ
806 131st Street
Gardena CA 90247

Raya, Adilene
1120 Hayatt Ave
Wilmington CA 90744

Raya, Andres
706 N Mcdonald Ave #204
Wilmington CA 90744

Raya, Eva
706 McDonald Ave Apt 101
Wilmington CA 90744-5356

Raya, Jose
706 N Mc Donald #101
Wilmington CA 90744


Raya, Luis
706 McDonalnd Ave #213
Wilmington CA 90744


Raya, Pedro
706 McDonald Ave #213
Wilmington CA 90744


Raya, Zeferino
12594 Shadybend Dr
Moreno Valley CA 92553


RAYMOND HANDLING SOLUTIONS
PO Box 3683
Santa Fe Springs CA 90670


RAYMOND LEASING CORP
PO Box 203905
Houston TX 77216


RAYMOND LEASING CORPORATION
Corporate Headquarters
PO Box 130
Greene NY 13778


RBM CONVEYOR SYSTEMS INC.
1570 W Misson Blvd
Pomona CA 91766

RC AIR SYSTEMS INC
1535 W Orangewood Ave
Orange CA 92868

REASSURE AMERICA LIFE INS
VIFL006375
PO Box 19099
Newark NJ 07195

RECOMM WIRELESS INC.
105 W Alameda Ave
Suite 200
Burbank CA 91502

REDONDO GLASS
2415 Artesia Blvd
Redondo Beach CA 90278

REEFER TRANSPORT INC.
PO Box 734
Water Valley MS 38965

REFRIGI WEAR INC.
PO Box 39
Dahlonega GA 30533

REGAL POLY & PAPER
6001 Randolph St
2107 South
Los Angeles CA 90040

REMCON PLASTICS
208 Chestnut St
Reading PA 19602

RENO TECHNOLOGY
3503 Solutions Center
Chicago IL 60677

Renteria, Cristofer
15050 Oakwood Way
Chino Hills CA 91709

Renteria, Eduardo
18302 Renault St
La puente CA 91744

RESTAURANT DEPOT
2150 Oliver Holmes Road
Branch 601
Colton CA 92324

RESTAURANT DEPOT - Branch 19
2300 E 57th Street
Vernon CA 90058

RESTAURANT DEPOT - Branch 29
1709 Main St
San Diego CA 92113

RESTAURANT DEPOT - Branch 53
19901 S Hamilton Ave
Torrance CA 90502

RESTAURANT DEPOT - Branch 601
2150 Oliver Holmes Road
Colton CA 92324

Reyes Lopez, Ricardo
2908 Cogswell Road
El Monte CA 91732

Reyes, Florencia
443 Hartford Ave #106
Los Angeles CA 90017

Reyes, Juan
4036 Temple City Ave
Rosemead CA 91770

Reyes, Magda
1305 N Magdalena St #46
Los Angeles CA 90012

Reyes, Ofelia
536 Trier Ave
La Puente CA 91744

Reyes, Rafaela
4837 Elizabeth Street
Baldwin Park CA 91706

Reyes, Reina
2535 Potero Ave
El Monte CA 91733

Reynoso, Otto
1433 Ladrchwood
Hacienda Heiths CA 91745

RICH DOSS INC.
PO Box 4808
3809 Stony Pt Rd
Santa Rosa CA 95402

RICHARD RAMOS
8334 Gerber Road
Sacramento CA 95828

RICHARD SWAIM
26812 Gabriel Ct
Sun City CA

Rincon, Luisa
514 Colston Ave
La Puente CA 91744

RIO HONDO MUNICIPAL COURT
11234 E Valley Blvd
El Monte CA 91731

Rios Cabrera, Mary Lee
9831 Rio Hondo Pkwy #B
El Monte CA 91733

Rios, Saul
10373 Amherst Ave
Montclair CA 91763

RISHER MANAGEMENT SERVICES
1102 Oakleigh Dr
Hattiesburg MS 39402

RITE-HITE CORPORATION
Cust# 323725
Box 78196
Milwaukee WI 53278


Rivas, Magdalia
17047 Rarimer St.
La Puente CA 91744


Rivas, Selvin
4636 Twining St
Los Angeles CA 90032


RIVER PORT CO INC.
PO Box 17267
Chattanooga TN 37415


RIVER VALLEY TRADING
Dept. 40021
PO Box 740209
Atlanta GA 30374


Rivera, Alberta
14818 Darmoore
Norwalk CA 90650


Rivera, Diego
1023 So. Ditman
Los Angeles CA 91023


Rivera, Juan Jose
540 N. Virginia Ave
Azusa CA 91702

RLS INVESTING INC.
12 Patra
Laguna Niguel CA 92677

ROAD WEST
PO Box 14145
Phoenix AZ 85063

ROADRUNNER DAWNES
3576 Payshere Circle
Chicago IL 60674

ROB'S GLASS TINTING
11904 W Jefferson Blvd
Culver City CA 90230

ROBB HERTZ
4498 Woodman Ave
Suite A-219
Sherman Oaks CA 91423

ROBBIE MANUFACTURING INC
PO Box 219647
Kansas City MO 64121

ROBERT AIR INC
25327 Avenue Stanford #108
Valencia CA 91355

ROBERTO TRENADO
117 W 77th St
Los Angeles CA 90003

ROBINSON & HARRISON
PO Box 64544
Baltimore MD 21264


ROBINSON DIAMANT & BRILL
1888 Century Park East
Suite 1500
Los Angeles CA 90067


Robledo, Andrea
18855 Northam St
La Puente CA 91744


Robles, Francisco
4160 Valle VIsta Drive
Chino Hills CA 91709


Robles, Luis
4160 Valle Vista Drive
Chino Hills CA 91709


Rocha, Vicente
1470 Ricardo St.
Los Angeles CA 90033


ROCKY'S FOOD DIST.
6114 Scott Way
Commerce CA 90040


Rodezno, Maria
2514 Paulson Ave
So. El Monte CA 91733

Rodriguez, Alba Noemy
1933 Stozier
El Monte CA 91733


Rodriguez, Angelica
216 Sur.Sandalwood
La Puente CA 91744


Rodriguez, Arael
630 N. Cerrritos Ave. #201
Azusa CA 91702


Rodriguez, Armando
16960 MaClaren St.
La Puente CA 91744


Rodriguez, Aurora
7667 Sante Fe Ave
Huntington Park CA 90255


Rodriguez, Blandina
6155 Rampart Blvd. Apt. # 202
Los Angeles CA 90057


Rodriguez, Cesar
2728 Egar Ave
El Monte CA 91733


Rodriguez, Faviola
17440 Bushard St. #15
Fountaun Vally CA 92708

Rodriguez, Ivonne
17427 Salais Street
La Puente CA 91744

Rodriguez, Jesus
142 Shipman Ave
La Puente CA 91744

Rodriguez, Jose
1849 Sichel St. # F
Los Angeles CA 90031

Rodriguez, Luz
864 Glenwick
Walnut CA 91789

Rodriguez, Martin
9745 Jeffery Ct,
Fontana CA 92335

Rodriguez, Monica
533 E.   35th Street
Los Angeles CA 90011

Rodriguez, Rogelio
12820 Barbazon Drive
Moreno Valley CA 92555

Rodriguez, Rosa
520 Leverett Apt. D
La Puente CA 91744

Rodriguez, Salomon
17857 Vollacorta St
La Puente CA 91074


Rodriquez, Alfredo
2016 E. Alberca Dr. Apt.#12
Rowland Hts. CA 91748


Rojas, Felipe
3822 Baldwin Ave
El Monte CA 91731


Rojas, Jose F
446 E 32nd St
Los Angeles CA 90011-1922


Rojo, Licho
6002 N. Ranger St.
Azusa CA 91702


Rojo, Sujey
14015 White Sell Street
La Puente CA 91744


Roman, Alejandra
6042 King Ave
Maywood CA 90270


Roman, Hector
3733 W 112th Ave
Inglewood CA 90303

Roman, Heidy
8172 California Ave
South Gate CA 90028


Roman, Quenedy
6042 King Ave
Maywood CA 90270


Roman, Quennedy Jr.
4335 Clara St.
Cudahy CA 90201


ROMERO AND ROSA DELELIO
1501 Magnolia Blvd.
Long Beach CA 94903


Romero, Anabel
2047 1/2 Cesar Chavez St.
Los Angeles CA 90033


Romero, Angela
1850 Batson Ave Apt. # 101
Rowland Heights CA 91748


Romero, Hilda
11650 1/2 Woodville Dr
El Monte CA 91732


Romero, Ignacio
4011 Fairmount St
Los Angeles CA 90063

Romero, Jose
3326 Barnes Ave
Baldwin Park CA 91706


Romero, Moises
18219 Barroso St.
Rowland Hts. CA 91748


Romero, Ramiro
1452 E 111th Place
Los Angeles CA 90054


Romero, Sarita
2753 1/2 Marengo St
Los Angeles CA 90033


Romo, Jose
1052 Ballista Ave
La Puente CA 91744


Romo, Leogardo
1944 S. Sichel St. #5
Los Angeles CA 90031


RONALD PRICE
8685 South 700 East
Sandy UT 84094


Rosa, Mauricio De La
2173 N Towne Ave Apt 6
Pomona CA 91767-2432

ROSE CITY TRANSPORTATION INC
201 NE 2nd Ave
Suite 201
Portland OR 97232


ROSS PALLETS, INC.
2639 N Grand Ave
Suite 187
Santa Ana CA 92701


ROTO ROOTER
4017 Whittier Blvd
Los Angeles CA 90023


ROTONICS
17038 South Figureoa St
Gardena CA 90248


ROWLAND WATER DISTRICT
3021 S Fullerton Rd
Rowland Heights CA 91748


ROYAL DISTRIBUTING
PO Box 2609
Bell Gardens CA


ROYAL HARVEST FOODS
90 Avocado St
Springfield MA 01104


ROYAL PACKAGING
5334 E Chapman Ave
Suite 210
Orange CA 92869

ROYAL SYSTEMS GROUP
18301 Napa St
Northridge CA 91325


RR REFRIGERATION
2018 South Main
Los Angeles CA 90007


RS OVERHEAD DOORS
5560 Flotilla Ave
Los Angeles CA 90040


RSI SERVICES
79 Daily Drive #266
Camarillo CA 93010


RSM
5622 Las Virgenes Rd #11
Calabasas CA 91302


Rubio, Marcos
11123 3/4 Elliott Ave
El Monte CA 91733


Rueda, Mauro
2016 Duenas Drive Apt. 16
Rowland Heights CA 91748


Ruiz Hernandez, Roberto
16836 McClaren St.
La Puente CA 91744

Ruiz, Abel
4231 Pennmar Ave.
El Monte CA 91732


Ruiz, Andrew
3746 E. 53Rd. St.
Maywood CA 90270


Ruiz, Antonio
17340 Main Street #5
La Puente CA 91744


Ruiz, Brenda
4055 E. 56th Street
Maywood CA 90270


Ruiz, Ernesto
3746 East 53rd St
Maywood CA 90270


Ruiz, Javier
8733 Fern Ave
Rosemead CA 91770


Ruiz, Jorge
2647 Griffin Ave
Los Angeles CA 90031


Ruiz, Marisol
241 W. 43 rd. St.
Los Angeles CA 90037

Ruiz, Ramiro
15329 Pine Ave
Fontana CA 92335


Ruiz, Socorro
3518 La Madera Ave
El Monte CA 91732


Ruiz, Valentin
18518 E Gallardo Dr.
Covina CA 91722


RUSNAK ARCADIA
55 W Huntington Dr
Arcadia CA 91007


RW ZANT
1470 E Fourth St
Los Angeles CA 90033


RWI TRANSPORTATION
49 Central Ave
Suite 400
Cincinnati OH 45202


RYDER TRANSPORTATION
File #96723
Los Angeles CA 90074


S&J  TRUCKING
PO Box 3610
Ontario CA 91761

S&R TRANSPORTATION INC.
PO Box 1532
Forest MS 39074


S&W SYSTEMS
14130 Gannet St
Suite 10
Santa Fe Springs CA 90670


S.L. FOOD CO.
1447 Naud St
Los Angeles CA 90012


SAFELINE METAL DETECTION
22677 Network Place
Chicago IL 60673


Salado Lozano, Judith
1115 E, 41 Place
Los Angeles CA 90011


Salado, Blanca
1521 E. 4th Street
Los Angeles CA 90011


Salas, Flavio
632 Williams Ave
Los Angeles CA 90022


Salas, Jose
716 N. Grand Ave
Covina CA 91724

Salazar, Alan
683 W Ave 28
Los Angeles CA 90065

Salazar, Antonio
11343 Hartford Lane
Pomona CA 91766

Salazar, Emmanuel
3051 Washington Ave
El Monte CA 91731

Salazar, Jesus
683 W 28th Ave
Los Angeles CA 90065

Salazar, Jose
683 W Ave 28
Los Angeles CA 90065

Salmeron, Daysi
1129 Del Norde Ave
Pomona CA 91767

Salmeron, Daysi
1129 Del Norde Ave
Pomona CA 91767

SAMMY FLORES
10206 Floral Dr
Whittier CA 90606

SAN MARCOS SUPERIOR COURT
338 Via Vera Cruz
Suite 101
San Marcos CA 92069


SAN MIGUEL MEAT DISTRIBUTORS
16101 E Old Valley Blvd
La Puente CA 91744


Sanchez Jr., Raul
745 S. Lark Ellen Ave Apt. # A
Azusa CA 91702


Sanchez, Alejandro
3352 Santa Ana St.
South Gate CA 90280


Sanchez, Alfonso
4518 Landis Ave
Baldwin Park CA 91706


Sanchez, Antonio R
907 W 17th St
Los Angeles CA 90015


Sanchez, Hilario
8991 Cypress Ave
South Gate CA 90280


Sanchez, Hugo
1423 S. Cypress
Santa Ana CA 92707

Sanchez, Ivan
11129 Mildred Street # 47
Elmonte CA 91731


Sanchez, Jose
17439 Calcutta Streeet
La Puente CA 91744


Sanchez, Luis
1908 1/2 Daly St
Los Angeles CA 90031


Sanchez, Raul
745 S. Lark Ellen Ave # A
Azusa CA 91702


Sanchez, Rosalina
11208 E Garvey Ave
El Monte CA 91733


Sanchez, Santiago
12507 Pointsettia St.
El Monte CA 91732


Sanchez, Santiago
1074 Tyleen Pl.
Pomona CA 91768


SANDERSON FARMS INC.
PO Box 988
Laurel MS 39441

Sandoval, Blanca
10429 Dodger Apt A
El Monte CA 91732


Sandoval, Joey
1420 Alta Vista St #407
Hollywood CA 90414


Sandoval, Rafael
77461 Villa Corta st
La Puente CA 91744


SANTA FE PALLET JACKS
1127 S Santa Fe Ave
Los Angeles CA 90021


SANTA FE TRUCKING
2007 Darwin Ave
Los Angeles CA 90031


Santana, Norma
217 S 64 Ave #10
Los Angeles CA 90042


Santana, Samuel
5747 Fostoria St.
Bell Gardens CA 90201


Santos, Idania
3818 1/2 Hubbard St
Los Angeles CA 90023

Santos, Teresa
11146 Elliott Ave
El Monte CA 91733


Sarabia, Leonel
2626 Maxson Road
El Monte CA 91732


Sarabia, Norma
2184 E. 102 Nd. St. # 630
Los Angeles CA 90002


Sarabia, Pablo
5116 1/2 60Th. Pl.
Maywood CA 90270


SAVAGE POULTRY INC.
PO Box 4062
Salisbury MD 21803


SC FUELS
PO Box 14014
Orange CA 92863


Scott, Maria
601 E. 8Th. St.
Azusa CA 91702


SDS TRUCKING INC
5828 Orange Ave
Fresno CA 93725