SDS TRUCKING INC.
3021 S Golden State Fron. Rd
Fresno CA 93725


SEA SNACK FOODS INC.
914 E 11th St
Los Angeles CA 90021


SEAFAX
PO Box 15340
Portland ME 04112


Secondino, Javier
2916 N. Eastern Ave
Los Angeles CA 90032


SECRETARY OF STATE
PO Box 944230
Sacramento CA 94244


Segundo, Ricardo
5440 Oakbank St.
Covina CA 91722


SELECT FIRST AID
PO Box 711818
Cincinnati OH 45271


SELECT PERSONAL SERVICES
PO Box 60607
Los Angeles CA 90060

SELIG CHEMICAL INDUSTRIES
PO Box 58265
Los Angeles CA 90058


SENBA USA INC
234 Cabot Blvd
Hayward CA 94545


SENSITECH INC.
Dept 1157
PO Box 61000
San Francisco CA 94161


SERGIO'S AUTO UPHOLSTERY
4981 E Firestone Blvd
South Gate CA 90280


SERVICE ENGINEERING GROUP
7422 Walnut Ave
Buena Park CA 90620


SHAMROCK SALES
PO Box 8877
Red Bank NJ 07701


SHELL 122966161
PO Box 30790
Los Angeles CA 90030


SHEMBERG USA
33 Mt Ephraim Rd
PO Box 252
Searsport ME 04974

SHERMAN FOODS INC.
PO Box 2231
Boise ID 83701


SHIPPERS TRANSPORT EXPRESS
2202 E. Sepulveda
Carson CA 90810


SHOWELL FARMS, INC.
PO Box 5909
Dothan AL 36302


SIERRA SPRINGS
964 N Batavia St
Orange CA 92867


SILLIKER LABORATORIES
900 Maple Rd
Homewood IL 60430


Silva, Teresa
3901 Coqwell Rd
El Monte CA 91732


SILVESTER REFRIGERATION
840 N Sydney Dr
Los Angeles CA 90022


SIMMONS PREPARED FOODS INC.
PO Box 802238
Kansas City MO 64180

SIMPLY THE BEST
16120 Abbey St
La Puente CA 91745


SKYVIEW
PO Box 219
Yorba Linda CA 92885


Smith, Robert
11012 Montecito Dr.
El Monte CA 91731


SO CAL CUSTOM PAK
6445 Fleet St
City of Commerce CA 90040


SO CAL GAS CO.
PO Box C
Monterey Park CA 91756


Solano, Epifanio
913 E. Francis St.
Corona CA 92879


Solano, Juan
5122 Filmore St
Bell CA 90201


Solano, Macrina
18324 La Naca Street
La Puente CA 91744

Solis, Daniel
433 N. Bushnell Ave.
Alhambra CA 91801


Solis, Elodia
373 1/2 N. Chicago St.
Los Angeles CA 90033


Solis, Rafael
627 S. Belden Ave
Los Angeles CA 90022


Solis, Rosario
1025 Millsbury Ave
La Puente CA 91746


SOLOMON, ROSS,GREY & CO
16633 Ventura Blvd, #600
818-995-0090
Encino CA 91436


SORENSON TRANSPORT
PO Box 311
360-748-8877
Chehalis WA 98532


SOS PROTECTION INC.
3579 E Foothill Blvd
Suite 176
Pasadena CA 91107


Sosa, Glendy
2040 Batson
Rowland Heights CA 91748

Sosa, Zully
2016 La Cueva St. Apt-3
Rowland Heights CA 91741


SOTELLO PROPERTIES LLC
1457 N Main St
Los Angeles CA 90012


Sotelo, Araceli
13680 Estelle St.
Corona CA 92879


Soto, Oscar
416 N. Pasadena Ave
Glendora CA 91741


SOUTH COAST A.Q.M.D.
PO Box 4943
Diamond Bar CA 91765


SOUTHERN CALIFORNIA EDISON
PO Box 600
800 255-2365
Rosemead CA 91771


SOUTHSIDE TOW SERVICES INC.
8000 Bell Gardens Ave
Bell Gardens CA 90201


SPARKLETTS
PO Box 660579
Dallas TX 75266

SPARKS BELTING CO
3800 Stahl Dr. SE
Grand Rapids MI 49546


SPECIALITY BIN RENTAL INC.
PO Box 58045
Vernon CA 90058


SPRINT
PO Box 4181
Carol Stream IL 60197


STACY MEDICAL CENTER
4580 Pacific Blvd
Vernon CA 90058


STAFFORD BENNISH
4501 Jubilo
Tarzana CA 91356


Staley Tovar, Jimmy
1435 N. Magdalena St.
Los Angeles CA 90012


STALOVART CO
90 Magellan Aisle
Irvine CA 92620


STANLEY PEST CONTROL
2555 Loma Ave
South El Monte CA 91733

STAR PACKAGING CORP.
204 Turner Rd
Jonesboro GA 30236


STATE BOARD OF EQUALIZATION
Environmental Fees Div
PO Box 942879
Sacramento CA 94279


STATE PRODUCE BROKERS, INC.
PO Box 2399
Bell Gardens CA 90202


STATE WATER RESOURCES
Division of Water Quality
1001 "I" St
Sacramento CA 95814


STELLAR GROUP
2900 Hartley Road
Jacksonville FL 32257


STEPHEN W POLAK
419 Main St
Suite 212
Huntington Beach CA 92648


STEPHENS PROTECTIVE COATINGS
2889 E Pico Blvd
Los Angeles CA 90023


STERLING PACIFIC MEAT CO
PO Box 2637
Bell Gardens CA 90202

STEVEN J. FELDMAN, ESQ.
27281 Las Ramblas
Suite 200
Mission Viejo CA 92691


STIR FOOD LLC
1581 North Main St
Orange CA 92867


STONE CONTAINER CORP
File 61964
Attn  Rusty Eastman
Los Angeles CA 90074


STUART I. SMITH
LOCKOUT MANAGEMENT SERVICE
714 W Olympic Blvd #1104
Los Angeles CA 90015


STUDIO WEST
3453 S Falcon Ridge Rd
Diamond Bar CA 91765


Suastegui, Benigno
11451 Lee Lane
El Monte CA 91731


Suastequi, Pedro
2837 Maxson Rd.
El Monte CA 91732


Suazo, Ocelio
1225 Lincoln Ave
Pomona CA 91767

SUMMIT FINANCIAL RESOURCES
15260 Ventura Blvd
Suite 1240
Sherman Oaks CA 91403


SUN VALLEY FOOD COMPANY
11275 Penrose St
Sun Valley CA 91352


SUNNY CALIFORNIA POULTRY
PO Box 21441
Los Angeles CA 90021


SUNNY EXPRESS
Attn: Accounts Receivable
PO Box 225
Santa Clara CA 95052


SUNSHINE PACKAGING
PO Box 91966
City of Industry CA 91715


Sunux, Brenda
156 W. 32nd
Los Angeles CA 90007


SUPERIOR ANNAUSNER FOODS
6701 Wilson Foods
Los Angeles CA 90001


SUPERIOR COURT
338 Via Vera Cruz
Suite 101
San Marcos CA 92069

SUPPLY MANAGEMENT SERVICES
5901-B Peachtreet Dunwoody Rd. NE
Suite 525
Atlanta GA 30328


SURGE ELECTRIC
PO Box 7764
Corona CA 92877


Suriano, Alexander
950 S. Westmoreland St.
Los Angeles CA 90006


Suriano, Ismael
1335 1/2 42nd place
Los Angeles CA 90011


SWECO
8029 Dixie Hwy
Florence KY 41042


SYSTRAN FINANCIAL SERVICES
PO Box 31001-0041
Pasadena CA 91110


T MOBILE
P.O. BOX 51843
Los Angeles CA 90051-6143


Tamayo, Hermelindo
4815 Hub St
Los Angeles CA 90042

TAMPICO SPICE CO. INC.
P.O. BOX 01229
Los Angeles CA 90001-0229


TARA PLASTICS CORP
175 LAKE MIRROR ROAD
Forest Park GA 30297


TCI LEASING/RENTALS
4950 Triggs St
Los Angeles CA 90022


Tehuintle, Cornelio
729 S. Bonnie Brae St #520
Los Angeles CA 90057


Tellez, Pascual
2509 Continental st. # 12
So. El Monte CA 91733


Tellez, Rafael
2509 Continental St.
El Monte CA 91733


TELRAD TELECOMMUNICATIONS
P.O. BOX 19232
Newark NJ 07195-0232


Temaj, Alvaro
13527 Van Nuys Blvd. Apt. 7
Pacoima CA 91331

Temoxtle, Andres
729 Bonnie Brae Ct.
Los Angeles CA 90057


Temoxtle, Crispin
729 S. Bonnie Brae Apt. 415
Los Angeles CA 90057


Temoxtle, Javier
2315 Continental Ave
Apt. 2
El Monte CA 91733


Tencos, Silvia
620 Dora Guzman Apt 10
La Puente CA 91744


TENNESSE VALLEY TRANS
P.O. BOX 680516
Franklin TN 37068-0516


TERMINAL HARDWARE CO.
824 EAST 8TH STREET
Los Angeles CA 90021


TEXACO TRUCK STOP
500 S. ALAMEDA STREET
Los Angeles CA 90013


THE 29ERS' PROVISIONS
1784 E Vernon Ave
Los Angeles CA 90058

THE GREASE CO
4020 Bandini Blvd
Los Angeles CA 90023


THE OFFICERS GROUP
270 N. CANON DRIVE
SUITE 1225
Beverly Hills CA 90210


THERMA-LOC DOORS INC.
5060 Eucalyptus Ave
Chino CA 91710


THINK FRESH TRANSPORT, INC.
1805 INDUSTRIAL STREET
Los Angeles CA 90021


THOMAS MOORE
822 N. INGLEWOOD AVENUE
Inglewood CA 90302


THREE DAY BLINDS INC.
2220 E Cerritos Ave
Anaheim CA 92806


THRESHOLD AIR CHARTER INC.
8352 Kimball Ave
Bldg F 350 #3
Chino CA 91710


TIMBERLAKE FOODS, INC.
PO Box 3101
662-842-7190
Tupelo MS 38803

Tinoco, Ulises
16903 Wing Lane
La Puente CA 91744


TIRE CENTERS
1530 S Alameda St
Los Angeles CA 90021


TJH TRUCKING
18933 S. BECHARD PL.
Cerritos CA 90703


Tlapa, Luis
1940 S. Fullerton Rd.
Rowland Hts. CA 91748


TODD CONSTRUCTION
1206 Price St
Pomona CA 91767


TOLL ROADS VIOLATIONS
P.O. BOX 50310
Irvine CA 92619-0310


TOLUCA LAKE FLOWER
10601 RIVERSIDE DRIVE
North Hollywood CA 91602


TOMAS GOTOR JR. & SONS
P.O. BOX 802
Sunset Beach CA 90742

Torrecillas, Hilario
4917 Lincoln Ave
Los Angeles CA 90042


Torres Valdez, Martin
1325 G.G Marquez Ave # A
Los Angeles CA 90033


Torres, Ana
12201 Garvey Ave Apt. 11
El Monte CA 91732


Torres, Celia
2447 Housto St #1
Los Angeles CA 90033


Torres, Erika
301 Colston Ave
La Puente CA 91744


Torres, Franklin
4636 Twining
Los Angeles CA 90032


Torres, Rebecca
1228 Gayland Ave
Hacienda Heights CA 91745


TOTAL SUPPORT TEMP
P.O. BOX 72122
Chicago IL 60678

TOWNSENDS, INC.
P.O. BOX 8500(S-7505)
Philadelphia PA 19178


TOYOTA 010272GH465
P.O. BOX 60116
City of Industry CA 91716-0116


TRAFFIC TECH
3110 CAMINO DEL RIO SOUTH
SUITE A-306
San Diego CA 92108


TRAILS WEST
P.O. BOX 3417
Jasper AL 35501


TRANSPORT FLEET SERVICE
4400 E. WASHINGTON BLVD.
City of Commerce CA 90023


TRANSPORT GRAPHICS
5655 VAN BUREN BLVD
SUITE D
Riverside CA 92503


TREASURE VALLEY
P.O. BOX 7067
Boise ID 83707


TRI DIAMOND DEVELOPMENT
1102 John Reed Court
City of Industry CA 91744

TRINITY TRANSPORT, INC.
18119 SUSSEX HIGHWAY
P.O. BOX 220
Bridgeville DE 19933

TRIPLE AAA
20651 Golden Springs Dr
Suite 346
Diamond Bar CA 91789

TRIPLE T TRANSPORT, INC.
P.O. BOX 649
Lewis Center OH 43035

TRIPLE-E MACHINERY MOVING
3301 GILMAN ROAD
El Monte CA 91732

TRUCK INS. EXCHANGE
NO92114530000
P.O. BOX 9071
Van Nuys CA 91409

TRUCKERS EXCHANGE, INC.
P.O. BOX 5809
Jackson MS 39288-5809

TRUCKING 101
P.O. BOX 2962
McKinleyville CA 95519

TRUXIGN
4104 W. VALLEY BLVD.
Walnut CA 91789

TUFFSTUFF COATINGS
369 SOUTH DOHENY DRIVE
#117
Beverly Hills CA 90211-3577


TUFFSTUFF INDUSTRIAL COATINGS
369 SOUTH DOHNEY DRIVE #117
Beverly Hills CA 90211-3577


TWO BROTHERS TRUCKING
7567 Amador Valley Blvd
Suite 301
Dublin CA 94568


TYKO SIGNS & LIGHTING SERVICES
5010 VENICE BLVD.
Los Angeles CA 90019


TYSON FOODS, INC.
67240 MAIN STREET
Blountsville AL 35031


U.S DEPARTMENT OF LABOR
P.O Box 70933
Charlotte NC 28272


U.S. GROWERS COLD STORAGE
3141 EAST 44TH STREET
323-583-3163
Los Angeles CA 90058


U.T., INC.
P.O. BOX 2781
Fresno CA 93745

UBFNA
88069 EXPEDITE WAY
Chicago IL 60695


UFPC
P.O. BOX 32033
Louisville KY 40232


ULTRA TRANSPORTATION
P.O. BOX 6607
Chico CA 95927


UNIFIRST
16434 Pioneer Boulevard
Norwalk CA 90650


UNIFIRST
700 S. ETIWANDA AVE.
SUITE C
Ontario CA 91761


UNISON ELECTRIC
16652 GEMINI LANE ST.
Huntington Beach CA 92647


UNISOURCE
LOS ANGELES DIVISION
DEPT 2-1952
Los Angeles CA 90088


UNISTAR LEASING
5710 COMMONS PARK
P.O. BOX 880
Syracuse NY 13214

UNITED FOOD COMPANY
P.O. BOX 21441
Los Angeles CA 90021


UNITED SERVICE TECHNOLOGIES
3164 E. LA PALMA AVENUE
UNIT #M
Anaheim CA 92806


UNIVAR USA INC.
FILE 56019
Los Angeles CA 90074-6019


URNER BARRY
P.O. BOX 389
Toms River NJ 08754-0389


URSCHEL LABORATORIES
2503 CALUMET AVENUE
P.O. BOX 2200
Valparaiso IN 46384


US BANK 2694085061
P.O. BOX 790117
St. Louis MO 63179-0117


US BANK N.A. 2694045819
O.O. BOX 790117
St Louis MO 63179-0117


US EQUIPMENT CO., INC.
1810 WEST VENICE BLVD.
Los Angeles CA 90006

US FOODSERVICE/LOS ANGELES
FILE #6993
Los Angeles CA 90074-6993

US POULTRY & EGG ASSOC.
1530 COOLEDGE RD
Tucker GA 30084

USDA,AMS, POULTRY PROGRAMS
GRADING BRANCH
P.O. BOX 25220
Little Rock AR 72221

VACOM TECHNOLOGIES
1747 WRIGHT AVENUE
La Verne CA 91750

Valderrama, Joel
123 W. 5Th. St. Apt. # D
Long Beach CA 90802

Valdez, Maria
210 N. Sandalwood
La Puente CA 91744

Valdez, Wuiliam
308 Fisher St. Apt. 2
Glendale CA 90025

Valdivia, Jose
6377 Cedar St.
Huntington Prk. CA 90255

Valle, Martha
6030 Stanton Ave Apt. 3
Buena Park CA 90621


Valle, Noe
312 E. H Street
Ontario CA 91764


Valle, Rosendo
16034 Meadowside St.
La Puente CA 91744


VALLEY EXPRESS, INC.
3911 37TH AVENUE SW
Fargo ND 58104


VALLEY HYDRAULICS SERVICE
P.O. BOX 9233098
Sylmar CA 91392


VALLEY VISTA SERVICES, INC.
17445 E RAILROAD STREET
City of Industry CA 91748-1088


Varela, Ramon
825 Vine Street
San Bernardino CA 92410


Vargas, Cyla
5030 Santa Ana St.
Cudahy CA 90201

Vasques, Ezequiel
1850 Batson Ave #145
Rowland Heights CA 91748


Vasquez, Cesar
1771 N. Vermont Ave Apt.#105
Los Angeles CA 90027


Vasquez, Eduardo
1736 Workman St
Los Angeles CA 90031


Vasquez, Gladys
3627 Penn Mar Ave Apt. 213
El Monte CA 91732


Vasquez, Lourdes
13727 Moccasin Street
La Puente CA 91744


Vasquez, Ruben
5835 California Ave
Long Beach CA 90805


Vazquez, Alfonso
655 Dora Guzman Ave. # 24
La Puente CA 91744


Vazquez, Maria
9553 Cortada St. Apt. A
El Monte CA 91733

Vazquez, Xochitl
3206 Stockbridge Ave
Los Angeles CA 90032


VDO REPAIR
3419 VIA LIDO
SUITE 109
Newport Beach CA 92663


VECTOR TRANSPORTATION CO.
P.O. BOX 3292
Tupelo MS 38803


Vega, Juan
108 N. Hambledon St.
La Puente CA 91744


Velasco, Enrique
851 Kenmore Ave #19
Los Angeles CA 90005


Velasco, Felix
1850 Batson Ave #89
Rowland Heights CA 91748


Velasquez De Leon, Lilibeth
17314 Via Part St.
La Puente CA 91744


Velasquez, Jose
3901 Cogswell St.
El Monte CA 91732

Velasquez, Julia
3206 Stockbridge Ave
Los Angeles CA 90032


Velasquez, Wendy
5127 Ruthelen St.
Los Angeles CA 90062


Velazquez, Magali
3458 Santa Ana Street
South Gate CA 90280


Velazquez, Mirell
1743 3/4 Sichel St #7
Los Angeles CA 90031


Velez, Oscar
6210 Otis Ave
Bell CA 90201


Veloz, Gabriel
21862 Goldenrod Lane
Wildomar CA 92595


Veloz, Sheldon
1100 John Reed Ct.
City of Industry CA 91745


Ventura, Jose
6346 Midleton St. Apt. M
Huntington Park CA 90255

VERASCOLD
P.O. BOX 894545
Los Angeles CA 90189-4545


Vergara, Jose Antonio
17818 Hemphill St.
La Puente CA 91744


VERIZON 012880114654313109
P.O. BOX 9688
Mission Hills CA 91346-9688


VERIZON 6263300514
P.O. BOX 9688
Mission Hills CA 91346


VERIZON 6263333180
P.O. BOX 9688
Mission Hills CA 91346-9688


VERIZON 6269616953
P.O. BOX 12045
Trenton NJ 08650-2045


VERIZON WIRELESS
P.O. 9622
Mission Hills CA 91346


VERIZON WIRELESS LA
P.O. BOX 79005
City of Industry CA 91716

VERLLANO CC 1317
2441 VELLANO CLUB DRIVE
Chino Hills CA 91709


VERNON ERIC GEARRING
1642 W. PONTY STREET
Los Angeles CA 90047


VERNON GEARRING
1642 W. PONTY STREET
Los Angeles CA 90047


Victorino, Daniel
2315 1/2 E. 1St. St.
Los Angeles CA 90033


VICTORY FOODS LLC
1100 AIRPORT PARKWAY
Gainesville GA 30501


Vidal, Geovany
309 N. Sunol Dr
Los Angeles CA 90063


Vidal, Veronica
1285 Hicks Ave
Los Angeles CA 90063


VIKING FREIGHT
DEPT. CH
P.O. BOX 10306
Palatine IL 60055-0306

Villa, Rufino
11423
Lamber Ave
El Monte CA 91732


Villagrana, Jorge
12369 Ponsettia Ave
El Monte CA 91732


Villagrana, Rolando
9427 Friendship Ave
Pico Rivera CA 90660


Villanueva, Bexzaira
1309 1/2 E. 41 Place
Los Angeles CA 90011


Villarreal, Liliana
2236 Continental Ave
El Monte
ca CA 91733


Villatoro, Maria
1129 Del Norde Ave
Pomona CA 91767


Villatoro, Marleny
1516 Jellick
Rowland Heights CA 91748


Villazana, Irwing
4514 Long Beach Ave
Vernon CA 90058

Villegas, Rolando
4055 E 56th St
Maywood CA 90270-2705


VINCENT GONZALES
1333 1ST STREET
Los Angeles CA 90033


VIRGINIA HORA
3955 BREAKWATER LANE
Lake Havasu City AZ 86406


VISTA FOOD EXCHANGE, INC.
B-101 CENTER ARCADE
HUNTS POINT CO-OP MARKET
Bronx NY 10474


Vivar, Raul
620 Dora Guzman Ave Apt.#26
La Puente CA 91744


VORTEX
FILE 1095
1801 W. OLYMPIC BLVD.
Pasadena CA 91199-1095


VOYAGER COMPANIES, INC.
104 OFFICE PARK DR.
P.O. BOX 1945
Brandon MS 39043


VWR INTERNATIONAL INC.
P.O. BOX 640169
Pittsburgh PA 15264-0169

WAMPLER-LONGACRE, INC.
P.O. BOX 8500
Philadelphia PA 19178


WARREN CAT
P.O. BOX 842116
Dallas TX 75284-2116


WASTE MANAGEMENT SUN VALLEY
P.O. BOX 7814
Baldwin Park CA 91706


WATER SURGEON
27881 LA PAZ ROAD
SUITE G-440
Laguna Niguel CA 92677


WATT PUBLISHING CO.
122 S. WESLEY AVENUE
Mount Morris IL 61054


WAYNE ENTERPRISES, INC.
P.O. BOX 32
Poteau OK 74953


WAYNE FARMS
P.O. 945947
Atlanta GA 31193-5947


WE BE TRUCKIN' LTD
P.O. BOX 153
Brightwood OR 97011

Weinstein, Bruce
20577 Celtic St.
Chatsworth CA 91311


WELL BUSINESS EXAM
15315 MAGNOLIA BLVD., SUITE 423
Sherman Oaks CA 91403


WELLS FARGO 10068711327756
P.O. BOX 11983
Santa Ana CA 92711


WELLS FARGO AUTO FINANCE
50082149342380001
P.O. BOX 60966
Los Angeles CA 90060


WEMBLY INTERNATIONAL, INC.
4 PROVIDENCE DRIVE
Princeton Junction NJ 08550


WEST COAST LABELS
620 S. RICHFIELD ROAD
Placentia CA 92870


WEST FLORIDA TRUCK BROKERS
5500-4 DIVISION DRIVE
Fort Myers FL 33905


WEST STAR ENTERPRISE
256 8TH AVENUE
City of Industry CA 91746

WESTCO CHEMICALS, INC.
12551-61 SATICOY STREET
North Hollywood CA 91605


WESTERN DISTRIBUTING TRANS.
6655 N. YORK STREET
Denver CO 80229


WESTERN FABRICATION TECH
28410 AVE STANFORD
Valencia CA 91355


WESTERN TRUCK
1839 E. 43RD STREET
Los Angeles CA 90058


WESTERN TRUCK EXCHANGE
159 E. MANCHESTER AVENUE
Los Angeles CA 90003


WESTMINISTER SCALE COMPANY
P.O. BOX 4085
Anaheim CA 92803


WESTRUX INTERNATIONAL, INC.
P.O. BOX 309
Norwalk CA 90651


WIBERG CORPORATION
11258 Regentview Avenue
562-869-5240
Downey CA 90241

WILL-BE TRUCKING, INC.
P.O. BOX 802407
Santa Clarita CA 91380


WIN HO TRADING CO.
1475 POTRERO AVENUE
South El Monte CA 91733


WIREBELT CO
P.O. 845214
Boston MA 02284-5214


WOODLAND FARMS, INC.
815 E. TEMPLE STREET
Los Angeles CA 90012


WORLD OMNI FIN. 1860005008035
P.O. BOX 96014
Charlotte NC 28296


WRIGHT'S SUPPLY, INC.
1746 FLOWER STREET
Glendale CA 91201


XEROX CORP. 667076285
P.O. BOX 7405
Pasadena CA 91109


XEROX OMINIFAX
P.O. BOX 676772
Dallas TX 75267-6772

XL STORAGE
8530 HELLMAN AVENUE
Rancho Cucamonga CA 91730


XTRA LEASE
P.O. BOX 99262
Chicago IL 60693-9262


Yadira, David
248 S. Sandawood
La Puente CA 91744


YAEGER & SONS INC.
1512 E. Olympic Blvd
Los Angeles CA 90021


YANELY FLOWERS
5718 Melrose Avenue
Los Angeles CA 90038


YELLOW FRIEGHT SYSTEM, INC.
C/O Tara Plastics
175 Lake Mirro Rd
Forest Park GA 30297


YUM BRANDS
P.O Box 102410
Atlanta GA 30368


YUNO
814 S Spring Street
Los Angeles CA 90014

ZACKY FOODS
File No. 72404
Los Angeles CA 90074


Zamora, Sugey Y
2040 1/2 Daly St.
Los Angeles CA 90031


Zelada, Victor
1108 Marced Ave
El Monte CA 91733


Zelaya, Carlos
424 s. Union Ave
Los Angeles CA 90026


Zepeda, Gloria
701 W. Hollyvale St.
Azusa CA 91702


Zepeda, Oscar
17041 E. Alwood St.
West Covina CA 91791


Zermeno, Juan
3511 Cesar Chavez
Los Angeles CA 90033


ZORBIT CORPORATION
612 Meyer Lane
Redondo Beach CA 90278

Zotelo, Raquel
5030 Wilcox Santana #202
Cuday CA 90201


Zuniga, Adalberto
655 Dora Guzman Ave Apt. 11
La Puente CA 91744


Zuno, Maria
639 Duff Ave
La Puente CA 91744