Brian L. Davidoff (State Bar No. 102654)
C. John M. Melissinos (State Bar No. 149224)
David Y. Joe (State Bar No. 206507)
Claire E. Shin (State Bar No. 249492)
RUTTER HOBBS & DAVIDOFF
  INCORPORATED
1901 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 286-1700
Facsimile:  (310) 286-1728
Email:   bdavidoff@rutterhobbs.com
         jmelissinos@rutterhobbs.com
         djoe@rutterhobbs.com
         cshin@rutterhobbs.com

[Proposed] General Reorganization Attorneys for
Debtors and Debtors-in-Possession

FILED & ENTERED

SEP 01 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

P&C POULTRY DISTRIBUTORS, INC.,

    Debtor and Debtor-in-Possession.

Case No.: 2:10-bk-46350-PC

Chapter 11

**ORDER AUTHORIZING JOINT ADMINISTRATION OF THE DEBTORS' ESTATES**

[NO HEARING REQUIRED]

Debtor and Debtor-in-Possession P&C Poultry Distributors, Inc. ("P&C"), and Custom Processors, Inc., Debtor and Debtor-in-Possession in bankruptcy case no. 2:10-bk-46362-BB ("Custom," and together with P&C, the "Related Debtors"), each in its own Chapter 11 case, brought before the Court an emergency motion for an order directing joint administration of their Chapter 11 cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules 1015-1(b) and 1073-1 (the "Motion"). The Court, having reviewed the moving papers and finding good cause, hereby

-1-

ORDER AUTHORIZING JOINT ADMINISTRATION

{8313.001-688825.DOC-(1)}

**ORDERS THAT:**

1.  The Related Debtors' estates shall be jointly administered as follows:

   (a)  *Captions:*  The captions of these cases will be modified to reflect the joint administration of these cases. Parties in interest are hereby directed to use the caption in the form set forth on Exhibit "1" to the Declaration of Claire E. Shin, which is appended to the Motion.

   (b)  *Pleadings:*  Except for proofs of claims, the Clerk of the Court will maintain a single docket for the Related Debtors' pending Chapter 11 cases and for filing, lodging, and docketing the pleadings, orders, and all other papers (including notices of hearings in any of the cases) filed in these cases, all of which will be filed under the case number assigned to P&C using a caption in the form set forth on Exhibit "1" to the Declaration of Claire E. Shin, which is appended to the Motion.

   (c)  *Proofs of Claim:*  Because the Related Debtors are separate entities and there has been no substantive consolidation of these estates, proofs of claim should be captioned and filed against the particular estate against which a claim is asserted. To that end, separate claims registries for each estate will be maintained.

   (d)  *Schedules of Assets and Liabilities:*  P&C and Custom will each file separate Schedules of Assets and Liabilities and Statements of Financial Affairs, which will each be filed in the P&C case docket.

   (e)  *Notice to Creditors of Entry of Order:*  Upon entry of this order approving joint administration, the Related Debtors shall transmit to all known creditors of each estate a notice setting forth the pertinent information with respect to the joint administration (which notice may be combined with other notices to creditors).

/ / /

/ / /

2. Nothing contained herein shall constitute a finding or order that the Related Debtors' estates shall be or should be substantively consolidated.

# # #

DATED: September 1, 2010

_____
United States Bankruptcy Judge

-3-
ORDER AUTHORIZING JOINT ADMINISTRATION

{8313.001-688825.DOC-(1)}

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1901 Avenue of the Stars, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document described as: **ORDER AUTHORIZING JOINT ADMINISTRATION OF THE DEBTORS' ESTATES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On August 26, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed*.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 26, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
VIA HAND DELIVERY
Honorable Peter Carroll
United States Bankruptcy Court
255 East Temple Street
Courtroom 1539
Los Angeles, California 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 26, 2010 | JAN REINGLASS | /s/ JAN REINGLASS |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

RUTTER HOBBS & DAVIDOFF INCORPORATED LAWYERS

-4-
ORDER AUTHORIZING JOINT ADMINISTRATION
{8313.001-688825.DOC-(1)}

**II. TO BE SERVED BY VIA OVERNITE EXPRESS AND/OR U.S. MAIL**

<u>COUNSEL FOR LAWRENCE WHOLESALE</u>
Krystal M. Hauserman, Esq.
Mark L. Block, Esq.
Glaser, Weil, Fink, Jacobs, Howard & Shapiro, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067

<u>COUNSEL FOR EAST WEST BANK</u>
Scott O. Smith, Esq.
Alexandra Rhim, Esq.
Buchalter Nemer
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457

<u>OUST</u>
Office of the United States Trustee
725 South Figueroa Street, 26th Floor
Los Angeles, California 90012

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

{8313.001-688825.DOC-(1)}

-5-
ORDER AUTHORIZING JOINT ADMINISTRATION

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled

**ORDER AUTHORIZING JOINT ADMINISTRATION OF THE DEBTORS' ESTATES**  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of   8/30/10                                       , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Brian L Davidoff     bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com

- J Alexandra Rhim     arhim@buchalter.com, smartin@buchalter.com

- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

1
2
3
4
5   **ADDITIONAL SERVICE INFORMATION** (if needed):

6   **II. SERVED BY THE COURT VIA U.S. MAIL**

7   COUNSEL FOR LAWRENCE WHOLESALE
Krystal M. Hauserman, Esq.
8   Mark L. Block, Esq.
Glaser, Weil, Fink, Jacobs, Howard & Shapiro, LLP
9   10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067

10
COUNSEL FOR EAST WEST BANK
11  Scott O. Smith, Esq.
Alexandra Rhim, Esq.
12  Buchalter Nemer
1000 Wilshire Boulevard, Suite 1500
13  Los Angeles, California 90017-2457

14  OUST
Office of the United States Trustee
15  725 South Figueroa Street, 26th Floor
Los Angeles, California 90012

16
17
18
19
20
21
22
23
24
25
26
27
28

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS