# United States Bankruptcy Court
## Central District of California

In re   P&C Poultry Distributors, Inc.
                                  Debtor(s)

Case No.   **2:10-bk-46350-PC**
Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| DANIEL BENNISH<br>1100A John Reed Court<br>City of Industry, California 91745 | Common Stock | 875 shares | 25% |
| HOWARD BENNISH<br>1100A John Reed Court<br>City of Industry, California 91745 | Common Stock | 875 shares | 25% |
| MICHAEL BENNISH<br>1100A John Reed Court<br>City of Industry, California 91745 | Common Stock | 875 shares | 25% |
| STAFFORD BENNISH<br>1100A John Reed Court<br>City of Industry, California 91745 | Common Stock | 875 shares | 25% |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   September 10, 2010                Signature  _____
                                                    Michael Bennish

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.