**ORIGINAL**

1  Brian L. Davidoff (State Bar No. 102654)
   C. John M. Melissinos (State Bar No. 149224)
2  David Y. Joe (State Bar No. 206507)
   Claire E. Shin (State Bar No. 249492)
3  RUTTER HOBBS & DAVIDOFF
   INCORPORATED
4  1901 Avenue of the Stars, Suite 1700
   Los Angeles, California 90067
5  Telephone: (310) 286-1700
   Facsimile: (310) 286-1728
6  Email: bdavidoff@rutterhobbs.com
          jmelissinos@rutterhobbs.com
7         djoe@rutterhobbs.com
          cshin@rutterhobbs.com
8
   [Proposed] General Reorganization Attorneys for
9  Debtors and Debtors-in-Possession

10                 UNITED STATES BANKRUPTCY COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12                       LOS ANGELES DIVISION

13  In re:                          )  Case No.: 2:10-bk-46350-PC
                                    )
14  P&C POULTRY DISTRIBUTORS, INC., )  Jointly Administered with
                                    )  Case No.: 2:10-bk-46362-PC
15       Debtor and Debtor-in-Possession. )
                                    )  Chapter 11
16                                  )
                                    )  [PROPOSED] ORDER AUTHORIZING
17                                  )  DEBTORS TO FILE DEPOSITION
                                    )  TRANSCRIPT OF MICHAEL BENNISH
18                                  )  UNDER SEAL AND TO REQUIRE
                                    )  PLEADINGS CONTAINING CONFIDENTIAL
19  In re:                          )  INFORMATION TO BE FILED UNDER SEAL
                                    )
20  CUSTOM PROCESSORS, INC.,        )
                                    )  [NO HEARING REQUIRED]
21       Debtor and Debtor-in-Possession. )
                                    )
22                                  )
23                                  )
24                                  )
25                                  )
26                                  )
27

28
                                    -1-
RUTTER HOBBS & DAVIDOFF
INCORPORATED LAWYERS
{8313.001-694926.DOC-(1)}    ORDER AUTHORIZING DEBTORS TO FILE DEPOSITION TRANSCRIPT UNDER SEAL

This matter coming before the Court on the "*Ex Parte* Emergency Motion For Order Authorizing Debtors To File Deposition Transcript Of Michael Bennish Under Seal And To Require Pleadings Containing Confidential Information To Be Filed Under Seal" (the "Motion"), filed by Debtor and Debtor-in-Possession P&C Poultry Distributors, Inc. ("P&C"), and Custom Processors, Inc., Debtor and Debtor-in-Possession in bankruptcy case no. 2:10-bk-46362-PC ("Custom," and together with P&C, the "Debtors"); and

The Court having reviewed the Motion and the Declaration of Michael Bennish in support; and

The Court finding that notice of the Motion was reasonable and appropriate under the circumstances; and

The Court determining that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. The Debtors are authorized to file the Bennish Transcript under seal pursuant to Local Bankruptcy Rule 5003-2(c)(1).

3. East West Bank and other parties in interest are required to file pleadings containing information regarding the Debtors' customer agreements and/or raw material, process and/or product pricing under seal pursuant to Local Bankruptcy Rule 5003-2(c)(1) (collectively, "Confidential Pleadings").

4. The Bennish Transcript and Confidential Pleadings shall remain confidential and be made available only to (a) the Court, (b) counsel to East West Bank or the applicable party in interest, (c) other persons as counsel to the Debtors may agree, and (d) such other persons as the Court may, after notice and a hearing, deem appropriate.

### # #

DATED: SEP 17 2010

HON. PETER H. CARROLL
U.S. BANKRUPTCY JUDGE

-2-

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1901 Avenue of the Stars, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document described as:

**[PROPOSED] ORDER AUTHORIZING DEBTORS TO FILE DEPOSITION TRANSCRIPT OF MICHAEL BENNISH UNDER SEAL AND TO REQUIRE PLEADINGS CONTAINING CONFIDENTIAL INFORMATION TO BE FILED UNDER SEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 15, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On September 15, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
**VIA HAND DELIVERY**
Honorable Peter Carroll
United States Bankruptcy Court
255 East Temple Street
Courtroom 1539
Los Angeles, California 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 15, 2010 | JAN REINGLASS | /s/ JAN REINGLASS |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**II. SERVED BY VIA U.S. MAIL**

COUNSEL FOR EAST WEST BANK
Alexandra Rhim, Esq.
Scott O. Smith, Esq.
Buchalter Nemer
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457

OUST
Russell Clementson, Esq.
Office of the United States Trustee
725 South Figueroa Street, 26th Floor
Los Angeles, California 90071

BANKRUPTCY COUNSEL FOR LAWRENCE WHOLESALE, LLC
David L. Neale, Esq.
Levene Neale Bender Yoo & Brill
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067

James R. Selth, Esq.
Weintraub & Selth
11766 Wilshire Boulevard, Suite 1170
Los Angeles, California 90025

20 LARGEST CREDITORS

BEARINGS & DRIVES
Attn: Steven Duncan
9506 Rush Street
South El Monte, California 91733

JENINE SEFTON
12100 Olympic Boulevard, Suite 300
Los Angeles, California 90064

CONSOLIDATED PACKAGING
Attn: Donna Haight
9821 Pittsburgh Avenue
Rancho Cucamonga, California 91730

COUNTY SANITATION DISTRICT
NO. 21 OF LOS ANGELES COUNTY
c/o Lewis, Brisbois & Smith
Attn: Lauren Ross, Esq.
221 North Figueroa Street, #1200
Los Angeles, California 90012

KNIGHT REFRIGERATED
Attn: Carol Millar
5601 W. Buckeye Road
Phoenix, Arizona 85043

| | |
|---|---|
| 1 | LEYEN FOOD, LLC<br>Attn: Michael Liang |
| 2 | 16015 Phoenix Drive<br>Hacienda Heights, California 91745 |
| 3 | |
| 4 | PRECISION REFRIGERATION & AIR<br>Attn: Igor Cherdak |
| 5 | 9726 Klingerman Street<br>South El Monte, California 91733 |
| 6 | SOLOMON, ROSS, GREY & CO<br>Attn: Fred Solomon |
| 7 | 16633 Ventura Blvd, #600<br>Encino, California 91436 |
| 8 | |
| 9 | U.S. GROWERS COLD STORAGE<br>3141 East 44th Street<br>Los Angeles, California 90058 |
| 10 | |
| 11 | UNIFIRST<br>16434 Pioneer Boulevard<br>Norwalk, California 90650 |
| 12 | |
| 13 | WIEBERG CORPORATION<br>Attn: Sylvia Cervantes<br>11258 Regentview Avenue |
| 14 | Downey, California 90241 |
| 15 | Michelson Labs<br>Attn: Veronica |
| 16 | 6280 Chalet Drive<br>Los Angeles,, California 90040 |
| 17 | |
| 18 | CBEYOND<br>Attn: Christy<br>AR Special Handling |
| 19 | 320 Interstate North Parkway, SE<br>Atlanta, Georgia 30339 |
| 20 | AMERICAN EXPRESS |
| 21 | PO Box 0001<br>Los Angeles, California 90096 |
| 22 | ARI DIRECT |
| 23 | PO Box 485<br>Pleasanton, California 94566 |
| 24 | LAWRENCE WHOLESALE, LLC |
| 25 | Mark Liszt<br>PO Box 58307 |
| 26 | Vernon, California 90058 |
| 27 | CH GUNTHER & SON, INC.<br>Attn: Sherry Bray<br>PO Box 840441 |
| 28 | Dallas, Texas 75284 |

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

-5-

ORDER AUTHORIZING DEBTORS TO FILE DEPOSITION TRANSCRIPT UNDER SEAL
{8313.001-694926.DOC-(1)}

1. CITY OF INDUSTRY DISPOSAL
Attn: Mary Hull
2. PO Box 3366
City of Industry, California 91744

3. 
4. GRIFFITH LABORATORIES
Attn: Cathy White
Dept. 70192
5. Chicago, Illinois 60673

6. SORENSON TRANSPORT
Attn: Traci Nielson
7. PO Box 311
Chehalis, Washington 98532

8. 
9. SOUTHERN CALIFORNIA EDISON
Attn: Hector Ortiz
PO Box 600
10. Rosemead, California 91771

11. TIMBERLAKE FOODS, INC.
Attn: Lee A, Durrett
12. PO Box 3101
Tupelo, Mississippi 38803

13. 
14. <u>ATTORNEYS FOR U.S. GROWERS COLD STORAGE</u>
John Horvath, Esq.
Horvath & Weaver, P.C.
15. 10 S. La Salle, Suite 1400
Chicago, Illinois 60603

16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

-6-

ORDER AUTHORIZING DEBTORS TO FILE DEPOSITION TRANSCRIPT UNDER SEAL
{8313.001-694926.DOC-(1)}

**NOTE TO USERS OF THIS FORM:**

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER AUTHORIZING DEBTORS TO FILE DEPOSITION TRANSCRIPT OF MICHAEL BENNISH UNDER SEAL AND TO REQUIRE PLEADINGS CONTAINING CONFIDENTIAL INFORMATION TO BE FILED UNDER SEAL** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Alexandra Rhim: arhim@buchalter.com
Steve O. Smith: ssmith@buchalter.com
David Neale: dln@lnbyb.com
Russell Clementson: Russell.clementson@usdoj.gov; ustpregion16.la.ecf@usdoj.gov
James Sleth: jim@wsrlaw.net, charles@wsrlaw.net
Brian L. Davidoff: bdavidoff@rutterhobbs.com
C. John M. Melissinos: jmelissinos@rutterhobbs.com
David Y. Joe: djoe@rutterhobbs.com
Claire E. Shin: cshin@rutterhobbs.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

ORDER AUTHORIZING DEBTORS TO FILE DEPOSITION TRANSCRIPT UNDER SEAL
{8313.001-694926.DOC-(1)}