Brian L. Davidoff (State Bar No. 102654)
C. John M. Melissinos (State Bar No. 149224)
David Y. Joe (State Bar No. 206507)
Claire E. Shin (State Bar No. 249492)
RUTTER HOBBS & DAVIDOFF
  INCORPORATED
1901 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 286-1700
Facsimile:  (310) 286-1728
Email:   bdavidoff@rutterhobbs.com
         jmelissinos@rutterhobbs.com
         djoe@rutterhobbs.com
         cshin@rutterhobbs.com

[Proposed] General Reorganization Attorneys for
Debtors and Debtors-in-Possession

FILED & ENTERED

OCT 04 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>P&C POULTRY DISTRIBUTORS, INC.,<br><br>        Debtor and Debtor-in-Possession.<br><br>_____<br><br>In re:<br><br>CUSTOM PROCESSORS, INC.,<br><br>        Debtor and Debtor-in-Possession.<br>_____ | Case No.:  2:10-bk-46350-PC<br><br>Jointly Administered with<br>Case No.:  2:10-bk-46362-PC<br><br>Chapter 11<br><br>**FINAL ORDER GRANTING DEBTORS' MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL**<br><br>Final Hearing:<br><br>Date: September 16, 2010<br>Time: 11:00 a.m.<br>Place: Courtroom 1539<br>        255 E. Temple Street<br>        Los Angeles, CA 90012 |

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
L A W Y E R S

-1-

ORDER GRANTING DEBTORS' MOTION FOR ORDER AUTHORIZING USE OF CASH
COLLATERAL

8313.001  697091.1

1   The emergency motion of P&C Poultry Distributors, Inc. ("P&C) and joinder of

2   Custom Processors, Inc. ("Custom"), the debtors and debtors-in-possession in the above-

3   captioned Chapter 11 cases (collectively, the "Debtors" or "Company"), for an order

4   authorizing use of cash collateral (the "Cash Collateral Motion") came on for a final hearing

5   on September 16, 2010, at approximately 11:00 a.m. (the "Final Hearing"), the Honorable

6   Peter Carroll, United States Bankruptcy Judge, presiding.  Brian L. Davidoff and C. John M.

7   Melissinos of Rutter Hobbs & Davidoff Incorporated appeared for the Debtors.  J. Alexandra

8   Rhim and Scott O. Smith of Buchalter Nemer, A Professional Corporation, appeared for East

9   West Bank (the "Bank").  David L. Neale of Levene, Neale, Bender, Yoo & Brill L.L.P.

10   appeared on behalf of Lawrence Wholesale, LLC.

11   This Court having considered the Cash Collateral Motion, the Declarations of Michael

12   Bennish and Bruce Weinstein in support of First Day Motions, the Supplemental

13   Memorandum of the Debtors, the Supplemental Opposition of the Bank, and the Reply of

14   the Debtors, and the declarations and exhibits attached thereto, and the other documents

15   filed in this matter, and all the pleadings filed in the bankruptcy cases, and in accordance

16   with Rules 2002, 4001(b) and 9014 of the Federal Rules of Bankruptcy Procedure (the

17   "Bankruptcy Rules") and the Local Bankruptcy Rules, due and proper notice of the Cash

18   Collateral Motion and the Final Hearing having been given; an Interim Hearing having been

19   held and concluded on September 1, 2010; and it appearing that approval of the relief

20   requested in the Cash Collateral Motion is fair and reasonable and in the best interests of the

21   Debtors, their creditors, their estates and their equity holders, and that the Bank will remain

22   adequately protected in conjunction therewith, and after due deliberation and consideration,

23   and for good and sufficient cause appearing therefor:

24   **IT IS ORDERED** that:

25   **1.    Motion Granted**.  The Cash Collateral Motion is granted on a final basis in

26   accordance with the terms and conditions set forth in this order (the "Final Order").

27   (A)    The Debtors shall be authorized to use the Cash Collateral (as the term is

28   defined in the Cash Collateral Motion) until 5:00 p.m., Pacific Standard Time on November

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
L A W Y E R S

ORDER GRANTING DEBTORS' MOTION FOR ORDER AUTHORIZING USE OF CASH
COLLATERAL

8313.001  697091.1

1  19, 2010, in accordance with the updated 13-week budget attached hereto as Exhibit "1" (the

2  "Updated Budget").

3      (B)    The Debtors shall be authorized to vary from any line item in the Updated

4  Budget by no more than twenty percent (20%).

5      **2.    The Budget Is Reasonable**.  The Court finds that the Updated Budget is

6  reasonable.  From and after August 27, 2010 (the "Petition Date") through November 19,

7  2010, the Debtors shall use the Cash Collateral only for the purposes specifically set forth in

8  this Final Order and in accordance with the terms and conditions of this Final Order.

9      **3.    Adequate Protection**.   The Court finds that based upon the evidence

10  available at the Final Hearing that the interests of the Bank in the Cash Collateral are

11  adequately protected due to (i) the value of P&C's assets securing the obligations owed to the

12  Bank, (ii) the enterprise value in the P&C's business (s), (iii) equity in the Los Angeles

13  Facility (as the term is defined in the Cash Collateral Motion) available in excess of a

14  separate loan made by the Bank to Sotello Property LLC; (iv) the provision of the

15  replacement lien to the Bank; and (v) the provision of regular cash usage reports and

16  monthly income statements and operating reports to the Bank.

17      **4.    Replacement Liens**.   The Bank shall have, subject to the terms and

18  conditions set forth below, pursuant to sections 361 and 363(e) of the Bankruptcy Code

19  replacement security interests and liens in the same type of property on which the Bank

20  enjoyed security interests and lien in immediately prior to the Petition Date (the

21  "Replacement Liens").  The Replacement Liens shall have the same validity and priority as

22  the security interests and liens that the Bank enjoyed immediately prior to the Petition Date.

23  The Replacement Liens shall be recognized only to the extent of the post-petition diminution

24  in value of the Bank's pre-petition collateral resulting from the Debtors' use of the Cash

25  Collateral during these Chapter 11 cases.  The foregoing notwithstanding, the Replacement

26  Liens shall not attach to claims, rights and causes of action arising under Title 5 of the

27  Bankruptcy Code.

28

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

ORDER GRANTING DEBTORS' MOTION FOR ORDER AUTHORIZING USE OF CASH
COLLATERAL
8313.001  697091.1

1   **5.     Reporting.**  The Debtors shall provide to the Bank the reports listed on the

2   document attached hereto as Exhibit "2".

3   **6.     Modification of the Final Order**.  Notwithstanding the terms of this Final

4   Order, this Court is not precluded from entering further orders regarding the use of Cash

5   Collateral.  This Final Order shall remain in full force and effect except as specifically

6   amended or modified by Court order.  This Final Order shall be without prejudice to the

7   right of the Bank to request upon a showing of good cause, an order directing the Debtors to

8   cease using Cash Collateral or provide additional adequate protection.  The Debtors reserve

9   all of their defenses to any such motion. The Debtors are authorized to make further

10  requests for additional interim authorization for use of the Cash Collateral.  The Bank

11  reserves all rights to object to the entry of any further orders authorizing use of the Cash

12  Collateral.

13  **7.     Retention of Jurisdiction**.  This Court has and will retain jurisdiction to

14  enforce this Final Order according to its terms.

15                                      ###

16

17

18

19

20

21

22

23

24

25

26  DATED: October 4, 2010    _____
                             United States Bankruptcy Judge

27

28

ORDER GRANTING DEBTORS' MOTION FOR ORDER AUTHORIZING USE OF CASH
COLLATERAL

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
L A W Y E R S

8313.001  697091.1

**P&C Poultry Cash Collateral-Court Budget 8-11-10**

**WEEKLY CASH FLOW**

9/11/2010

P&C Poultry plus Custom Processors
(000's Omitted)
August 23, 2010 - November 19, 2010

| Expenses | Projected 3 Wks. end 9/10/2010 | Actual 3 Wks. End 9/10/2010 | Forecast 9/17/2010 | Forecast 9/24/2010 | Forecast 10/1/2010 | Forecast 10/8/2010 | Forecast 10/15/2010 | Forecast 10/22/2010 | Forecast 10/29/2010 | Forecast 11/5/2010 | Forecast 11/12/2010 | Forecast 11/19/2010 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | | | 992.9 | 494.4 | 304.9 | 18.1 | 81.0 | 199.5 | 131.0 | 120.2 | 140.1 | 206.6 | |
| **Cash Receipts** | | | | | | | | | | | | | |
| Receivable Collection | 2,890.0 | 2,266.8 | 560.0 | 500.0 | 500.0 | 900.0 | 1,400.0 | 1,600.0 | 1,000.0 | 1,700.0 | 1,750.0 | 2,000.0 | 14,166.6 |
| Bank Borrowings | | (71.7) | | | | | | | | | | | (71.7) |
| Advances/Loans from Others | | | | | | | | | | | | | |
| Advances from Officer | 1,000.0 | | | | | | | | | | | | |
| Other (Cost, Deposits, etc.) | 3,060.0 | 13.2 | | | | | | | | | | | 13.2 |
| Total Cash Receipts | 3,060.0 | 2,208.1 | 560.0 | 500.0 | 500.0 | 900.0 | 1,400.0 | 1,600.0 | 1,000.0 | 1,700.0 | 1,750.0 | 2,000.0 | 14,108.1 |
| **Expenses** | | | | | | | | | | | | | |
| Salaries (includes Payroll Taxes) | 850.0 | 533.5 | 190.0 | 300.0 | 325.0 | 350.0 | 300.0 | 350.0 | 300.0 | 350.0 | 300.0 | 350.0 | 3,508.5 |
| Workers Comp. Insurance | 125.0 | | 125.0 | 25.0 | | | | 125.0 | | | | | 250.0 |
| Freight (Trucking, UPS, etc.) | 55.0 | 17.8 | 25.0 | 25.0 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | 307.6 |
| Raw Material Purchases & Supplies | 2,150.0 | 488.7 | 400.0 | 300.0 | 285.0 | 327.0 | 780.0 | 1,077.0 | 1,020.0 | 1,255.0 | 1,300.0 | 1,370.0 | 7,981.7 |
| Outside Services - Labs, etc. | 6.0 | | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 33.0 |
| Commissions | 12.5 | 8.1 | 7.5 | 8.5 | 8.5 | 12.5 | 12.5 | 12.5 | 12.5 | 12.5 | 12.5 | 12.5 | 120.1 |
| Health Insurance | 12.0 | 2.9 | 10.0 | | | | | | | | | | 36.9 |
| Truck & Auto Leases | 40.0 | 6.9 | 2.0 | | 20.0 | 12.0 | 20.0 | 20.0 | 20.0 | 12.0 | 20.0 | 20.0 | 88.8 |
| Equipment Purchases & Leases | 10.0 | | 50.0 | | | | 10.0 | | 10.0 | | 10.0 | | 80.0 |
| Repairs & Maintenance | 26.0 | 11.5 | 25.0 | | 25.0 | | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | | 136.5 |
| Accounting & Legal | 80.0 | 75.0 | 20.0 | 20.0 | 20.0 | 30.0 | 30.0 | 30.0 | 30.0 | 20.0 | 20.0 | 20.0 | 235.0 |
| Fuel (Gas, etc.) | 10.0 | 7.5 | 10.0 | | 10.0 | 10.0 | | | | 10.0 | | 20.0 | 41.3 |
| Consulting (MIS, Safety Training, etc.) | 5.0 | 5.0 | 5.0 | 5.0 | 7.5 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 12.5 | 60.0 |
| Insurance Liab., Prop., etc. | 15.0 | 28.0 | 28.0 | | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 59.0 |
| Interest & Loan Payments | | | | | | | | | | | | | |
| Office Expenses & Supplies | 4.5 | 1.7 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 16.7 |
| Rent | 68.4 | 68.0 | | | 41.8 | 26.8 | | 41.8 | | 41.8 | | 26.8 | 204.8 |
| Taxes & Licenses | 5.0 | | 5.0 | 5.0 | 5.0 | 5.0 | | 5.0 | | | | | 15.0 |
| Telephone | 7.5 | | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 25.0 |
| Trash & Waste | 20.0 | 11.9 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 111.9 |
| Travel & Entertainment | 8.0 | | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 30.0 |
| Uniforms | 18.0 | | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 40.0 |
| Utilities | 140.0 | | 125.0 | | | 100.0 | | | 100.0 | | | 100.0 | 325.0 |
| Other & Miscellaneous | 25.0 | 0.9 | | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 50.9 |
| Total Expenses | 3,700.9 | 1,715.2 | 1,046.5 | 698.5 | 786.8 | 807.1 | 1,281.5 | 1,865.5 | 1,010.8 | 1,683.5 | 1,603.5 | 1,951.0 | 13,852.5 |
| Ending Cash | 173.1 | 992.9 | 494.4 | 304.9 | 18.1 | 81.0 | 199.5 | 131.0 | 120.2 | 140.1 | 206.6 | 255.6 | 255.6 |

EXHIBIT "1"

<u>Exhibit "2"</u>

1.      Weekly accounts receivable aging reports due on Monday for each preceding week.

2.      Weekly accounts payable aging reports due on Monday for each preceding week.

3.      Weekly sales and collections journals due on Monday for each preceding week.

4.      Weekly report of cash usage due on Monday for each preceding week.

5.      Monthly accounts receivable and accounts payable aging reports for the month of September 2010 due on October 7, 2010 and for each month thereafter by the 7th (or if a holiday next following business day) of the following month.

6.      Monthly inventory report for September 2010 due by October 7, 2010, and for each month thereafter by the 7th (or if a holiday next following business day) day following each preceding month.

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
L A W Y E R S

-5-
ORDER GRANTING DEBTORS' MOTION FOR ORDER AUTHORIZING USE OF CASH
COLLATERAL

8313.001  697091.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1901 Avenue of the Stars, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document described as: **ORDER GRANTING DEBTORS' MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL**     will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

II.    **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On September 23, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

VIA OVERNITE EXPRESS
Honorable Peter Carroll
United States Bankruptcy Court
255 East Temple Street
Room 1534
Los Angeles, California 90012

☐  Service information continued on attached page

III.    **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**  (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 23, 2010 | JAN REINGLASS | /s/ JAN REINGLASS |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

ORDER GRANTING DEBTORS' MOTION FOR ORDER AUTHORIZING USE OF CASH
COLLATERAL

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
L A W Y E R S

8313.001  697091.1

## SERVICE LIST

**II.  TO BE SERVED BY VIA OVERNITE EXPRESS**


BANKRUPTCY COUNSEL FOR LAWRENCE WHOLESALE, LLC
David L. Neale, Esq.
Levene Neale Bender Yoo & Brill
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067

COUNSELF FOR EAST WEST BANK
Alexandra Rhim, Esq.
Scott O. Smith, Esq.
Buchalter Nemer
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017

OUST
Russell Clementson, Esq.
Office of the United States Trustee
725 South Figueroa Street, 26th Floor
Los Angeles, California 90071

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
L A W Y E R S

ORDER GRANTING DEBTORS' MOTION FOR ORDER AUTHORIZING USE OF CASH
COLLATERAL

8313.001  697091.1

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER GRANTING DEBTORS' MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL**  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of     9/24/10                              , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Russell Clementson     russell.clementson@usdoj.gov

- Brian L Davidoff     bdavidoff@rutterhobbs.com,
  calendar@rutterhobbs.com;jreinglass@rutterhobbs.com

- C John M Melissinos     jmelissinos@rutterhobbs.com, jreinglass@rutterhobbs.com

- David L. Neale     dln@lnbrb.com

- J Alexandra Rhim     arhim@buchalter.com, smartin@buchalter.com

- James R Selth     jim@wsrlaw.net, charles@wsrlaw.net

- Claire Shin     cshin@rutterhobbs.com, jreinglass@rutterhobbs.com

- Claire Shin     cshin@seyfarth.com, jreinglass@rutterhobbs.com

- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.    SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

DEBTORS
Michael Bennish, Chief Executive Officer
P&C Poultry Distributors, Inc.
1100 John Reed Court
City of Industry, California 91745

☐ Service information continued on attached page

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

8313.001  697091.1

-8-

ORDER GRANTING DEBTORS' MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL

1

2

3

**III.  TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

4

5

6

☒  Service information continued on attached page

7

8

**III.  TO BE SERVED BY THE LODGING PARTY**

9

20 LARGEST CREDITORS

10

11    BEARINGS & DRIVES
Attn:  Steven Duncan
12    9506 Rush Street
South El Monte, California 91733

13

JENINE SEFTON
14    12100 Olympic Boulevard, Suite 300
Los Angeles, California 90064

15

CONSOLIDATED PACKAGING
16    Attn:  Donna Haight
9821 Pittsburgh Avenue
17    Rancho Cucamonga, California 91730

18    COUNTY SANITATION DISTRICT
NO. 21 OF LOS ANGELES COUNTY
19    c/o Lewis, Brisbois & Smith
Attn:  Lauren Ross, Esq.
20    221 North Figueroa Street, #1200
Los Angeles, California 90012

21

KNIGHT REFRIGERATED
22    Attn:  Carol Millar
5601 W. Buckeye Road
23    Phoenix, Arizona 85043

24    LEYEN FOOD, LLC
Attn:  Michael Liang
25    16015 Phoenix Drive
Hacienda Heights, California 91745

26

PRECISION REFRIGERATION & AIR
27    Attn:  Igor Cherdak
9726 Klingerman Street
28    South El Monte, California 91733

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

ORDER GRANTING DEBTORS' MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL

8313.001  697091.1

SOLOMON, ROSS,GREY & CO
Attn:  Fred Solomon
16633 Ventura Blvd,  #600
Encino, California  91436

U.S. GROWERS COLD STORAGE
3141 East  44th Street
Los Angeles, California 90058

UNIFIRST
16434 Pioneer Boulevard
Norwalk, California 90650

ORDER GRANTING DEBTORS' MOTION FOR ORDER AUTHORIZING USE OF CASH
COLLATERAL

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
L A W Y E R S

8313.001  697091.1

WIEBERG CORPORATION
Attn:  Sylvia Cervantes
11258 Regentview Avenue
Downey, California 90241

Michelson Labs
Attn:  Veronica
6280 Chalet Drive
Los Angeles,, California 90040

CBEYOND
Attn:  Christy
AR Special Handling
320 Interstate North Parkway, SE
Atlanta, Georgia  30339

AMERICAN EXPRESS
PO Box 0001
Los Angeles, California 90096

ARI DIRECT
PO Box 485
Pleasanton, California 94566

LAWRENCE WHOLESALE, LLC
Mark Liszt
PO Box 58307
Vernon, California 90058

CH GUNTHER & SON, INC.
Attn:  Sherry Bray
PO Box 840441
Dallas, Texas 75284

CITY OF INDUSTRY DISPOSAL
Attn:  Mary Hull
PO Box 3366
City of Industry, California 91744

GRIFFITH LABORATORIES
Attn:  Cathy White
Dept. 70192
Chicago, Illinois  60673

SORENSON TRANSPORT
Attn:  Traci Nielson
PO Box 311
Chehalis, Washington 98532

SOUTHERN CALIFORNIA EDISON
Attn:  Hector Ortiz
PO Box 600
Rosemead, California 91771

ORDER GRANTING DEBTORS' MOTION FOR ORDER AUTHORIZING USE OF CASH
COLLATERAL

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

8313.001  697091.1

1

TIMBERLAKE FOODS, INC.
Attn:  Lee A, Durrett
PO Box 3101
Tupelo, Mississippi 38803

2

3

ATTORNEYS FOR U.S. GROWERS COLD STORAGE
John Horvath, Esq.
Horvath & Weaver, P.C.
10 S. La Salle, Suite 1400
Chicago, Illinois  60603

4

5

6

LITIGATION COUNSEL FOR LAWRENCE WHOLESALE LLC
Krystal M. Hauserman
Mark L. Block
Glaser, Weil, Fink, Jacobs, Howard & Shapiro, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067

7

8

9

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, Pennsylvania 19087

10

11

Crown Credit Company
403 Washington Street
New Bremen, Ohio 45869

12

13

Raymond Leasing Corp
Corporate Headquarters
P.O. Box 130
Greene, New York 13778

14

15

16

Citicorp Del Lease, Inc.
450 Mamaroneck Avenue
Harrison, New York 10528

17

18

Bank of New York
2850 W. Golf Road
Rolling Meadows, Illinois 60008

19

20

21

22

23

24

25

26

27

28

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
L A W Y E R S

-12-

ORDER GRANTING DEBTORS' MOTION FOR ORDER AUTHORIZING USE OF CASH
COLLATERAL

8313.001  697091.1