PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL STURTEVANT SBN 089395
ASSISTANT UNITED STATES TRUSTEE
RUSSELL CLEMENTSON, SBN 143284
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017
Telephone: (213) 894-4505; Facsimile: (213) 894-2603
russell.clementson@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>P & C POULTRY DISTRIBUTORS, INC.,<br><br>  Debtor.<br>_____<br>In re:<br><br>CUSTOM PROCESSORS, INC.,<br><br>  Debtor. | Chapter 11<br><br>Case No. 2:10-bk-46350-PC<br><br>Jointly Administered with Case No.:<br>2:10-bk-46362-BB<br><br>NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS<br><br>(No Hearing Required) |

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following four (4) Creditors to serve on the Committee of Creditors holding unsecured claims:

SEE EXHIBIT A ATTACHED

Dated: 11/23/10

PETER C. ANDERSON
United States Trustee

By _____
Jill Sturtevant
Assistant United States Trustee

1
2                                          EXHIBIT A

In re: P & C Poultry Distributors, Inc; 2:10-bk-46350-PC (Jointly Administered with Case No.:
3   2:10-bk-46362-BB)

4   Lawrence Wholesale, LLC.
    Attn: Allen Gilbert
5   10250 Constellation Blvd., 19th Floor
    Los Angeles, CA 90067
6   Telephone: (310) 282-6220
    E-mail: agilbert@metrotheatres.com
7
    Consolidated Packaging
8   Attn: Steve Haight, Sr., CEO
    9821 Pittsburgh Avenue
9   Rancho Cucamonga, CA 91730
    Telephone: (909) 484-3288
10  E-mail: SteveSr@consolidatedpkg.com

11  Precision Refrigeration & Air Conditioning
    Attn: Igor Cherdak, President
12  9726 Klingerman Street
    South El Monte, CA 91733
13  Telephone: (626) 443-8882
    Facsimile: (626) 443-8899
14  E-mail: Igorc@pracinc.com

15  Unifirst
    Attn: Jeff Martin, Central Manager
16  700 S. Etiwanda Ave., Suite C
    Ontario, CA 91761-8608
17  Telephone: (909) 390-8670
    E-mail: jeffmartin@unifirst.com
18

19  ///

20  ///

21  ///

22
23
24
25
26
27
                                              2
28

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

A true and correct copy of the foregoing document described as: **NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 24, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **November 24, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 24, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge **will be** completed no later than 24 hours after the document is filed. **Upon filing I will be giving a filed document to a Court delivery service consistent with our normal business practice, with instruction to deliver the copy to the chamber bin Outside Suite1539 for the Honorable Peter Carroll.**

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 24, 2010 | Stephanie Hill | _/s/ Stephanie Hill_ |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                **F.9013-3.1.PROOF.OF.SERVICE**

**ADDITIONAL SERVICE INFORMATION**

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Russell Clementson    russell.clementson@usdoj.gov
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Duane Kumagai    dkumagai@rutterhobbs.com, calendar@rutterhobbs.com
- C John M Melissinos    jmelissinos@rutterhobbs.com, jreinglass@rutterhobbs.com
- David L. Neale    dln@lnbrb.com
- J Alexandra Rhim    arhim@buchalter.com, smartin@buchalter.com
- James R Selth    jim@wsrlaw.net, charles@wsrlaw.net
- Claire Shin    cshin@rutterhobbs.com, jreinglass@rutterhobbs.com
- Claire Shin    cshin@seyfarth.com, jreinglass@rutterhobbs.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

**DEBTOR:**
**P&C Poultry Distributors, Inc.**
1100 John Reed Court
City of Industry, CA 91745

**DEBTOR'S COUNSEL:**
**Brian L Davidoff**
1901 Avenue Of The Stars Ste 1700
Century City, CA 90067

**CREDITOR'S COMMITTEE:**
Lawrence Wholesale, LLC.
Attn: Allen Gilbert
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067

Consolidated Packaging
Attn: Steve Haight, Sr., CEO
9821 Pittsburgh Avenue
Rancho Cucamonga, CA 91730

Precision Refrigeration & Air Conditioning
Attn: Igor Cherdak, President
9726 Klingerman Street
South El Monte, CA 91733

Unifirst
Attn: Jeff Martin, Central Manager
700 S. Etiwanda Ave., Suite C
Ontario, CA 91761-8608

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                          **F.9013-3.1.PROOF.OF.SERVICE**