Scott E. Blakeley (State Bar No. 141418)
E-Mail: seb@blakeleyllp.com
Ronald A. Clifford (State Bar No. 246542)
E-Mail: rclifford@blakeleyllp.com
BLAKELEY & BLAKELEY LLP
2 Park Plaza, Suite 400
Irvine, CA 92614
Telephone: (949) 260-0611
Facsimile: (949) 260-0613

Proposed Counsel for the
Official Committee of Unsecured Creditors
of P&C Poultry Distributors, Inc. and
Custom Processors, Inc.

**FILED & ENTERED**

**FEB 17 2011**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia   DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: <br><br> P&C POULTRY DISTRIBUTORS, INC., <br><br>  Debtor and Debtor-in-Possession. | Case No.: 2:10-bk-46350 PC <br><br> Chapter 11 <br><br> Jointly Administered With <br> Case No.: 2:10-bk-46362 PC <br><br> **ORDER GRANTING THE APPLICATION FOR AUTHORIZATION TO EMPLOY BLAKELEY & BLAKELEY LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** <br><br> [No Hearing Required] |
| In re: <br><br> CUSTOM PROCESSORS, INC., <br><br>  Debtor and Debtor-in-Possession. | |

---

**ORDER GRANTING APPLICATION FOR AUTHORIZATION TO EMPLOY BLAKELEY & BLAKELEY
LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

1

THIS MATTER having come before the Court pursuant to the Official Committee of Unsecured Creditors' (the "Committee") "Application for Authorization to Employ Blakeley & Blakeley LLP as Counsel to Official Committee of Unsecured Creditors" (the "Application"); the Court finding that the parties-in-interest have no objection to the entry of this Order; the Court finding that further notice and an opportunity for hearing are not required for entry of this Order; the Court finding that the attorneys of Blakeley & Blakeley LLP ("B&B") are disinterested persons and do not represent or hold interests adverse to the interests of P&C Poultry Distributors, Inc., or Custom Processors, Inc. (collectively, the "Debtors"), or their respective estates; the Court finding that the attorneys of B&B are qualified to represent the Committee before this Court; and other good cause having been shown; now, therefore, it is hereby

**ORDERED** that:

(1) The Application is granted in its entirety, and the Committee's employment of B&B as counsel to the Committee to represent the Committee and its interests in any and all legal matters that may arise during the administration of this bankruptcy case, at B&B's hourly rates in accordance with the Application and the supporting Declaration of Ronald A. Clifford, is authorized and approved under 11 U.S.C. § 327(a), effective January 21, 2011;

(2) The compensation and reimbursement of expenses of B&B shall be paid as an administrative expense pursuant to the provisions of 11 U.S.C. § 330;

(3) B&B is authorized to be paid, on a monthly basis, in accordance with the procedures set forth below:

    a. By the twentieth day of each calendar month, B&B shall, in accordance with the U.S. Trustee Guidelines, file with this Court a monthly fee statement with respect to its fees for professional services rendered and expenses incurred on behalf of the Committee in the prior month(s). B&B shall also serve copies of its monthly fee statement upon the counsel to the Debtors, the U.S. Trustee, counsel for East West Bank, and all parties requesting special notice.

    b. All of the parties served with the fee statements shall have fifteen (15) calendar days from the date of service of each fee statement to object to the fee statement. Should no objection be made within fifteen (15) days of the service of the fee statement, to the extent of available funds, the

---
**ORDER GRANTING APPLICATION FOR AUTHORIZATION TO EMPLOY BLAKELEY & BLAKELEY LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
2

Debtors are authorized and ordered to pay 80% of B&B's fees incurred and 100% of B&B's expenses incurred as set forth in the monthly fee statement.

(4)     Thereafter, and no later than March 31, 2011, and quarterly thereafter, B&B shall file interim fee applications. The failure to object to payment on account of B&B's monthly fee statements shall not waive any party-in-interest's right to object to any of B&B's interim fee applications, or B&B's final fee application.

###

**ORDER GRANTING APPLICATION FOR AUTHORIZATION TO EMPLOY BLAKELEY & BLAKELEY LLP AS COUNSEL TO THE OFFICIAL COMMITTEE**

3

DATED: February 17, 2011

United States Bankruptcy Judge

| | |
|---|---|
| In re: P&C Poultry Distributors, Inc.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:10-bk-46350-PC<br><br>JOINTLY ADMINISTERED WITH CASE NUMBER 2:10-bk-45362-PC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**2 Park Plaza, Suite 400, Irvine, California 92614**

A true and correct copy of the foregoing document described **ORDER GRANTING THE APPLICATION FOR AUTHORIZATION TO EMPLOY BLAKELEY & BLAKELEY LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 15, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **February 15, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

xx Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 15, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 15, 2011 | Lauren Thomas | /s/ Lauren Thomas |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          **F 9013-3.1**

**SERVICE LIST**

**VIA OVERNIGHT MAIL**

Hon. Peter Carroll
United States Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012-3332

**VIA U.S. MAIL**

**Office of the United States Trustee**
Russell Clementson, Esq.
725 S. Figueroa St., 26th Floor
Los Angeles, CA 90017

**Debtors**
Michael Bennish, CEO
P&C Poultry Distributors, Inc.
Custom Processors, Inc.
1100A John Reed Court
City of Industry, CA 91745

**Counsel for the Debtor**
Brian L. Davidoff, Esq.
C. John M. Melissinos, Esq.
David Y. Joe, Esq.
Claire E. Shin, Esq.
Rutter Hobbs & Davidoff, Inc.
1901 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067

**Counsel for East West Bank**
Scott O. Smith, Esq.
J. Alexandra Rhim, Esq.
Buchalter Nemer
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457

**Counsel for Lawrence Wholesale**
David Neale, Esq.
Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067

**Counsel for Timber Lake Foods, Inc.**
Rosamond Hawkins Posey
Mitchell, McNutt & Sams P.A.
P.O. Box 947
Oxford, Mississippi 38655

**Request for Courtesy Notice**
James R. Selth
Weintraub & Selth, APC
11766 Wilshire Blvd., Suite 1170
Los Angeles, CA 90025


**Creditors**

Ford Motor Credit Company, LLC
P.O. Box 6275
Dearborn, MI 48121

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087

Crown Credit Company
403 Washington Street
New Bremen, OH 45869

Raymond Leasing Corp.
Corporate Headquarters
P.O. Box 130
Greene, NY 13778

Citicorp Del Lease, Inc.
450 Mamaroneck Avenue
Harrison, NY 10528

Bank of New York
2850 W. Golf Road
Rolling Meadows, IL 60008

Fan Family Trust Dated 1988
Chi-Ming Fan, Trustee of the Fan Family Trust
11002 John Reed Court
City of Industry, CA 91745

Lawrence Wholesale, LLC
Attn: Mark Liszt
P.O. Box 58307
Vernon, CA 90058

| In re: | | CHAPTER 11 |
|---|---|---|
| P&C Poultry Distributors, Inc. | Debtor(s). | CASE NUMBER 2:10-bk-46350-PC |
| | | JOINTLY ADMINISTERED WITH CASE NUMBER 2:10-bk-45362-PC |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER GRANTING THE APPLICATION FOR AUTHORIZATION TO EMPLOY BLAKELEY & BLAKELEY LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of February 17, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Deleted:** February 16, 2011

Bernard J Kornberg: bjk@severson.com; James R Selth: jim@wsrlaw.net; Craig A Loren: aloren@debtacquisitiongroup.com; Brian L Davidoff: bdavidoff@rutterhobbs.com; David Joe: djoe@rutterhobbs.com; C John M Melissinos: jmelissinos@rutterhobbs.com; Claire Shin: cshin@seyfarth.com; J Alexandra Rhim: arhim@buchalter.com; David L. Neale: dln@lnbrb.com; Sara Chenetz: chenetz@blankrome.com; Rosamond H. Posey: rposey@mitchellmcnutt.com; Russell Clementson: russell.clementson@usdoj.gov, ustpregion16.la.ecf@usdoj.gov ; Ronald A. Clifford: rclifford@blakeleyllp.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9021-1.1**