ORIGINAL

1  Scott E. Blakeley (State Bar No. 141418)
   E-Mail: seb@blakeleyllp.com
2  Ronald A. Clifford (State Bar No. 246542)
3  E-Mail: rclifford@blakeleyllp.com
   BLAKELEY & BLAKELEY LLP
4  2 Park Plaza, Suite 400
5  Irvine, CA 92614
   Telephone: (949) 260-0611
6  Facsimile: (949) 260-0613

7  Counsel for the
8  Official Committee of Unsecured Creditors
   of P&C Poultry Distributors, Inc. and
9  Custom Processors, Inc.

```
┌─────────────────────────────────┐
│           FILED                 │
│        APR 01 2011              │
│  CLERK U.S. BANKRUPTCY COURT    │
│  CENTRAL DISTRICT OF CALIFORNIA │
│                   Deputy Clerk  │
└─────────────────────────────────┘
```

10

11          UNITED STATES BANKRUPTCY COURT

12          CENTRAL DISTRICT OF CALIFORNIA

13               LOS ANGELES DIVISION

14  In re:                          Case No.: 2:10-bk-46350 PC

15  P&C POULTRY DISTRIBUTORS, INC., Chapter 11

16     Debtor and Debtor-in-Possession.   Jointly Administered With
17                                         Case No.: 2:10-bk-46362 PC

18                                  **OPPOSITION OF THE OFFICIAL**
19                                  **COMMITTEE OF UNSECURED**
                                    **CREDITORS TO DEBTORS' MOTION**
20                                  **FOR ORDER APPROVING THE**
   In re:                          **STALKING HORSE BIDDER**
21                                  **PROTECTIONS SET FORTH IN THE**
22  CUSTOM PROCESSORS, INC.,        **LETTER OF INTENT WITH**
                                    **BALMORAL ADVISORS, LLC**
23     Debtor and Debtor-in-Possession.

24                                  Hearing Date and Time
                                    Date:  April 6, 2011
25                                  Time:  9:30 a.m.
26                                  Crtrm: Courtroom 1539
                                           Edward R. Roybal Fed. Bldg.
27                                         255 East Temple Street
                                           Los Angeles, CA 90012
28