Brian L. Davidoff (State Bar No. 102654)
Email: bdavidoff@rutterhobbs.com
C. John M. Melissinos (State Bar No. 149224)
Email: jmelissinos@rutterhobbs.com
Claire E. Shin (State Bar No. 249492)
Email: cshin@rutterhobbs.com
RUTTER HOBBS & DAVIDOFF
  INCORPORATED
1901 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 286-1700
Facsimile:  (310) 286-1728

General Reorganization Attorneys for
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

P&C POULTRY DISTRIBUTORS, INC.,

    Debtor and Debtor-in-Possession.

In re:

CUSTOM PROCESSORS, INC.,

    Debtor and Debtor-in-Possession.

) Case No. 2:10-bk-46350-PC
)
) Joint Administered with
) Case No. 2:10-bk-45362-PC
)
) Chapter 11
)
) **DEBTORS' NOTICE OF INTENT TO**
) **WITHDRAW DEBTORS' MOTION FOR**
) **ORDER APPROVING THE STALKING**
) **HORSE BIDDER PROTECTIONS SET FORTH**
) **IN THE LETTER OF INTENT WITH**
) **BALMORAL ADVISORS, LLC [DOCKET NO.**
) **236]**
)
) Hearing:
)
) Date: April 20, 2011
) Time: 9:30 a.m.
) Ctrm: Courtroom 1539
)        Edward R. Roybal Fed. Bldg.
)        255 East Temple Street
)        Los Angeles, CA 90012

//

---

NOTICE OF INTENT TO WITHDRAW MOTION FOR ORDER APPROVING LETTER OF INTENT
8313.001   898461.1

1 **TO THE HONORABLE PETER CARROLL, UNITED STATES BANKRUPTCY JUDGE,**
2 **THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED**
3 **CREDITORS, ALL PARTIES-IN-INTEREST HEREIN, AND THEIR RESPECTIVE COUNSEL:**

4     PLEASE TAKE NOTICE that at the hearing scheduled at 9:30 a.m. on April 20, 2011
5 on the Debtors' Motion for Order Approving the Stalking Horse Bidder Protections Set Forth
6 in the Letter of Intent With Balmoral Advisors, LLC (the "Motion"), and in accordance with
7 their discussions with East West Bank and the Official Committee of Unsecured Creditors,
8 Debtors and Debtors-in-Possession P&C Poultry Distributors, Inc. and Custom Processors, Inc.
9 intend to withdraw the Motion.

10
11                       Respectfully submitted,

12 DATED: April 19, 2011           RUTTER HOBBS & DAVIDOFF
                                          INCORPORATED
13
14                       By  */s/ C. John M. Melissinos*
15                         BRIAN L. DAVIDOFF
                                          C. JOHN M. MELISSINOS
16                         CLAIRE E. SHIN
                      General Reorganization Attorneys for
17                   Debtors and Debtors-in-Possession

18
19
20
21
22
23
24
25
26
27
28

NOTICE OF INTENT TO WITHDRAW MOTION FOR ORDER APPROVING LETTER OF INTENT
8313.001   898461.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  1901 Avenue of the Stars, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document described as**:  DEBTORS' NOTICE OF INTENT TO WITHDRAW DEBTORS' MOTION FOR ORDER APPROVING THE STALKING HORSE BIDDER PROTECTIONS SET FORTH IN THE LETTER OF INTENT WITH BALMORAL ADVISORS, LLC [DOCKET NO. 236]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 19, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

J. Alexandra Rhim:  arhim@buchalter.com
Scott O. Smith:  ssmith@buchalter.com
David Neale:  dln@lnbyb.com
Russell Clementson:  Russell.clementson@usdoj.gov; ustpregion16.la.ecf@usdoj.gov
Jeremy Rosenthal: jrosenthal@sidley.com
Gary Cohen:  gcohen@sidley.com
Joel Samuels:  jsamuels@sidley.com
James Selth:   jim@wsrlaw.net, charles@wsrlaw.net
Sara Chenetz:  chenetz@blankrome.com; chang@blankrome.com
Bernard Kornberg:  bjk@severson.com
Craig A. Loren: aloren@debtacquisitiongroup.com;bschwab@debtacquisitiongroup.com; jsarachek@debtacquisition.com
Ronald Clifford:  rclifford@blakeleyllp.com
D Andrew Phillips:  aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com
Rosamond H Posey: rposey@mitchellmcnutt.com
Jeffrey S Goodfried:  jgoodfried@perkinscoie.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On April 19, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed*.*

VIA U.S. MAIL
Michael Bennish, CEO
P&C Poultry Distributors, Inc.
1100 John Reed Court
City of Industry, CA  91745

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 5, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY (on 4/20/11)**
Honorable Peter Carroll
United States Bankruptcy Court
255 East Temple Street, Suite 1534 (drop box outside courtroom)
Los Angeles, California 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 19, 2011 | Nikki Shlosser | /s/ Nikki Shlosser |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

RUTTER HOBBS & DAVIDOFF
INCORPORATED LAWYERS

-4-

NOTICE OF INTENT TO WITHDRAW MOTION FOR ORDER APPROVING LETTER OF INTENT
8313.001   898461.1