BRIAN L. DAVIDOFF (State Bar No. 102654)
Email:   bdavidoff@rutterhobbs.com
C. JOHN M. MELISSINOS (State Bar No. 149224)
Email:   jmelissinos@rutterhobbs.com
CLAIRE E. SHIN (State Bar No. 249492)
Email:   cshin@rutterhobbs.com
RUTTER HOBBS & DAVIDOFF
  INCORPORATED
1901 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 286-1700
Facsimile:  (310) 286-1728

General Reorganization Attorneys for
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>P&C POULTRY DISTRIBUTORS, INC.,<br><br>    Debtor and Debtor-in-Possession. | Case No.:  2:10-bk-46350-PC<br><br>Jointly Administered with<br>Case No.:  2:10-bk-46362-PC<br><br>Chapter 11<br><br>**STIPULATION TO CONTINUE (1) HEARING ON DEBTORS' JOINT DISCLOSURE STATEMENT DESCRIBING JOINT CHAPTER 11 PLAN OF REORGANIZATION OF P&C POULTRY DISTRIBUTORS, INC., AND CUSTOM PROCESSORS, INC.; AND (2) STATUS CONFERENCE** |
| In re:<br><br>CUSTOM PROCESSORS, INC.,<br><br>    Debtor and Debtor-in-Possession. | Hearing<br><br>Current:<br>Date: August 24, 2011<br>Time: 9:30 a.m.<br>Ctrm: 1539<br>    Edward R. Roybal Fed. Building<br>    255 E. Temple Street<br>    Los Angeles, CA 90012<br><br>Proposed:<br>Date: September 14, 2011<br>Time: 9:30 a.m.<br>Ctrm: 1539 |

-1-

STIPULATION TO CONTINUE HEARING ON DISCLOSURE STATEMENT AND STATUS CONFERENCE
8313.001   949120.2

This stipulation (the "Stipulation") is entered into by and among Debtors and Debtors-in-Possession P&C Poultry Distributors, Inc. ("P&C") and Custom Processors, Inc. ("Custom", collectively with P&C, the "Debtors"), East West Bank (the "Bank"), the Official Committee of Creditors Holding Unsecured Claims (the "Committee"), the Office of the United States Trustee (the "U.S. Trustee"), and County Sanitation District No. 21 of Los Angeles County (the "District"), through their counsel of record. The Debtors, the Bank, the Committee, the U.S. Trustee and the District are sometimes referred to herein as the "Parties." This Stipulation is made with reference to the following facts.

A. The Debtors commenced their Chapter 11 cases on August 27, 2010 (the "Petition Date") by filing voluntary petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors are continuing in the operation and management of their business pursuant to sections 1107 and 1108 of the Bankruptcy Code.

B. On June 20, 2011, the Debtors filed their *Joint Disclosure Statement Describing Joint Chapter 11 Plan of Reorganization of P&C Poultry Distributors, Inc., and Custom Processors, Inc.* (the "Disclosure Statement"). On the same date, the Debtors also filed their *Joint Chapter 11 Plan of Reorganization of P&C Poultry Distributors, Inc., and Custom Processors, Inc.* (the "Plan").

C. Currently, a hearing on approval of the Disclosure Statement is scheduled for August 24, 2011, at 9:30 a.m. (the "Disclosure Statement Hearing").

D. Numerous objections to the Disclosure Statement have been filed with the Court. On August 11, 2011, the Committee filed an objection to the Disclosure Statement [Docket No. 311]. On August 12, 2011, the District filed an objection to the Disclosure Statement [Docket No. 315]. On August 15, 2011, the U.S. Trustee filed an objection to the Disclosure Statement [Docket No. 319]. The Bank's deadline to respond has been extended to August 19, 2011.

E. The Parties are currently discussing the issues raised relating to the Disclosure Statement and Plan. To allow their discussions to continue, the Parties believe that the Disclosure Statement Hearing should be continued to a later date and time.

F.   Accordingly, the Debtors propose to request that the Court continue the Disclosure Statement Hearing to September 14, 2011 at 9:30 a.m., the date and time of the continued hearing on the Debtors' pending motion for further use of cash collateral, or such other date as is convenient to the Court.

G.   The Parties also have agreed to request that the Status Conference currently set for August 24, 2011 at 9:30 a.m. (the "Status Conference") also be continued to the same date and time of the continued Disclosure Statement Hearing.

**THEREFORE**, the Parties hereby stipulate and agree as follows:

1.   The Disclosure Statement Hearing is continued to September 14, 2011 at 9:30 a.m. or such other date and time as is convenient to the Court.

2.   The deadline to file and serve a response to the Disclosure Statement shall be extended to August 31, 2011. The deadline for the Debtors to file and serve a reply shall be extended to September 7, 2011.

3.   The Status Conference is continued to September 14, 2011 at 9:30 a.m. or such other date and time as is convenient to the Court. To the extent not covered in any reply filed by the Debtors to the objections to the Disclosure Statement, the Debtors shall file a Status Conference Report seven (7) days prior to the continued Status Conference.

4.   This Stipulation may be executed in one or more separate counterparts and signatures by facsimile will be deemed as originals.

DATED:   August 18, 2011            RUTTER HOBBS & DAVIDOFF
                                    INCORPORATED


                                    By */s/ Claire E. Shin*
                                       BRIAN L. DAVIDOFF
                                       C. JOHN M. MELISSINOS
                                       CLAIRE E. SHIN
                                       General Reorganization Attorneys for
                                       Debtors and Debtors-in-Possession

1

2   DATED:   August 18, 2011          BUCHALTER NEMER
                                          A Professional Corporation
3

4

5                                     By */s/ J. Alexandra Rhim*
                                          J. ALEXANDRA RHIM
6                                         Attorneys for Secured Creditor
                                          East West Bank
7

8   DATED:   August 18, 2011          BLAKELEY & BLAKELEY LLP

9

10                                    By */s/ Ronald A. Clifford*
                                          SCOTT E. BLAKELEY
11                                        RONALD A. CLIFFORD
                                          Counsel for the Official Committee of
12                                        Unsecured Creditors of P&C Poultry
                                          Distributors, Inc. and Custom Processors, Inc.
13

14

15

16  DATED:   August ____, 2011         OFFICE OF THE UNITED STATES TRUSTEE

17

18                                    By _____
                                          KENNETH G. LAU
19
                                          Trial Counsel for the Office of the United
20                                        States Trustee

21

22

23  DATED:   August ____, 2011         LEWIS BRISBOIS BISGAARD & SMITH LLP

24

25
                                      By _____
26                                        JOHANNA A. SANCHEZ
                                          Attorneys for creditor County Sanitation
27                                        District No. 21 of Los Angeles County

28

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

-4-

STIPULATION TO CONTINUE HEARING ON DISCLOSURE STATEMENT AND STATUS CONFERENCE
8313.001  949120.2

```
                                     By  _____
                                         J. ALEXANDRA RHIM
                                         Attorneys for Secured Creditor
                                         East West Bank


DATED: August ___, 2011              BLAKELEY & BLAKELEY LLP



                                     By  _____
                                         SCOTT E. BLAKELEY
                                         RONALD A. CLIFFORD
                                         Counsel for the Official Committee of
                                         Unsecured Creditors of P&C Poultry
                                         Distributors, Inc. and Custom Processors, Inc.


DATED: August 18, 2011               OFFICE OF THE UNITED STATES TRUSTEE


                                     By  _____
                                         KENNETH G. LAU
                                         Trial Counsel for the Office of the United States Trustee



DATED: August 18, 2011               LEWIS BRISBOIS BISGAARD & SMITH LLP



                                     By  [signature] Collins for
                                         JOHANNA A. SANCHEZ
                                         Attorneys for creditor County Sanitation
                                         District No. 21 of Los Angeles County
```

RUTTER
HOBBS
DAVIDOFF
INCORPORATED
LAWYERS

-4-

STIPULATION TO CONTINUE HEARING ON DISCLOSURE STATEMENT AND STATUS CONFERENCE
8313.001 949120.2

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1901 Avenue of the Stars, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document described as: **STIPULATION TO CONTINUE (1) HEARING ON DEBTORS' JOINT DISCLOSURE STATEMENT DESCRIBING JOINT CHAPTER 11 PLAN OF REORGANIZATION OF P&C POULTRY DISTRIBUTORS, INC., AND CUSTOM PROCESSORS, INC.; AND (2) STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 18, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **August 18, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT DELIVERY**
Honorable Peter Carroll
United States Bankruptcy Court
255 East Temple Street
Suite 1534
Los Angeles, California 90012

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on         , 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 18, 2011 | Jan Reinglass | /s/ Jan Reinglass |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>**

Sara Chenetz on behalf of Creditor Timberlake Foods
chenetz@blankrome.com, chang@blankrome.com

Ronald Clifford on behalf of Attorney Blakeley & Blakeley LLP
rclifford@blakeleyllp.com

Jeffrey S Goodfried on behalf of Creditor Debt Acquisition Group, LLC
jgoodfried@perkinscoie.com

Bernard J Kornberg on behalf of Creditor Ally Financial, Inc., fka GMAC, Inc.
bjk@severson.com

Kenneth G Lau on behalf of U.S. Trustee United States Trustee (LA)
kenneth.g.lau@usdoj.gov

Craig A Loren on behalf of Creditor Debt Acquisition Group, LLC
aloren@debtacquisitiongroup.com,
bschwab@debtacquisitiongroup.com;jsarachek@debtacquisitiongroup.com

Laura E Lynch on behalf of Creditor Co-West Commodities
llynch@mohlaw.net

David L. Neale on behalf of Creditor Lawrence Wholesale, LLC
dln@lnbrb.com

D Andrew Phillips on behalf of Creditor Timberlake Foods
aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com

Rosamond H Posey on behalf of Creditor Timberlake Foods
rposey@mitchellmcnutt.com

J Alexandra Rhim on behalf of Creditor East West Bank
arhim@buchalter.com, smartin@buchalter.com
Johanna A. Sanchez on behalf of County Sanitation District 21 of Los Angeles:  jasanchez@lbbslaw.com

James R Selth on behalf of Interested Party Courtesy NEF
jim@wsrlaw.net, charles@wsrlaw.net

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

-6-

STIPULATION TO CONTINUE HEARING ON DISCLOSURE STATEMENT AND STATUS CONFERENCE
8313.001   949120.2

1  **II. SERVED BY U.S. MAIL**

2  DEBTORS
Michael Bennish, Chief Executive Officer
3  P&C Poultry Distributors, Inc.
Custom Processors, Inc.
4  1100 John Reed Court
City of Industry, California 91745

5
Daniel J. Weintraub
6  Weintraub & Selth, APC
11766 Wilshire Blvd.
7  Suite 1170
Los Angeles, CA 90025

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

-7-

STIPULATION TO CONTINUE HEARING ON DISCLOSURE STATEMENT AND STATUS CONFERENCE
8313.001   949120.2