1  Brian L. Davidoff (State Bar No. 102654)
   Email:    bdavidoff@rutterhobbs.com
2  C. John M. Melissinos (State Bar No. 149224)
   Email:    jmelissinos@rutterhobbs.com
3  Claire E. Shin (State Bar No. 249492)
   Email:    cshin@rutterhobbs.com
4  RUTTER HOBBS & DAVIDOFF
     INCORPORATED
5  1901 Avenue of the Stars, Suite 1700
   Los Angeles, California 90067
6  Telephone:  (310) 286-1700
   Facsimile:  (310) 286-1728
7
   General Reorganization Attorneys for
8  Debtors and Debtors-in-Possession

9

10              **UNITED STATES BANKRUPTCY COURT**

11               **CENTRAL DISTRICT OF CALIFORNIA**

12                    **LOS ANGELES DIVISION**

13

14  In re                              Case No. 2:10-bk-46350-PC

15  P&C POULTRY DISTRIBUTORS, INC.,    Jointly Administered with
                                       Case No.:  2:10-bk-46362-PC
16         Debtor and Debtor-in-Possession.
                                       Chapter:  11
17
                                       **INTERIM ORDER AUTHORIZING**
18                                     **CONTINUED USE OF CASH**
                                       **COLLATERAL THROUGH SEPTEMBER**
19                                     **14, 2011 AND SCHEDULING FURTHER**
                                       **HEARING**
20
    In re:                             Continued hearing:
21
    CUSTOM PROCESSORS, INC.,           Date:     August 10, 2011
22                                     Time:     9:30 a.m.
           Debtor and Debtor-in-Possession.  Ctrm:  1539
23                                              Edward Roybal Building
                                                255 E. Temple Street
24                                              Los Angeles, CA 90012

25

26

27

28

FILED & ENTERED

AUG 25 2011

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY egarcia    DEPUTY CLERK**

8313.001  945835.2

1    The motion ("Motion") by Debtors and Debtors-in-Possession P&C Poultry Distributors,

2    Inc. ("P&C") and Custom Processors, Inc. ("Custom," collectively with P&C, the "Debtors") for

3    order authorizing further use of cash collateral came on for a continued hearing at the above

4    captioned time and place.  C. John M. Melissinos of Rutter Hobbs & Davidoff Incorporated

5    appeared on behalf of the Debtors, J. Alexandra Rhim of Buchalter Nemer, A Professional

6    Corporation, appeared for the Bank, and Ronald Clifford of Blakeley & Blakeley LLP appeared

7    on behalf of the Official Committee of Unsecured Creditors of the Debtors.  All other

8    appearances were as noted on the record.

9    The Court having considered the Motion and arguments presented by counsel at the

10    hearing; and it appearing that approval of the relief requested in the Motion is fair and reasonable

11    and in the best interests of the Debtors, their creditors, their estates and their equity holders, and

12    for good and sufficient cause appearing therefor:

13    **IT IS HEREBY ORDERED THAT:**

14    1.    Motion Granted in Part.  The Motion is granted in part in accordance with the

15    terms and conditions set forth in this order (the "August 2011 Order").

16    (A)    The Debtors shall be authorized to use Cash Collateral[1] until 5:00 p.m.,

17    prevailing Pacific Time on September 14, 2011, in accordance with the budget attached hereto as

18    Exhibit "1" (the "Sixth Budget").

19    (B)    The Debtors shall be authorized to vary from any expense line item in the

20    Sixth Budget by no more than twenty percent (20%).

21    2.    Sixth Budget.  From and after August 10, 2011 through September 14, 2011, the

22    Debtors shall use the Cash Collateral only for the purposes specifically set forth in this August

23    2011 Order and in accordance with the terms and conditions of this August 2011 Order.

24    3.    Replacement Liens.  The Bank shall have, subject to the terms and conditions set

25    forth below, pursuant to sections 361 and 363(e) of the Bankruptcy Code replacement security

26    interests and liens in the same type of property on which the Bank enjoyed security interests and

27    liens in immediately prior to the Petition Date (the "Replacement Liens").  The Replacement

BN 9376313v3                                2

28    [1]  Capitalized terms not otherwise defined herein shall have the meaning ascribed in the Motion.

**INTERIM ORDER RE DEBTORS' USE OF CASH COLLATERAL**

8313.001  945835.2

Liens shall have the same validity and priority as the security interests and liens that the Bank

enjoyed immediately prior to the Petition Date.  The Replacement Liens shall be recognized only

to the extent of the post-petition diminution in value of the Bank's pre-petition collateral resulting

from the Debtors' use of the Cash Collateral during these Chapter 11 cases.  The foregoing

notwithstanding, the Replacement Liens shall not attach to claims, rights and causes of action

arising under Title 5 of the Bankruptcy Code.

    4.    <u>Performance Covenants</u>.  The Debtors shall achieve each of the following

requirements (collectively, the "Covenants"):

    (A)    Net sales in an amount no less than $2,250,000 generated during

the calendar month of August 2011 ("Net Sales"), which sales: (i) shall be calculated in

accordance with the Debtors' practices utilized during these bankruptcy cases with reference to

the Sixth Budget; and (ii) shall be measured on September 1, 2011 by reference to the reporting

the Debtors are required to provide to the Bank;

    (B)    Operating profit for the calendar month of August 2011, in an amount no

less than $250,000 ("Operating Profit").  Operating Profit shall be calculated as follows: (i) in

accordance with the Debtors' practices utilized during these bankruptcy cases with reference to

the Sixth Budget; (ii) by utilizing P&C's Profit and Loss Statement in the US Trustee's Monthly

Operating Reports to be filed no later than September 12, 2011 (the "P&L Statement") and shall

equal the "Net Income/(Loss)" as reflected in the P&L Statement; (iii) for purposes of calculating

"Payroll – Insiders" in the P&L Statement, the deduction for such category shall be in the full

amount of Court-approved amounts in the Debtors' cases for all insider compensation less any

permanent reductions (not mere deferred salary) regardless of Court approvals for such

reductions; (iv) for purposes of calculating "Legal and Professional" and "US Trustee Fees," the

deduction for such categories shall equal P&C's average expenditure for each category during the

last six months in the amounts of $13,279.89 and $6,500.00, respectively; and (v) Operating

Profit shall be measured on September 12, 2011 with reference to the "Net Income/(Loss)"

reflected in the P&L Statement; <u>and</u>

3

//    **INTERIM ORDER RE DEBTORS' USE OF CASH COLLATERAL**

8313.001  945835.2

(C)    Gross profit ("Gross Profit") for the calendar month of August 2011 of no less than 25% of "Gross Sales/Revenue."  Gross Profit shall be calculated as follows: (i) by applying the Debtors' practices utilized during these bankruptcy cases with reference to the Sixth Budget; and (ii) shall be measured on September 12, 2011 with reference to the "Gross Profit" reflected in the P&L Statement.

5.    <u>Relief from the Automatic Stay</u>.  Upon the Debtors' failure to achieve the Covenants in accordance with section 4 above (the "Default"), the automatic stay arising under section 362 of the Bankruptcy Code is terminated to permit the Bank (and any of its successors or assigns) to exercise any of its rights and remedies under the loan documents and applicable law; <u>provided</u>, <u>further</u>, such termination of the automatic stay shall become effective <u>immediately</u> on the second business day following the date of: (i) the Bank's delivery by email to the Debtors' counsel and counsel for the Official Committee of Unsecured Creditors (no later than 5 p.m. PST on such day); and (ii) filing with the Bankruptcy Court (no later than 5 p.m. PST on such day), of a written notice specifying in detail the Default, without the need for a further application, motion, hearing, order of the Court, or any other action.

6.    <u>Reporting</u>.  The Debtors shall provide to the Bank the reports listed on the document attached hereto as Exhibit "2".

7.    <u>Modification of This August 2011 Order</u>.  Notwithstanding the terms of this August 2011 Order, this Court is not precluded from entering further orders regarding the use of Cash Collateral.  This August 2011 Order shall remain in full force and effect except as specifically amended or modified by Court order.  This August 2011 Order shall be without prejudice to the right of the Bank to request upon a showing of good cause, an order directing the Debtors to cease using Cash Collateral or to provide additional adequate protection.  The Debtors reserve all of their defenses to any such motion.  The Debtors are authorized to make further requests for additional interim authorization for use of the Cash Collateral.  The Bank reserves all rights to object to the entry of any further orders authorizing use of the Cash Collateral.

//
BN 9376313v3
//

4

**INTERIM ORDER RE DEBTORS' USE OF CASH COLLATERAL**

8313.001  945835.2

1        8.    <u>Further Hearing</u>.  A further hearing on the Motion pursuant to Bankruptcy Rule

2  4001(b)(2) is scheduled for September 14, 2011 at 9:30 a.m. before this Court (the "Further

3  Hearing").  The Debtors shall promptly serve or cause to be served a copy of this August 2011

4  Order to the appropriate parties entitled to such notice, and to any other party that has filed a

5  request for notices with this Court.  Any party objecting to the Motion at the Further Hearing

6  shall serve written objections upon (a) the Debtors, (b) counsel for the Debtors, (c) counsel for the

7  Bank, (d) counsel for the Official Committee of Unsecured Creditors, and (e) the United States

8  Trustee, and shall file such written objections with the Clerk of the Court, consistent with

9  applicable Bankruptcy Rules and the Local Bankruptcy Rules.

10       9.    <u>Response to Term Sheet</u>.  The Bank shall provide a written response to the

11  Debtors' plan term sheet no later than August 19, 2011.

12      10.    <u>Retention of Jurisdiction</u>.  This Court has and will retain jurisdiction to enforce

13  this August Order according to its terms.

14                             ###

DATED: August 25, 2011

_____
<span style="color:gray">United States Bankruptcy Judge</span>

BN 9376313v3

5

**INTERIM ORDER RE DEBTORS' USE OF CASH COLLATERAL**

8313.001  945835.2

**EXHIBIT "1"**

P&C Poultry plus Custom Processors

(000's Omitted)

April 2, 2011 - July 2, 2011

| | Forecast 8/6/2011 | Forecast 8/13/2011 | Forecast 8/20/2011 | Forecast 8/27/2011 | Forecast 9/3/2011 | Forecast 9/10/2011 | Forecast 9/17/2011 | Forecast 9/24/2011 | Forecast 10/1/2011 | Forecast 10/8/2011 | Forecast 10/15/2011 | Forecast 10/22/2011 | Forecast 10/29/2011 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | 60.4 | 42.9 | (33.8) | 14.0 | (11.8) | (20.5) | (122.1) | (74.3) | (40.1) | 56.2 | (25.4) | (2.6) | 21.6 | 60.4 |
| **Cash Receipts** | | | | | | | | | | | | | | |
| Receivables Collection | 420.1 | 457.9 | 375.0 | 400.0 | 400.0 | 375.0 | 425.0 | 450.0 | 450.0 | 450.0 | 450.0 | 450.0 | 450.0 | 5,553.0 |
| Bank Borrowings | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Advances/Loans from Others | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Advances from Officer | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other (Cust. Deposits, etc.) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cash Receipts** | 420.1 | 457.9 | 375.0 | 400.0 | 400.0 | 375.0 | 425.0 | 450.0 | 450.0 | 450.0 | 450.0 | 450.0 | 450.0 | 5,553.0 |
| **Expenses** | | | | | | | | | | | | | | |
| Salaries (includes Payroll Taxes) | 90.0 | 110.0 | 50.0 | 100.0 | 50.0 | 100.0 | 50.0 | 100.0 | 50.0 | 100.0 | 50.0 | 100.0 | 50.0 | 1,000.0 |
| Workers Comp. Insurance | - | 30.0 | - | - | - | - | 25.0 | - | - | - | 25.0 | - | - | 80.0 |
| Freight (Trucking,UPS,etc.) | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 104.0 |
| Suppliers-Purchases & Supplies | 217.0 | 249.0 | 222.0 | 227.0 | 222.0 | 234.0 | 222.0 | 227.0 | 222.0 | 234.0 | 247.0 | 252.0 | 272.0 | 3,047.0 |
| Outside Services - Labs, etc. | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 26.0 |
| Commissions | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 | 97.5 |
| Health Insurance | 12.0 | - | - | - | 12.0 | - | - | 12.0 | - | - | - | - | - | 36.0 |
| Truck & Auto Leases | 9.0 | 3.0 | 5.0 | - | 12.0 | - | 5.0 | - | 12.0 | - | 5.0 | - | - | 51.0 |
| Equipment Puchases & Leases | 7.5 | - | - | - | 7.5 | - | - | 7.5 | - | - | - | - | 7.5 | 30.0 |
| Repairs & Maintainence | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 78.0 |
| Accounting & Legal | 13.7 | - | - | 25.0 | 25.0 | - | - | 40.0 | - | 25.0 | 25.0 | 25.0 | 25.0 | 203.7 |
| Advertising & Promotion | 10.0 | - | - | 4.6 | - | - | - | 4.6 | - | - | - | 4.6 | - | 23.8 |
| Auto (fuel, etc.) | 8.0 | - | 8.0 | - | 8.0 | - | 8.0 | - | 8.0 | - | 8.0 | - | 8.0 | 56.0 |
| Consulting (MIS, Safety Training, etc) | 0.2 | 2.0 | - | 2.0 | - | 2.0 | - | 2.0 | - | 2.0 | - | 2.0 | - | 12.2 |
| Insurance-Liab., Prop., etc. | 30.0 | - | - | - | - | 30.0 | - | - | - | 30.0 | - | - | 15.0 | 105.0 |
| Interest & Loan Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Office Expenses & Supplies | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 9.1 |
| Rent | - | 68.4 | - | - | - | 68.4 | - | - | - | 68.4 | - | - | - | 205.2 |
| Taxes & Licenses | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Telephone | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 32.5 |
| Trash & Waste | 3.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 33.5 |
| Travel & Entertainment | - | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 36.0 |
| Uniforms | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 32.5 |
| Utilities | - | 30.0 | - | 25.0 | 30.0 | - | 25.0 | - | - | 30.0 | 25.0 | - | 30.0 | 195.0 |
| Other & Miscelaneous | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 | 7.5 | 97.5 |
| **Total Expenses** | 437.6 | 534.6 | 327.2 | 425.8 | 408.7 | 476.6 | 377.2 | 415.8 | 353.7 | 531.6 | 427.2 | 425.8 | 449.7 | 5,591.5 |
| **Ending Cash** | 42.9 | (33.8) | 14.0 | (11.8) | (20.5) | (122.1) | (74.3) | (40.1) | 56.2 | (25.4) | (2.6) | 21.6 | 21.9 | 21.9 |

| | Forecast 8/6/2011 | Forecast 8/13/2011 | Forecast 8/20/2011 | Forecast 8/27/2011 | Forecast 9/3/2011 | Forecast 9/10/2011 | Forecast 9/17/2011 | Forecast 9/24/2011 | Forecast 10/1/2011 | Forecast 10/8/2011 | Forecast 10/15/2011 | Forecast 10/22/2011 | Forecast 10/29/2011 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Accounts Receivable** | | | | | | | | | | | | | | |
| Beginning A/R | $ 1,275.9 | $ 1,163.8 | $ 1,103.9 | $ 1,126.9 | $ 1,124.9 | $ 1,122.9 | $ 1,120.9 | $ 1,143.9 | $ 1,141.9 | $ 1,139.9 | $ 1,137.9 | $ 1,135.9 | $ 1,133.9 | |
| Sales | $ 310.0 | $ 400.0 | $ 400.0 | $ 400.0 | $ 400.0 | $ 375.0 | $ 450.0 | $ 450.0 | $ 450.0 | $ 450.0 | $ 450.0 | $ 450.0 | $ 450.0 | |
| **Sub-Total** | $ 1,585.9 | $ 1,563.8 | $ 1,503.9 | $ 1,526.9 | $ 1,524.9 | $ 1,497.9 | $ 1,570.9 | $ 1,593.9 | $ 1,591.9 | $ 1,589.9 | $ 1,587.9 | $ 1,585.9 | $ 1,583.9 | |
| Collections | $ 420.1 | $ 457.9 | $ 375.0 | $ 400.0 | $ 400.0 | $ 375.0 | $ 425.0 | $ 450.0 | $ 450.0 | $ 450.0 | $ 450.0 | $ 450.0 | $ 450.0 | $ 5,553.0 |
| Credits | $ 2.0 | $ 2.0 | $ 2.0 | $ 2.0 | $ 2.0 | $ 2.0 | $ 2.0 | $ 2.0 | $ 2.0 | $ 2.0 | $ 2.0 | $ 2.0 | $ 2.0 | |
| Collections by East West Bank | | | | | | | | | | | | | | |
| **Ending A/R** | $ 1,163.8 | $ 1,103.9 | $ 1,126.9 | $ 1,124.9 | $ 1,122.9 | $ 1,120.9 | $ 1,143.9 | $ 1,141.9 | $ 1,139.9 | $ 1,137.9 | $ 1,135.9 | $ 1,133.9 | $ 1,131.9 | |
| | | | | | | | | | | | | | | |
| **Inventory - In House** | $ 1,650.0 | $ 1,650.0 | $ 1,650.0 | $ 1,650.0 | $ 1,650.0 | $ 1,650.0 | $ 1,650.0 | $ 1,650.0 | $ 1,650.0 | $ 1,650.0 | $ 1,650.0 | $ 1,650.0 | $ 1,650.0 | |
| Inventory Prepd &/or In Transit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| **Total Inventory** | $ 1,650.0 | $ 1,650.0 | $ 1,650.0 | $ 1,650.0 | $ 1,650.0 | $ 1,650.0 | $ 1,650.0 | $ 1,650.0 | $ 1,650.0 | $ 1,650.0 | $ 1,650.0 | $ 1,650.0 | $ 1,650.0 | |

| | Forecast 8/6/2011 | Forecast 8/13/2011 | Forecast 8/20/2011 | Forecast 8/27/2011 | Forecast 9/3/2011 | Forecast 9/10/2011 | Forecast 9/17/2011 | Forecast 9/24/2011 | Forecast 10/1/2011 | Forecast 10/8/2011 | Forecast 10/15/2011 | Forecast 10/22/2011 | Forecast 10/29/2011 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Accounts Payable-Trade** | | | | | | | | | | | | | | |
| **Beginning A/P** | $ 17,250.0 | $ 17,250.0 | $ 17,280.0 | $ 17,320.0 | $ 17,360.0 | $ 17,385.0 | $ 17,450.0 | $ 17,515.0 | $ 17,580.0 | $ 17,645.0 | $ 17,710.0 | $ 17,750.0 | $ 17,790.0 | |
| Purchases - Chicken | $ 200.0 | $ 240.0 | $ 240.0 | $ 240.0 | $ 225.0 | $ 265.0 | $ 265.0 | $ 265.0 | $ 265.0 | $ 265.0 | $ 265.0 | $ 265.0 | $ 265.0 | |
| Oil & Marinade | $ 5.0 | $ 12.0 | $ 10.0 | $ 7.0 | $ 10.0 | $ 7.0 | $ 10.0 | $ 7.0 | $ 10.0 | $ 7.0 | $ 10.0 | $ 7.0 | $ 10.0 | |
| CO2 | $ - | $ 15.0 | $ - | $ 8.0 | $ - | $ 15.0 | $ - | $ 8.0 | $ - | $ 15.0 | $ - | $ 8.0 | $ - | |
| Supplies & Storage | $ 12.0 | $ 12.0 | $ 12.0 | $ 12.0 | $ 12.0 | $ 12.0 | $ 12.0 | $ 12.0 | $ 12.0 | $ 12.0 | $ 12.0 | $ 12.0 | $ 12.0 | |
| **Sub-Total** | $ 17,467.0 | $ 17,529.0 | $ 17,542.0 | $ 17,587.0 | $ 17,607.0 | $ 17,684.0 | $ 17,737.0 | $ 17,807.0 | $ 17,867.0 | $ 17,944.0 | $ 17,997.0 | $ 18,042.0 | $ 18,077.0 | |
| Payments | $ 17.0 | $ 39.0 | $ 22.0 | $ 27.0 | $ 22.0 | $ 34.0 | $ 22.0 | $ 27.0 | $ 22.0 | $ 34.0 | $ 22.0 | $ 27.0 | $ 22.0 | |
| Chicken | $ 200.0 | $ 210.0 | $ 200.0 | $ 200.0 | $ 200.0 | $ 200.0 | $ 200.0 | $ 200.0 | $ 200.0 | $ 200.0 | $ 225.0 | $ 225.0 | $ 250.0 | |
| **Ending A/P** | $ 17,250.0 | $ 17,280.0 | $ 17,320.0 | $ 17,360.0 | $ 17,385.0 | $ 17,450.0 | $ 17,515.0 | $ 17,580.0 | $ 17,645.0 | $ 17,710.0 | $ 17,750.0 | $ 17,790.0 | $ 17,805.0 | |

| | Forecast 8/6/2011 | Forecast 8/13/2011 | Forecast 8/20/2011 | Forecast 8/27/2011 | Forecast 9/3/2011 | Forecast 9/10/2011 | Forecast 9/17/2011 | Forecast 9/24/2011 | Forecast 10/1/2011 | Forecast 10/8/2011 | Forecast 10/15/2011 | Forecast 10/22/2011 | Forecast 10/29/2011 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | | | | | | |
| Other | $ 310.0 | $ 400.0 | $ 400.0 | $ 400.0 | $ 400.0 | $ 375.0 | $ 450.0 | $ 450.0 | $ 450.0 | $ 450.0 | $ 450.0 | $ 450.0 | $ 450.0 | |
| **Total Sales** | $ 310.0 | $ 400.0 | $ 400.0 | $ 400.0 | $ 400.0 | $ 375.0 | $ 450.0 | $ 450.0 | $ 450.0 | $ 450.0 | $ 450.0 | $ 450.0 | $ 450.0 | $ 5,435.0 |

**EXHIBIT "2"**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit "2"

1.    Weekly accounts receivable aging reports due on Monday for each preceding week.

2.    Weekly accounts payable aging reports due on Monday for each preceding week.

3.    Weekly sales and collections journals due on Monday for each preceding week.

4.    Weekly report of cash usage due on Monday for each preceding week.

5.    Monthly accounts receivable and accounts payable aging reports for the month of
August 2011 due on September 7, 2011 and for each month thereafter by the 7th (or
if a holiday next following business day) day of the following month.

6.    Monthly inventory report for August 2011 due by September 7, 2011, and for each
month thereafter by the 7th (or if a holiday next following business day) day
following each preceding month.

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
L A W Y E R S

1

EXHIBIT "2" -- INTERIM ORDER RE DEBTORS' USE OF CASH COLLATERAL

8313.001  950172.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  1901 Avenue of the Stars, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document described as:  **INTERIM ORDER AUTHORIZING CONTINUED USE OF CASH COLLATERAL THROUGH SEPTEMBER 14, 2011 AND SCHEDULING FURTHER HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐   Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **August 22, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

VIA  OVERNITE EXPRESS
Honorable Peter Carroll
United States Bankruptcy Court
255 East Temple Street
Suite 1534
Los Angeles, California 90012

☒   Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 22, 2011 | Jan Reinglass | /s/ Jan Reinglass |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

DB3/82376313v3                6

**INTERIM ORDER RE DEBTORS' USE OF CASH COLLATERAL**

8313.001  945835.2

1

<u>SERVICE LIST</u>

2

**II. TO BE SERVED U.S. MAIL**

3

<u>COUNSEL FOR EAST WEST BANK</u>
Alexandra Rhim, Esq.

4

Scott O. Smith, Esq.
Buchalter Nemer

5

1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017

6

7

<u>PROPOSED COUNSEL FOR CREDITORS' COMMITTEE</u>
Scott Blakeley
Blakely & Blakeley LLP

8

2 Park Plaza, Suite 400
Irvine, CA  92614

9

10

<u>OUST</u>
Russell Clementson, Esq.
Office of the United States Trustee

11

725 South Figueroa Street, 26th Floor
Los Angeles, California 90071

12

13

<u>DEBTORS</u>
Michael Bennish, Chief Executive Officer
P&C Poultry Distributors, Inc.

14

Custom Processors, Inc.
1100 John Reed Court

15

City of Industry, California 91745

16

17

18

19

20

21

22

23

24

25

26

27

28

**INTERIM ORDER RE DEBTORS' USE OF CASH COLLATERAL**

8313.001  945835.2

1

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

2

**Notice is given by the court that a judgment or order entitled: INTERIM ORDER
AUTHORIZING CONTINUED USE OF CASH COLLATERAL THROUGH
SEPTEMBER 14, 2011 AND SCHEDULING FURTHER HEARING** was entered on the
date indicated as "Entered" on the first page of this judgment or order and will be served in the
manner indicated below:

3

4

5

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ('NEF')** B Pursuant to controlling
General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following
person(s) by the court via NEF and hyperlink to the judgment or order. As of August __, 2011, the following
person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding
to receive NEF transmission at the email address(es) indicated below.

6

7

8

Brian L. Davidoff:  bdavidoff@rutterhobbs.com
C. John M, Melissinos:  jmelissinos@rutterhobbs.com
David Y. Joe: djoe@rutterhobbs.com
Claire E. Shin:  cshin@rutterhobbs.com
J. Alexandra Rhim:  arhim@buchalter.com
Scott O. Smith:  ssmith@buchalter.com
David Neale:  dln@lnbyb.com
Russell Clementson:  Russell.clementson@usdoj.gov; ustpregion16.la.ecf@usdoj.gov
James Selth:  jim@wsrlaw.net, charles@wsrlaw.net
Sara Chenetz:  chenetz@blankrome.com; chang@blankrome.com
Bernard Kornberg:  bjk@severson.com
Craig A. Loren: aloren@debtacquisitiongroup.com;bschwab@debtacquisitiongroup.com;
jsarachek@debtacquisition.com
Ronald Clifford:  rclifford@blakeleyllp.com
Rosamond Posey:  rposey@mitchellmcnutt.com

9

10

11

12

13

14

15

☐ Service information continued
on attached page

16

17

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or
order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or
entity(ies) at the address(es) indicated below:

18

19

DEBTORS
Michael Bennish, Chief Executive Officer
P&C Poultry Distributors, Inc.
Custom Processors, Inc.
1100 John Reed Court
City of Industry, California 91745

20

21

22

☐ Service information continued
on attached page

23

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment
or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete
copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a
proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es),
facsimile transmission number(s), and/or email address(es) indicated below:

24

25

26

☐ Service information continued on
attached page

27

BN 9376313v3

8

28

**INTERIM ORDER RE DEBTORS' USE OF CASH COLLATERAL**

8313.001 945835.2