| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| BRIAN L. DAVIDOFF (State Bar No. 102654)<br>C. JOHN M. MELISSINOS (State Bar No. 149224)<br>CLAIRE E. SHIN (State Bar No. 249492)<br>RUTTER HOBBS & DAVIDOFF INCORPORATED<br>1901 Avenue of the Stars, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 286-1700<br>Facsimile: (310) 286-1728<br><br>*Attorney for* Debtors and Debtors-in-Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: P&C POULTRY DISTRIBUTORS, INC.

Debtor.

CHAPTER 11

CASE NUMBER 2:10-bk-46350-PC

# DEBTOR'S MOTION TO CONVERT CASE
## UNDER 11 U.S.C. §§ 706(a) OR 1112(a)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. Debtor hereby moves this Court for an Order converting the above chapter __11__ case to a case under chapter __7__ on the grounds set forth below: The Debtors have ceased business operations. Immediate conversion is requested.

2. **Filing Information:**

    a. ☑ A Voluntary Petition under chapter   ☐ 7   ☑ 11   ☐ 12   ☐ 13 was filed on: 8/27/10

    b. ☐ An Involuntary Petition under chapter   ☐ 7   ☐ 11 was filed on:
       ☐ An Order of Relief under chapter   ☐ 7   ☐ 11 was entered on:

    c. ☐ An Order of Conversion to chapter   ☐ 7   ☐ 11   ☐ 12   ☐ 13 was entered on:

    d. ☐ Other *(specify)*:

3. **Procedural Status:**

    a. Name of trustee appointed *(if any)*: N/A

    b. Name of Attorney of Record for trustee *(if any)*: N/A

4. Debtor alleges that this case has not been previously converted.

*(Continued on next page)*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                        F 1017-1.1

| Debtor's Motion to Convert Case - *Page 2* | F 1017-1.1 |
|---|---|
| In re P&C POULTRY DISTRIBUTORS, INC.<br><br>Debtor. | CHAPTER 11<br><br>CASE NUMBER 2:10-bk-46350-PC |

5. Debtor alleges that the motion is filed in good faith, and that Debtor is eligible for relief under the chapter for which conversion is requested.

WHEREFORE, Debtor prays that this Court issue an Order (the form of which is submitted herewith and has been served) converting this case from one under chapter 11 to a case under chapter 7.

Dated: August 26, 2011

Respectfully submitted,

Rutter Hobbs & Davidoff Incorporated
*Firm Name*

By: /s/ C. John M. Melissinos

Name: C. John M. Melissinos
*Attorney for Debtor/Trustee*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 1017-1.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1901 Avenue of the Stars, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document described will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:
**DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. §§ 706(a) OR 1112(a)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>August 26, 2011</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

J. Alexandra Rhim:  arhim@buchalter.com
Scott O. Smith:  ssmith@buchalter.com
David Neale:  dln@lnbyb.com
Russell Clementson:  Russell.clementson@usdoj.gov; ustpregion16.la.ecf@usdoj.gov
James Selth:   jim@wsrlaw.net, charles@wsrlaw.net
Sara Chenetz:  chenetz@blankrome.com; chang@blankrome.com
Bernard Kornberg:  bjk@severson.com
Craig A. Loren: aloren@debtacquisitiongroup.com;bschwab@debtacquisitiongroup.com; jsarachek@debtacquisition.com
Ronald Clifford: rclifford@blakeleyllp.com
Rosamond Posey: rposey@mitchellmcnutt.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On <u>August 26, 2011</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>August 26, 2011</u>, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

<u>VIA PERSONAL DELIVERY</u>
Honorable Peter Carroll
United States Bankruptcy Court
255 East Temple Street, Suite 1534
Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 26, 2011 | Nikki Shlosser | /s/ Nikki Shlosser |
|---|---|---|
| Date | Type Name | Signature |

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

8313.001  953034.1

II. SERVED BY VIA U.S. MAIL

<u>ATTORNEYS FOR U.S. GROWERS COLD STORAGE</u>
John Horvath, Esq.
Horvath & Weaver, P.C.
10 S. La Salle, Suite 1400
Chicago, IL 60603

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087

Crown Credit Company
403 Washington Street
New Bremen, OH 45869

Raymond Leasing Corp
Corporate Headquarters
P.O. Box 130
Greene, NY 13778

Chi-Ming Fan, Trustee of
   the Fan Family Trust
1102 John Reed Court
City of Industry, CA 91745

<u>COUNSEL FOR EAST WEST BANK</u>
Alexandra Rhim, Esq.
Buchalter Nemer
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

<u>COUNSEL FOR CREDITORS' COMMITTEE</u>
Ronald A. Clifford, Esq,
Blakely & Blakely LLP
2 Park Plaza, Suite 400
Irvine, CA 92614

<u>OUST</u>
Russell Clementson, Esq.
Office of the United States Trustee
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90071

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

8313.001  953034.1