| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| BRIAN L. DAVIDOFF (State Bar No. 102654)<br>C. JOHN M. MELISSINOS (State Bar No. 149224)<br>CLAIRE E. SHIN (State Bar No. 249492)<br>RUTTER HOBBS & DAVIDOFF INCORPORATED<br>1901 Avenue of the Stars, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 286-1700<br>Facsimile: (310) 286-1728<br><br>*Attorney for* Debtors and Debtors-in-Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re P&C POULTRY DISTRIBUTORS, INC.,

CHAPTER 11

CASE NUMBER 2:10-bk-46350-PC

Debtor.

## NOTICE OF DEBTOR'S MOTION TO CONVERT CASE
## UNDER 11 U.S.C. § 706(a)

1. TO *(specify name)*: THE UNITED STATES TRUSTEE, THE COMMITTEE AND EAST WEST BANK

2. NOTICE IS HEREBY GIVEN that Debtor will move this Court for an Order granting the relief sought in Debtor's Motion to Convert Case Under 11 U.S.C. § 706(a) ("Motion"), a copy of which is attached hereto and served herewith. Debtor seeks a conversion of this case under 11 U.S.C. § 706(a) based upon the grounds set forth in the said Motion. Debtor's Motion is made pursuant to Local Bankruptcy Rule 9013-1(o)(1), which provides for granting of motions without a hearing.

3. **Deadline for Opposition Papers and Request for a Hearing**: Pursuant to Local Bankruptcy Rule 9013-1(o)(1), any party objecting to the accompanying Motion may file and serve a written objection and request a hearing of this Motion. If you fail to file a written response within 14 days of the date of service of this Notice, the Court may treat such failure as a waiver of your right to oppose this Motion and may grant the requested relief.

Dated: 8/26/01

Rutter Hobbs & Davidoff Incorporated
*Law Firm Name*

By: /s/ C. John M. Melissinos

Date Notice Mailed: 8/26/11

Name: C. John M. Melissinos
*Attorney for Movant*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009

**F 1017-1.3.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1901 Avenue of the Stars, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document described will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:
**NOTICE OF DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. §§ 706(a)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 26, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

J. Alexandra Rhim:  arhim@buchalter.com
Scott O. Smith:  ssmith@buchalter.com
David Neale:  dln@lnbyb.com
Russell Clementson:  Russell.clementson@usdoj.gov; ustpregion16.la.ecf@usdoj.gov
James Selth:  jim@wsrlaw.net, charles@wsrlaw.net
Sara Chenetz:  chenetz@blankrome.com; chang@blankrome.com
Bernard Kornberg:  bjk@severson.com
Craig A. Loren:  aloren@debtacquisitiongroup.com; bschwab@debtacquisitiongroup.com; jsarachek@debtacquisition.com
Ronald Clifford:  rclifford@blakeleyllp.com
Rosamond Posey:  rposey@mitchellmcnutt.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On August 26, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 26, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

VIA PERSONAL DELIVERY
Honorable Peter Carroll
United States Bankruptcy Court
255 East Temple Street, Suite 1534
Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 26, 2011 | Nikki Shlosser | /s/ Nikki Shlosser |
|---|---|---|
| Date | Type Name | Signature |

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

8313.001  953037.1

II. SERVED BY VIA U.S. MAIL

ATTORNEYS FOR U.S. GROWERS COLD STORAGE
John Horvath, Esq.
Horvath & Weaver, P.C.
10 S. La Salle, Suite 1400
Chicago, Illinois 60603

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, Pennsylvania 19087

Crown Credit Company
403 Washington Street
New Bremen, Ohio 45869

Raymond Leasing Corp
Corporate Headquarters
P.O. Box 130
Greene, New York 13778

Chi-Ming Fan, Trustee of
    the Fan Family Trust
1102 John Reed Court
City of Industry, California 91745

COUNSEL FOR EAST WEST BANK
Alexandra Rhim, Esq.
Buchalter Nemer
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457

COUNSEL FOR CREDITORS' COMMITTEE
Ronald A. Clifford, Esq,
Blakely & Blakely LLP
2 Park Plaza , Suite 400
Irvine, California 92614

OUST
Russell Clementson, Esq.
Office of the United States Trustee
725 South Figueroa Street, 26th Floor
Los Angeles, California 90071

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

8313.001  953037.1