BRIAN L. DAVIDOFF (State Bar No. 102654)
Email:  bdavidoff@rutterhobbs.com
C. JOHN M. MELISSINOS (State Bar No. 149224)
Email:  jmelissinos@rutterhobbs.com
CLAIRE E. SHIN (State Bar No. 249492)
Email:  cshin@rutterhobbs.com
RUTTER HOBBS & DAVIDOFF
  INCORPORATED
1901 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 286-1700
Facsimile:  (310) 286-1728

General Reorganization Attorneys for
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:10-bk-46350-PC |
| P&C POULTRY DISTRIBUTORS, INC., | Jointly Administered with Case No.: 2:10-bk-46362-PC |
| Debtor and Debtor-in-Possession. | Chapter 11 |
| | **DEBTORS' CASE STATUS REPORT** |
| | Status Conference: |
| | Date: September 14, 2011 |
| | Time: 9:30 a.m. |
| | Ctrm: 1539 |
| In re: | |
| CUSTOM PROCESSORS, INC., | |
| Debtor and Debtor-in-Possession. | |

-1-

DEBTORS' CASE STATUS REPORT

8313.001  958065.1

**TO THE HONORABLE PETER H. CARROLL, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, ALL PARTIES-IN-INTEREST, AND THEIR RESPECTIVE COUNSEL:**

Debtors and Debtors-in-Possession P&C Poultry Distributors, Inc. ("P&C") and Custom Processors, Inc. ("Custom", collectively with P&C, the "Debtors") hereby submit their Case Status Report with respect to the Status Conference in this matter set for September 14, 2011 at 9:30 a.m. in the above-entitled Court.

By order dated September 1, 2011, the Bankruptcy Court terminated use of cash collateral and granted relief from stay to East West Bank.

On August 26, 2011, each of Custom and P&C filed motions to convert their bankruptcy cases to Chapter 7. The deadline to oppose the motions to convert will be on or about September 12, 2011. The Debtors do not anticipate any opposition to the motions, and, if appropriate, intend to file notices of non-opposition thereto and upload orders with respect to the motions prior to the date and time of the Status Conference.

A hearing on the Debtors' proposed disclosure statement is also set for September 14, 2011. The Debtors do not intend to go forward on that date with respect to the disclosure statement, assuming that the cases have not been converted by that time.

DATED: September 8, 2011          RUTTER HOBBS & DAVIDOFF
                                   INCORPORATED


                                   By */s/ C. John M. Melissinos*
                                      BRIAN L. DAVIDOFF
                                      C. JOHN M. MELISSINOS
                                      CLAIRE E. SHIN
                                      General Reorganization Attorneys for
                                      Debtors and Debtors-in-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  1901 Avenue of the Stars, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document described as**: DEBTOR*S*' CASE STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 8, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **September 8, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT DELIVERY**
Honorable Peter Carroll
United States Bankruptcy Court
255 East Temple Street
Suite 1534
Los Angeles, California 90012

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on         , 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 8, 2011 | Jan Reinglass | /s/ Jan Reinglass |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Sara Chenetz on behalf of Creditor Timberlake Foods
chenetz@blankrome.com, chang@blankrome.com

Ronald Clifford on behalf of Attorney Blakeley & Blakeley LLP
rclifford@blakeleyllp.com

Jeffrey S Goodfried on behalf of Creditor Debt Acquisition Group, LLC
jgoodfried@perkinscoie.com

Bernard J Kornberg on behalf of Creditor Ally Financial, Inc., fka GMAC, Inc.
bjk@severson.com

Kenneth G Lau on behalf of U.S. Trustee United States Trustee (LA)
kenneth.g.lau@usdoj.gov

Craig A Loren on behalf of Creditor Debt Acquisition Group, LLC
aloren@debtacquisitiongroup.com,
bschwab@debtacquisitiongroup.com;jsarachek@debtacquisitiongroup.com

Laura E Lynch on behalf of Creditor Co-West Commodities
llynch@mohlaw.net

David L. Neale on behalf of Creditor Lawrence Wholesale, LLC
dln@lnbrb.com

D Andrew Phillips on behalf of Creditor Timberlake Foods
aphillips@mitchellmcnutt.com, dharwell@mitchellmcnutt.com

Rosamond H Posey on behalf of Creditor Timberlake Foods
rposey@mitchellmcnutt.com

J Alexandra Rhim on behalf of Creditor East West Bank
arhim@buchalter.com, smartin@buchalter.com
Johanna A. Sanchez on behalf of County Sanitation District 21 of Los Angeles:  jasanchez@lbbslaw.com

James R Selth on behalf of Interested Party Courtesy NEF
jim@wsrlaw.net, charles@wsrlaw.net

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

**II. <u>SERVED BY U.S. MAIL</u>**

<u>DEBTORS</u>
Michael Bennish, Chief Executive Officer
P&C Poultry Distributors, Inc.
Custom Processors, Inc.
1100 John Reed Court
City of Industry, California 91745

Daniel J. Weintraub
Weintraub & Selth, APC
11766 Wilshire Blvd.
Suite 1170
Los Angeles, CA 90025