CAROLYN A. DYE (SBN 97527)
3435 Wilshire Blvd.
Suite 990
Los Angeles, CA 90010
Telephone: 213/368-5000
Facsimile: 213/368-5009
Email: trustee@cadye.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re ) Case No. 2:10-bk-46350-DS
) [Chapter 7]
P&C POULTRY DISTRIBUTORS, INC., )
) NOTICE OF UNCLAIMED DIVIDENDS
Debtor. )
) [Federal Rule of Bankruptcy
) Procedure 3011]
)
) [No Hearing Required]

Carolyn A. Dye, Chapter 7 Trustee of the above-captioned bankruptcy estate, hereby submits Check No. 1015 in the amount of $1,813.31 representing the total amount of unclaimed dividends in the estate. Such funds are remitted to the Court pursuant to Bankruptcy Rule 3011. The name, address and amount to be paid to the creditor is:

| Claimant | Claim No. | Amount |
|---|---|---|
| East West Bank<br>c/o Bill Nietschmann<br>Inland Empire Commercial Banking Center<br>3237 East Guasti Road, Suite 110<br>Ontario, CA 91761 | 82 | $1,813.31 |

Dated: December 28, 2017

_____
Carolyn A. Dye, Chapter 7 Trustee